UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| JASON HENRY ALLEN,<br><br>      Plaintiff,<br><br>      v.<br><br>IDAHO CENTRAL CREDIT UNION; and BRIAN M. BERRETT,<br><br>      Defendants. | Case No. 2:25-cv-00172-AKB<br><br>**ORDER ON MOTION TO PERMIT ELECTRONIC CASE FILINGS** |

On March 27, 2025, Plaintiff filed his motion to permit electronic case filings. (Dkt. 5). Federal Rule of Civil Procedure 5(d)(3)(B) allows a person not represented by an attorney to file and sign documents electronically if allowed by court order or local rule. The District of Idaho uses the judiciary's Case Management and Electronic Case Files (CM/ECF) Program. Dist. Idaho Loc. Civ. Rule 5.1(a). Only registered participants may file documents electronically.

While an unrepresented individual may obtain the Court's permission to file submissions electronically using the CM/ECF system, such authorization is typically denied unless the pro se party makes a showing of good cause or extenuating circumstances justifying such relief. *See, e.g.*, *McMahon v. Cleveland Clinic Found. Police Dep't*, 455 F. App'x 874, 878 (11th Cir. 2011) (affirming district court's denial of pro se plaintiff's access to CM/ECF because plaintiff did not show good cause).

In this case, although Plaintiff explains paper filings are more burdensome than CM/ECF access, Plaintiff has not shown the requisite extenuating circumstances to use CM/ECF rather than the U.S. mail system. The Court will therefore deny his request at this time without prejudice.

**ORDER ON MOTION TO PERMIT ELECTRONIC CASE FILINGS** - 1

**IT IS THEREFORE ORDERED THAT**:

1. Plaintiff's Motion to Grant Access to the CM/ECF System (Dkt. 5) is DENIED WITHOUT PREJUDICE.

DATED: March 28, 2025

*Amanda K. Brailsford*
Amanda K. Brailsford
U.S. District Court Judge