# UNITED STATES DISTRICT COURT
for the
District of Idaho, Northern Division

| | |
|---|---|
| **JASON HENRY ALLEN and Individually and as Trustee of RIKUR PRIVATE IRREVOCABLE TRUST** <br><br> *Plaintiff* <br><br> v. <br><br> **Idaho Central Credit Union and Brian M. Berrett** <br><br> *Defendant* | Civil Action No. CV 25-0172-NDKG <br><br> U.S. COURTS <br> APR 11 2025 <br> Filed_____Time 12:58 pm <br> STEPHEN W. KENYON <br> CLERK, DISTRICT OF IDAHO |

## AFFIDAVIT OF SERVICE

I, Tamy Holjeson, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to Idaho Central Credit Union in Bannock County, ID on April 9, 2025 at 10:20 am at 4400 Central Way, Chubbuck, ID 83202 by leaving the following documents with Brittany Nixon who as Operations support supervisor is authorized by appointment or by law to receive service of process for Idaho Central Credit Union.

Summons In A Civil Action and Complaint
Declaration Of Trust
Registered Mail Receipt; Cease And Desist Letter
Retail Installment Sale Contract
Form Itd 3337; Ucc-1 Financing Statement; Rikur Private Irrevocable Trust Agreement

White Female, est. age 25-34, glasses: N, Blonde hair, 140 lbs to 160 lbs, 5' 3" to 5' 6".
Geolocation of Serve: https://google.com/maps?q=42.9141478375,-112.4635406627
Photograph: See Exhibit 1

Total Cost: $0.00

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in

__Bannock County__ ,

__ID__ on __4/10/2025__ .

/s/ *Tamy Holjeson*
_____
Signature
Tamy Holjeson
+1 (208) 251-9411



Exhibit 1a)