# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO NORTHERN DIVISION

| | |
|---|---|
| JASON HENRY ALLEN, INDIVIDUALLY AND AS TRUSTEE OF RIKUR PRIVATE IRREVOCABLE TRUST,<br><br>Plaintiff,<br><br>vs.<br><br>IDAHO CENTRAL CREDIT UNION AND BRIAN M. BERRETT,<br><br>Defendants | Case No.: CV 25-0172-AKB<br><br>CERTIFICATE OF SERVICE<br><br>**U.S. COURTS**<br><br>APR 11 2025<br><br>Rcvd____ Filed____ Time 12:59 pm<br>STEPHEN W. KENYON<br>CLERK, DISTRICT OF IDAHO |

**CERTIFICATE OF SERVICE**

I, Jason-Henry:Allen hereby certify that on this 8th day of April, 2025, I caused a true and correct copy of the foregoing Complaint and Summons, Notice of Discharge and Demand for Resolution, and Motion to Grant Access to CM/EDF System to be served upon the following parties via Certified Mail, Return Receipt Requested:

Idaho Central Credit Union

Brenda Worrell – Registered Agent

4400 Central Way

Chubbuck, ID 83202

[Certified Mail Tracking Number: 7010-1870-0000-8080-3519]

Brian M. Berrett

Chief Financial Officer, ICCU

200 North 4th Street

Boise, ID 83702

[Certified Mail Tracking Number: 7010-1870-0000-8080-3526]

Service was performed by depositing the documents in the United States Mail, properly addressed, with postage prepaid, in accordance with Federal Rule of Civil Procedure 4(e)(1) and Idaho Rule of Civil Procedure 4(d).

Dated this 8th day of April, 2025.

By: *[signature]*

Jason-Henry:Allen Without Recourse Without Prejudice

2600 East Seltice Way #235

Post Falls, ID 83854

jason.alistor@gmail.com



