

**IDAHO TRANSPORTATION DEPARTMENT**
P.O. Box 7129 • Boise, ID 83707-1129
(208) 584-4343 • itd.idaho.gov

Document ID: 622f2856-fcc6-4c66-a938-26d72995387e

## MOTOR VEHICLE RECORD

Date: Apr 24, 2025

Kimbell Gourley
225 N 9TH ST
BOISE, ID 83702

RE:  Motor Vehicle Record Request

This is the motor vehicle record you requested. If you need further information, please contact the Idaho Transportation Department, Motor Vehicle Records desk, at (208) 334-8663 or DMVHelp@itd.idaho.gov.

**Owner Information**

| OWNER | ADDRESS |
|---|---|
| ALLEN, JASON HENRY | 2600A E SELTICE WAY STE 235 |
|  | POST FALLS, ID 83854-7941 |

**Title Information**

| TITLE NUMBER | TITLE STATUS | ISSUE DATE | PRINTED DATE | RECORDED DATE |
|---|---|---|---|---|
| 240699006 | Issued | Oct 31, 2024 |  | Oct 31, 2024 |
| PRIMARY LIENHOLDER NAME |  | ADDRESS | | |
| IDAHO CENTRAL CREDIT UNION | | PO BOX 2469 | | |
| OTHER LIENHOLDERS | NO | POCATELLO, ID 83206-2469 | | |

**Vehicle Information**

| VIN 1 | | VIN 2 | | VIN 3 | |
|---|---|---|---|---|---|
| 7SVAAABA8PX011784 | | | | | |
| YEAR | MAKE | MODEL | BODY | COLOR | BRAND |
| 2023 | TOYOTA | SEQUOIA | Carry-All/SUV | SILVER |  |
| WEIGHT | LENGTH | WIDTH | ODOMETER | ODOMETER STATUS | ODOMETER DATE |
| 6030 |  |  | 21270 | Actual | Oct 18, 2024 |
| RELEASE OF LIABILITY | No | | | | |

Section 49-203 Idaho Code prohibits the release of personal information contained in driver and vehicle records to unauthorized parties, without express written consent of the individual the information pertains to. As an authorized requester, you may receive this information, but you may not release or resell it.