Kimbell D. Gourley / ISB #3578
JONES♦WILLIAMS♦FUHRMAN♦GOURLEY, P.A.
The 9th & Idaho Center
225 North 9th Street, Suite 820
P.O. Box 1097
Boise, ID  83701
Telephone: (208) 331-1170
Facsimile: (208) 331-1529
Email:  *kgourley@idalaw.com*

*Attorneys for Defendants/Counterclaimant,*
*Idaho Central Credit Union and Brian M. Berrett*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| JASON HENRY ALLEN, Individually and as Trustee of Rikur Private Irrevocable Trust,<br><br>        Plaintiff,<br><br>vs.<br><br>IDAHO CENTRAL CREDIT UNION, and BRIAN M. BERRETT,<br><br>        Defendants. | Case No.:  2:25-cv-00172-AKB<br><br>**DEFENDANT IDAHO CENTRAL CREDIT UNION'S RULE 7.1 DISCLOSURE STATEMENT**<br><br>**Honorable Amanda K. Brailsford** |

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant/Counterclaimant, the Idaho Central Credit Union ("ICCU") provides the following information to the court:

1. ICCU is an Idaho state-chartered association with its principal place of business in Chubbuck, Idaho; and

2. There are no publicly held corporations owning 10% or more of ICCU's stock.

DATED This 28th day of April, 2025.

JONES ♦ WILLIAMS♦ FUHRMAN ♦ GOURLEY, P.A.

 /s/ Kimbell D. Gourley
KIMBELL D. GOURLEY, *Attorneys for ICCU and Brian M. Berrett*

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 28th day of April, 2025, a true and correct copy of the foregoing document was filed with the Clerk of the Court using the CM/ECF System.

I certify that the following listed non-registered CM/ECF participants were served a copy of the foregoing by first class mail, postage prepaid, addressed to:

Jason Henry Allen, individually, and as
trustee of the Rikur Private Irrevocable
Trust,
2600 East Seltice Way
Post Falls, Idaho 83854

 /s/ *Kimbell D. Gourley*
Kimbell D. Gourley