Kimbell D. Gourley / ISB #3578
JONES♦WILLIAMS♦FUHRMAN♦GOURLEY, P.A.
The 9th & Idaho Center
225 North 9th Street, Suite 820
P.O. Box 1097
Boise, ID  83701
Telephone: (208) 331-1170
Facsimile: (208) 331-1529
Email:  *kgourley@idalaw.com*

*Attorneys for Defendants,*
*Idaho Central Credit Union and Brian M. Berrett*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| JASON HENRY ALLEN, Individually and as Trustee of Rikur Private Irrevocable Trust,<br><br>Plaintiffs,<br><br>vs.<br><br>IDAHO CENTRAL CREDIT UNION, and BRIAN M. BERRETT,<br><br>Defendants. | Case No.:  2:25-cv-00172-AKB<br><br>**AMENDED ANSWER OF DEFENDANTS, IDAHO CENTRAL CREDIT UNION AND BRIAN M. BERRETT TO COMPLAINT** |
| IDAHO CENTRAL CREDIT UNION,<br><br>Couter Claimant,<br><br>vs.<br><br>JASON HENRY ALLEN, Individually and as Trustee of Rikur Private Irrevocable Trust,<br><br>Counterdefendants. | |

COME NOW the Defendants, Idaho Central Credit Union ("ICCU") and Brian M. Berrett ("Berrett"), by and through their counsel of record Jones Williams Fuhrman Gourley, P.A., and answer the Complaint ("Complaint") of the Plaintiffs, Jason Henry Allen, an individual ("Allen"),

and Jason Henry Allen as trustee of the Rikur Private Irrevocable Trust (the "Trustee") (collectively, the "Plaintiffs"), as follows:

## I.
## FIRST DEFENSE

1. ICCU and Berrett (collectively, "Defendants") <u>deny each and every allegation in Plaintiffs' complaint</u> not specifically admitted herein.

2. In answer to the allegations in paragraph 2 of the Complaint, Defendants admit ICCU is a credit union with its principal place of business in Chubbuck, Bannock County, Idaho, and deny the remaining allegations contained therein.

3. In answer to the allegations in paragraph 3 of the Complaint, Defendants admit Berrett is the Chief Financial Officer of ICCU, and deny the remaining allegations contained therein.

4. ICCU and Berrett admit the court has federal question jurisdiction on some of the claims and personal jurisdiction over the parties.

### FIRST AFFIRMATIVE DEFENSE

Plaintiffs, and each of them, have waived the right, and/or are estopped, to assert the claims and causes of action alleged in the Complaint.

### SECOND AFFIRMATIVE DEFENSE

Defendant, ICCU has a setoff against any obligations, if any, that may be owed to Plaintiffs, or either of them.

### THIRD AFFIRMATIVE DEFENSE

Plaintiff, Allen is in default and breach of the Retail Installment Sale Contract dated October 18, 2024 (the "Installment Contract"), entered into between Plaintiff, Allen and George Gee Cadillac Kia, which Installment Contract was thereafter assigned to ICCU.

## FOURTH AFFIRMATIVE DEFENSE

Plaintiffs are barred from recovering damages, if any, by the Doctrine of Unclean Hands.

## FIFTH AFFIRMATIVE DEFENSE

Plaintiffs have failed to state a claim upon which relief may be granted.

## SIXTH AFFIRMATIVE DEFENSE

Defendants reserve the right to assert additional affirmative defenses upon completion of discovery in this matter.

## REQUEST FOR ATTORNEY'S FEES

Defendants hereby request that they be awarded their costs and attorney's fees incurred herein pursuant to applicable law including, but not limited to, FRCP 54, applicable federal law, Idaho Code §12-120, if applicable, Idaho Code §12-121, if applicable, the Installment Contract, the Idaho Consumer Protection Act, and other applicable laws relating to the Fair Debt Collection Practices Act, and/or the Fair Credit Reporting Act.

**WHEREFORE**, Defendants, ICCU and Berrett pray that the Plaintiffs' Complaint be dismissed with prejudice, that Plaintiffs take nothing thereby, and that Defendants be awarded their costs and attorney's fees incurred in defending the Complaint, as well as such other relief that the court deems just and equitable in the premises.

DATED this 12th day of May, 2025.

JONES WILLIAMS FUHRMAN GOURLEY, P.A.

 /s/ Kimbell D. Gourley
KIMBELL D. GOURLEY
Attorneys for ICCU and Berrett

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 12th day of May, 2025, a true and correct copy of the foregoing document was filed with the Clerk of the Court using the CM/ECF System.

I certify that the following listed non-registered CM/ECF participants were served a copy of the foregoing by first class mail, postage prepaid, addressed to:

Jason Henry Allen, individually, and as
Trustee of the Rikur Private Irrevocable
Trust
2600 East Seltice Way
Post Falls, Idaho 83854

                                         /s/ *Kimbell D. Gourley*
                                         Kimbell D. Gourley