# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO NORTHERN DIVISION

| | |
|---|---|
| JASON HENRY ALLEN, INDIVIDUALLY AND AS TRUSTEE OF RIKUR PRIVATE IRREVOCABLE TRUST,<br><br>Plaintiff,<br><br>vs.<br><br>IDAHO CENTRAL CREDIT UNION AND BRIAN M. BERRETT,<br><br>Defendants | Case No.: 2:25-cv-00172-AKB<br><br>AFFIDAVIT OF JASON HENRY ALLEN IN SUPPORT OF MOTION TO DISMISS DEFENDANTS' COUNTERCLAIMS |

I, Jason-Henry:Allen, being of lawful age and competent to testify, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 as follows:

1. I am the Plaintiff in the above-captioned case, appearing in propria persona, individually and as Trustee of the Rikur Private Irrevocable Trust ("Trust"), with personal knowledge of the facts stated herein based on my direct involvement in the transactions and communications with Defendant Idaho Central Credit Union ("ICCU").

2. On October 18, 2024, I entered into a contract with ICCU, through George Gee Cadillac Kia, for the purchase of a 2023 Toyota Sequoia (VIN 7SVAAABA8PX011784) in the principal amount of $84,700.94, as documented in my Complaint.

1

3.  To fully satisfy the debt under the Installment Contract, I tendered three negotiable instruments to ICCU, each constituting an unconditional order or promise to pay, as follows: a. First Instrument: On October 18, 2024, I tendered a negotiable instrument, indorsed "Pay to the order of JASON H ALLEN" and "Without Recourse" pursuant to UCC § 3-205(a) and § 3-414(c) (Idaho Code § 28-3-205, § 28-3-414), for the full contract amount of $84,700.94, delivered to ICCU via George Gee Kia on or around October 18, 2024, This instrument is included in Exhibit G, attached hereto. b. Second Instrument: On December 3, 2024, I tendered a second and third negotiable instrument, similarly indorsed "Pay to the order of JASON H ALLEN" or "Pay to the order of IDAHO CENTRAL CREDIT UNION" and "Without Recourse," for the full contract amount of $85,598.37 delivered to ICCU via Registered mail, tracking number RF816840985US. Copies of these instruments are included in Exhibit G, as ICCU and Brian M. Berrett have retained the genuine articles and monetized via assignment or exchange.

4.  Each of the three negotiable instruments was an unconditional order or promise to pay, meeting the requirements of UCC § 3-104(a) (Idaho Code § 28-3-104), as they contained a signed writing, an unconditional order to pay a fixed amount ($84,700.94 and $85,598.37), were payable to order, and were payable on demand or at a definite time, as specified in Exhibit G.

5.  ICCU accepted all three negotiable instruments without refusal, objection, or return. At no time did ICCU notify me, in writing or otherwise, that any instrument was dishonored, deficient, or rejected, as required by UCC § 3-501(b) (Idaho Code § 28-3-501) to preserve a claim of non-payment. Their retention of the instruments constitutes

2

acceptance under UCC § 3-202(b) (Idaho Code § 28-3-202). See *Barclays Bank v. Mercantile Nat'l Bank*, 481 F.2d 1224, 1236 (5th Cir. 1973) (retention without protest equates to acceptance).

6. ICCU's acceptance of the first instrument on or about October 18, 2024, discharged the debt under UCC § 3-603(b) (Idaho Code § 28-3-603), which states that tender of payment, if accepted, discharges the obligation to the extent of the amount tendered. The subsequent instruments on December 3, 2024, further reaffirmed this discharge, ensuring no default occurred, as alleged in ICCU's Counterclaims.

7. On December 3, 2024, January 13, 2025, and March 5, 2025, I sent cease-and-desist notices to ICCU via registered mail, demanding cessation of collection efforts and release of the Sequoia's title, as the debt was satisfied (Complaint, Exhibits B, C, D). ICCU received these notices, as evidenced by signed return receipts, but failed to dispute or comply, instead pursuing collection and repossession.

8. On November 3, 2024, I transferred all rights, title, and interest in the Sequoia to the Rikur Irrevocable Trust, perfected by a UCC Financing Statement filed with the Idaho Secretary of State (Complaint, Exhibit H). This transfer, combined with the debt discharge, extinguishes ICCU's lien under Idaho Code § 28-9-601, rendering their counterclaim for repossession implausible.

9. ICCU's failure to acknowledge or return the three negotiable instruments, coupled with their continued collection efforts, violates 15 U.S.C. § 1692c(c) (Fair Debt Collection Practices Act) and constitutes bad faith under Idaho Code § 48-603(17) (Idaho Consumer Protection Act), as alleged in my Complaint (Counts VI, IV) and previous Motions.

STATE OF IDAHO ) : ss. COUNTY OF KOOTENAI )

On this 13th day of May, 2025, before me, a Notary Public, personally appeared Jason Henry Allen, known to me to be the person whose name is subscribed to the foregoing instrument, and acknowledged that he executed the same.

By: *[signature]* WITHOUT RECOURSE

Notary Public for Idaho My Commission Expires: Oct 1, 2030

```
VANESSA RAYA
Notary Public - State of Idaho
Commission Number 20243646
My Commission Expires Oct 1, 2030
```

Exhibit G: Attached hereto are true and correct copies of the three negotiable instruments tendered to ICCU on October 18, 2024, and December 3, 2024 (two instruments), each indorsed "Pay to the order of JASON H ALLEN", "Pay to the order of Idaho Central Credit Union", and "Without Recourse," constituting unconditional orders to pay $84,700.94 and $85,598.37, as referenced in this affidavit.

## CERTIFICATE OF SERVICE

I, Jason Henry Allen, certify that on this 15th day of May, 2025, I caused a true and correct copy of the foregoing Affidavit of Jason Henry Allen in Support of Motion to Dismiss Defendant ICCU's Counterclaims to be served via first-class mail, postage prepaid, to:

Kimbell D. Gourley Jones Williams Fuhrman Gourley, P.A. 225 North 9th Street, Suite 820 P.O. Box 1097 Boise, ID 83701 Email: kgourley@idalaw.com

/s/ Jason-Henry:Allen

Jason Henry Allen, In Propria Persona

# Exhibit

# G

LAW 553-ID-eps 6/23

## RETAIL INSTALLMENT SALE CONTRACT
## SIMPLE FINANCE CHARGE

DEAL # 56475
CUST # 71483

| Buyer Name and Address (Including County and Zip Code) | Co-Buyer Name and Address (Including County and Zip Code) | Seller-Creditor (Name and Address) |
|---|---|---|
| JASON HENRY ALLEN<br>2600 E SELTICE WAY<br>POST FALLS, ID 83854<br>COUNTY: KOOTENAI<br>Cell: 323-377-5620<br>Email: JASON.ALISTOR@GMAIL.COM | N/A<br><br><br><br>Cell: N/A<br>Email: N/A | GEORGE GEE CADILLAC KIA<br>317 W DALTON AVE<br>COEUR D'ALENE, ID 83815<br><br>208-667-7416 |

You, the Buyer (and Co-Buyer, if any), may buy the vehicle below for cash or on credit. By signing this contract, you choose to buy the vehicle on credit under the agreements in this contract. You agree to pay the Seller - Creditor (sometimes "we" or "us" in this contract) the Amount Financed and Finance Charge in U.S. funds according to the payment schedule below. We will figure your finance charge on a daily basis. The Truth-In-Lending Disclosures below are part of this contract.

| New/Used | Year | Make and Model | Vehicle Identification Number | Primary Use For Which Purchased |
|---|---|---|---|---|
| USED | 2023 | TOYOTA SEQUOIA | 7SVAAABA8PX011784 | Personal, family, or household unless otherwise indicated below<br>☐ business<br>☐ agricultural    ☐ N/A |

### FEDERAL TRUTH-IN-LENDING DISCLOSURES

| ANNUAL PERCENTAGE RATE<br>The cost of your credit as a yearly rate. | FINANCE CHARGE<br>The dollar amount the credit will cost you. | Amount Financed<br>The amount of credit provided to you or on your behalf. | Total of Payments<br>The amount you will have paid after you have made all payments as scheduled. | Total Sale Price<br>The total cost of your purchase on credit, including your down payment of $ 0.00 is |
|---|---|---|---|---|
| 6.49 % | $ 18058.18 | $ 84700.94 | $ 102759.12 | $ 102759.12 |

Returned Payment Charge: You agree to pay a charge of $ 20.00 if any check or any electronic payment you give us is dishonored.

**Your Payment Schedule Will Be:**                                       (e) means an estimate

| Number of Payments | Amount of Payments | When Payments Are Due |
|---|---|---|
| 72 | $ 1427.21 | MONTHLY beginning 12/02/2024 |
| N/A | $ N/A | N/A |
|  | N/A |  |

**Late Charge.** If payment is not received in full within __10__ days after it is due, you will pay a late charge of $ __15.00__ or __5__ % of the part of the payment that is late, whichever is __greater__ .
**Prepayment.** If you pay early, you will not have to pay a penalty.
**Security Interest.** You are giving a security interest in the vehicle being purchased.
**Additional Information:** See this contract for more information including information about nonpayment, default, any required repayment in full before the scheduled date and security interest.

**NOTICE: ANY HOLDER OF THIS CONSUMER CREDIT CONTRACT IS SUBJECT TO ALL CLAIMS AND DEFENSES WHICH THE DEBTOR COULD ASSERT AGAINST THE SELLER OF GOODS OR SERVICES OBTAINED PURSUANT HERETO OR WITH THE PROCEEDS HEREOF. RECOVERY HEREUNDER BY THE DEBTOR SHALL NOT EXCEED AMOUNTS PAID BY THE DEBTOR HEREUNDER.**

The preceding NOTICE applies only to goods or services obtained primarily for personal, family or household use. In all other cases, Buyer will not assert against any subsequent holder or assignee of this contract any claims or defenses the Buyer (debtor) may have against the Seller, or against the manufacturer of the vehicle or equipment obtained under this contract.

**Used Car Buyers Guide.** The information you see on the window form for this vehicle is part of this contract. Information on the window form overrides any contrary provisions in the contract of sale.
**Spanish Translation:** Guía para compradores de vehículos usados. La información que ve en el formulario de la ventanilla para este vehículo forma parte del presente contrato. La información del formulario de la ventanilla deja sin efecto toda disposición en contrario contenida en el contrato de venta.

☐ **VENDOR'S SINGLE INTEREST INSURANCE (VSI Insurance):** If the preceding box is checked, the Creditor requires VSI insurance for the initial term of the contract to protect the Creditor for loss or damage to the vehicle (collision, fire, theft, concealment, skip). VSI insurance is for the Creditor's sole protection. This insurance does not protect your interest in the vehicle. You may choose the insurance company through which the VSI insurance is obtained. If you elect to purchase VSI insurance through the Creditor, the cost of this insurance is $_____ and is also shown in Item 4B of the Itemization of Amount Financed. The coverage is for the initial term of the contract.

104657*1*GGC-FI

10/18/2024   07:00 pm

Buyer Signs X [signature] _PAY TO THE ORDER OF JASON HENRY ALLEN_ Co-Buyer Signs X __N/A__
_without recourse_

LAW 553-ID-eps 6/23 v1   Page 1 of 4

## ITEMIZATION OF AMOUNT FINANCED

1. Cash Price (Including $ 4493.94 sales tax) — $ 79392.94 (1)
2. Total Downpayment =
   - Trade-In _N/A_ (Year) (Make) (Model)
   - Gross Trade-In Allowance — $ N/A
   - Less Pay Off Made By Seller to N/A — $ N/A
   - Equals Net Trade In — $ N/A
   - + Cash — $ N/A
   - + Other N/A — $ N/A
   - + Other N/A — $ N/A
   - + Other N/A — $ N/A
   - (If total downpayment is negative, enter "0" and see 4J below) — $ 0.00 (2)
3. Unpaid Balance of Cash Price (1 minus 2) — $ 79392.94 (3)
4. Other Charges Including Amounts Paid to Others on Your Behalf
   (Seller may keep part of these amounts):
   - A. Cost of Optional Credit Insurance Paid to Insurance Company or Companies.
     - Life — $ N/A
     - Disability — $ N/A — $ N/A
   - B. Vendor's Single Interest Insurance Paid to Insurance Company — $ N/A
   - C. Other Optional Insurance Paid to Insurance Company or Companies — $ N/A
   - D. Optional Gap Contract — $ 895.00
   - E. Official Fees Paid to Government Agencies — $ N/A
   - F. Government Taxes Not Included in Cash Price — $ N/A
   - G. Government License and/or Registration Fees
     - N/A
     - N/A — $ N/A
   - H. Government Certificate of Title Fees — $ 19.00
   - I. Optional Service Contract** Paid to
     - PROSIDIUM VSC — $ 3995.00
   - J. Other Charges (Seller must identify who is paid and describe purpose)
     - to _____ for Prior Credit or Lease Balance — $ N/A
     - to GEORGE GEE CADILLAC KIA DOCUMENTATION FEE — $ 399.00
     - to N/A for N/A — $ N/A
     - to N/A for N/A — $ N/A
     - to N/A for N/A — $ N/A
     - to N/A for N/A — $ N/A
     - to N/A for N/A — $ N/A
     - to N/A for N/A — $ N/A
     - to N/A for N/A — $ N/A
     - to N/A for N/A — $ N/A
     - to N/A for N/A — $ N/A
   - Total Other Charges and Amounts Paid to Others on Your Behalf — $ 5308.00 (4)
5. Amount Financed (3 + 4) — $ 84700.94 (5)

**Purchase of an optional Service Contract is not required either to purchase or to obtain financing for the Vehicle.

**OPTION:** ☐ You pay no finance charge if the Amount Financed, item 5, is paid in full on or before ___N/A___, Year __N/A__. SELLER'S INITIALS __N/A__

**OPTIONAL GAP CONTRACT.** A gap contract (debt cancellation contract) is not required to obtain credit and will not be provided unless you sign below and agree to pay the extra charge. If you choose to buy a gap contract, the charge is shown in Item 4D of the Itemization of Amount Financed. See your gap contract for details on the terms and conditions it provides. It is a part of this contract.

Term __72__ Mos.   PROSIDIUM GAP
                   Name of Gap Contract

I want to buy a gap contract.
Buyer Signs X _By Gregg Thomas Allen WITHOUT RECOURSE_
PAY TO THE ORDER JASON HENRY ALLEN
12 UCC 144

Buyer Signs X _[signature]_   Co-Buyer Signs X   N/A

104657*1*GGC-FI

---

Insurance. Any gap buying the physical damage insurance this contract requires from anyone you choose who is acceptable to us. You may also provide the physical damage insurance through an existing policy owned or controlled by you that is acceptable to us. You are not required to buy any other insurance to obtain credit unless the box indicating Vendor's Single Interest Insurance is required is checked on page 1.

If any insurance is checked below, policies or certificates from the named insurance companies will describe the terms and conditions.

**Check the insurance you want and sign below:**
**Optional Credit Insurance**

☐ Credit Life:   ☐ Buyer   ☐ Co-Buyer   ☐ Both
☐ Credit Disability:   ☐ Buyer   ☐ Co-Buyer   ☐ Both
Premium:
Credit Life $ _N/A_
Credit Disability $ _N/A_
Insurance Company Name _N/A_
_N/A_
Home Office Address _N/A_
_N/A_

Credit life insurance and credit disability insurance are not required to obtain credit. Your decision to buy or not to buy credit life insurance and credit disability insurance will not be a factor in the credit approval process. They will not be provided unless you sign and agree to pay the extra cost. If you choose this insurance, the cost is shown in Item 4A of the Itemization of Amount Financed. Credit life insurance is based on your original payment schedule. This insurance may not pay all you owe on this contract if you make late payments. Credit disability insurance does not cover any increase in your payment or in the number of payments. Coverage for credit life insurance and credit disability insurance ends on the original due date for the last payment unless a different term for the insurance is shown below.

**Other Optional Insurance**

☒ _VEH. SERV. CONT._   _____ MOS.
   Type of Insurance                Term
Premium $ _3995.00_
Insurance Company Name _N/A_
_N/A_
Home Office Address _N/A_
_N/A_

☐ _N/A_   _N/A_
   Type of Insurance   Term
Premium $ _N/A_
Insurance Company Name _N/A_
_N/A_
Home Office Address _N/A_
_N/A_

Other optional insurance is not required to obtain credit. Your decision to buy or not buy other optional insurance will not be a factor in the credit approval process. It will not be provided unless you sign and agree to pay the extra cost.

I want the insurance checked above.

X _[signature]_   10/18/2024
Buyer Signature   Date

X _N/A_   10/18/2024
Co-Buyer Signature   Date

**THIS INSURANCE DOES NOT INCLUDE INSURANCE ON YOUR LIABILITY FOR BODILY INJURY OR PROPERTY DAMAGE CAUSED TO OTHERS. WITHOUT SUCH INSURANCE YOU MAY NOT OPERATE THIS VEHICLE ON PUBLIC HIGHWAYS.**

10/18/2024   06:58 pm
LAW 553-ID-eps 6/23 v1   Page 2 of 4



**Auto Loan Payoff Quote**

11/26/2024

JASON H ALLEN
2600 E SELTICE WAY #235
POST FALLS, ID 83854

Account #: 745384317

To Whom It May Concern:

Re: JASON H ALLEN
2600 E SELTICE WAY
POST FALLS, ID 83854

Payoff on the above referenced loan is subject to change with advances or payments.

Payoff Amount: $ 85538.37
Per Diem: $ 15.02
Quoted payoff valid through: 12/16/2024

Please mail payoff to:

Idaho Central Credit Union
PO Box 2469
Pocatello, ID 83206

Please include the loan number and any special instructions for the title release. This payoff supersedes any previous payoff information quoted prior to the date of this letter.

Sincerely,

Cave Guevarra
ICCU Team Member

*[Handwritten stamp:]* For presentation to the United States Treasury, for redemption or in exchange for securities of a new issue, in accordance with written instructions submitted. *[Signed]* without recourse

*[Stamp:]*
PAY TO THE ORDER OF:
IDAHO CENTRAL CREDIT UNION
BY: *[signature]*
Agent For: JASON ALLEN /Agent
By Accommodation / Principle

*[Handwritten:]* EIGHTY FIVE THOUSAND FIVE HUNDRED THIRTY EIGHT DOLLARS 37/100

Member Service Center
PO Box 7469
Pocatello, ID 83206



**Idaho Central** CREDIT UNION

Auto Loan Payoff Quote

11/26/2024

JASON H ALLEN
2600 E SELTICE WAY #235
POST FALLS, ID 83854

Account #: 745384317

To Whom it May Concern:

Re: JASON H ALLEN
2600 E SELTICE WAY
POST FALLS, ID 83854

Payoff on the above referenced loan is subject to change with advances or payments.

Payoff Amount: $ 85598.37
Per Diem: $ 15.02
Quoted payoff valid through: 12/16/2024

Please mail payoff to:

Idaho Central Credit Union
PO Box 2460
Pocatello, ID 83206

Please include the loan number and any special instructions for the title release. This payoff supersedes any previous payoff information quoted prior to the date of this letter.

Sincerely,

Cave Guevarra
ICCU Team Member

PAY TO THE ORDER OF:
JASON HENRY ALLEN, REGISTERED PERSON
BY [signature]
Agent For: JASON ALLEN WITHOUT RECOURSE /Agent
By Accommodation / Principle

EIGHTY FIVE THOUSAND FIVE HUNDRED NINETY EIGHT DOLLARS 37/100

Member Service Center
PO Box 2469
Pocatello, ID 83206