Kimbell D. Gourley / ISB #3578
JONES♦WILLIAMS♦FUHRMAN♦GOURLEY, P.A.
The 9th & Idaho Center
225 North 9th Street, Suite 820
P.O. Box 1097
Boise, ID  83701
Telephone: (208) 331-1170
Facsimile: (208) 331-1529
Email:  *kgourley@idalaw.com*

*Attorneys for Defendants/Counterclaimant,*
*Idaho Central Credit Union and Brian M. Berrett*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| JASON HENRY ALLEN, Individually and as Trustee of Rikur Private Irrevocable Trust,<br><br>Plaintiff,<br><br>vs.<br><br>IDAHO CENTRAL CREDIT UNION, and BRIAN M. BERRETT,<br><br>Defendants. | Case No.:  2:25-cv-00172-AKB<br><br>**MOTION TO DISMISS AND MOTION FOR JUDGMENT ON THE PLEADINGS PURSUANT TO FRCP 12(b)(6) & (c)** |
| IDAHO CENTRAL CREDIT UNION,<br><br>Counterclaimant,<br><br>vs.<br><br>JASON HENRY ALLEN, Individually and as Trustee of Rikur Private Irrevocable Trust,<br><br>Counter Defendants. | |

COME NOW the Defendants/Counterclaimant, the Idaho Central Credit Union ("ICCU") and Brian M. Berrett ("Berrett"), by and through their counsel of record Jones Williams Fuhrman Gourley, P.A., and move the court, pursuant to FRCP 12(b)(6) & (c) to dismiss the following claims asserted by one or both of the Plaintiffs:

**Plaintiffs' Claims**

| COUNTS | DESCRIPTION OF CLAIMS | PARTY(S) AGAINST WHOM THE CLAIM IS ASSERTED |
|---|---|---|
| COUNT VII | **Violation of 18 USC Section 1001 (False Statements)** | ICCU |
| COUNT VIII | **Violation of 18 USC Section 1341 (Mail Fraud)** | ICCU |
| COUNT IX | **Violation of 18 USC Section 1343 (Wire Fraud)** | ICCU |
| COUNT XI | **Violation of BBB Standards for Trust and Bad Faith Conduct** | ICCU |
| COUNT XII | **Violation of the Federal Credit Union Act (12 USC Section 1751 et. seq.)** | ICCU |
| COUNT XIII | **Violation of Idaho Unfair Claims Settlement Practices Act (Idaho Code Section 41-1301 et. seq.)** | ICCU |
| COUNT XIV | **Violation of the Equal Credit Opportunity Act (15 USC Sectio 1691)** | ICCU |
| COUNT XV | **Violation of Idaho Constitution** | ICCU |
| COUNT XVI | **Intentional Infliction of Emotional Distress** | ICCU & Berrett |
| COUNT XVII | **Civil Conspiracy** | ICCU & Berrett |

In addition, ICCU and Mr. Berrett are seeking the court to dismiss or strike all requests for an award of punitive damages because such requests are in violation of Idaho Code §6-1604. Also, the Plaintiffs did not sign the complaint in compliance with FRCP 11, and the only signature is by a beneficiary and such signature is "without recourse". The Plaintiffs have failed to comply with FRCP 11, and the complaint should be dismissed.

This motion to dismiss and motion for judgment on the pleadings is supported by the memorandum in support filed contemporaneously herewith and the Plaintiffs' complaint.

DATED this 20th day of May, 2025.

                          JONES WILLIAMS FUHRMAN GOURLEY, P.A.

                          */s/ Kimbell D. Gourley*
                          KIMBELL D. GOURLEY
                          Attorneys for Defendants/Counterclaimant

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 20th day of May, 2025, a true and correct copy of the foregoing document was filed with the Clerk of the Court using the CM/ECF System.

I certify that the following listed non-registered CM/ECF participants were served a copy of the foregoing by first class mail, postage prepaid, addressed to:

    Jason Henry Allen, individually and as
    trustee of the Rikur Private Irrevocable
    Trust,
    2600 East Seltice Way
    Post Falls, Idaho 83854

                          */s/ Kimbell D. Gourley*
                          Kimbell D. Gourley