Kimbell D. Gourley / ISB #3578
JONES♦WILLIAMS♦FUHRMAN♦GOURLEY, P.A.
The 9th & Idaho Center
225 North 9th Street, Suite 820
P.O. Box 1097
Boise, ID 83701
Telephone: (208) 331-1170
Facsimile: (208) 331-1529
Email: *kgourley@idalaw.com*

*Attorneys for Defendants/Counterclaimant,*
*Idaho Central Credit Union and Brian M. Berrett*

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| JASON HENRY ALLEN, Individually and as Trustee of Rikur Private Irrevocable Trust,<br><br>Plaintiff,<br><br>vs.<br><br>IDAHO CENTRAL CREDIT UNION, and BRIAN M. BERRETT,<br><br>Defendants. | **Case No.: 2:25-cv-00172-AKB**<br><br>**AFFIDAVIT OF KIMBELL D. GOURLEY** |
| IDAHO CENTRAL CREDIT UNION,<br><br>        Counterclaimant,<br><br>vs.<br><br>JASON HENRY ALLEN, Individually and as Trustee of Rikur Private Irrevocable Trust,<br><br>        Counter Defendants. | |

STATE OF IDAHO   )
                      )ss.
County of Ada      )

      KIMBELL D. GOURLEY, being first duly sworn upon oath deposes and says:

**AFFIDAVIT OF KIMBELL D. GOURLEY - PAGE 1**

1.     I am a member of the firm Jones ♦ Williams ♦ Fuhrman ♦ Gourley, P.A., counsel of record for the Plaintiff, Idaho Central Credit Union, in the above-entitled matter.

2.     I make the following statements based upon my own personal knowledge.

3.     Attached hereto as Exhibit "A" is a true and correct copy of a Dember 1, 2024, Notice of Tender from the Plaintiff, Mr. Jason Henry Allen ("Mr. Allen");

4.     Attached hereto as Exhibit "B" is a true and correct copy of a December 20, 2024, letter to Mr. Allen from me;

5.     Attached hereto as Exhibit "C" is a true and correct copy of a January 13, 2025, letter from Mr. Allen;

6.     Attached hereto as Exhibit "D" is a true and correct copy of a January 23, 2024, letter to Mr. Allen from me.

7.     Attached hereto as Exhibit "E" is a true and correct copy of February 23, 2025, letter from Mr. Allen;

8.     Attached hereto as Exhibit "F" is a true and correct copy of a February 25, 2025, Indorsement from Mr. Allen;

9.     Attached hereto as Exhibit "G" is a true and correct copy of a March 20, 2025, letter to Mr. Allen from me;

**FURTHER YOUR AFFIANT SAYETH NOT.**


_____
Kimbell D. Gourley

**AFFIDAVIT OF KIMBELL D. GOURLEY - PAGE 2**

STATE OF IDAHO    )
                  ) ss.
County of Ada      )

      SUBSCRIBED AND SWORN to before me this 20th day of May, 2025.


_____
Notary Public for State of Idaho
Residing at:_____

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on the 20th day of May, 2025, a true and correct copy of the foregoing document was filed with the Clerk of the Court using the CM/ECF System.

      I certify that the following listed non-registered CM/ECF participants were served a copy of the foregoing by first class mail, postage prepaid, addressed to:

      Jason Henry Allen, individually and as
      trustee of the Rikur Private Irrevocable
      Trust,
      2600 East Seltice Way
      Post Falls, Idaho 83854


     */s/ Kimbell D. Gourley*_____
     Kimbell D. Gourley

**AFFIDAVIT OF KIMBELL D. GOURLEY - PAGE 3**

# EXHIBIT A

Jason-Henry:Allen Beneficiary
2600 East Seltice Way
#235
Post Falls, Idaho [83854]

Idaho Central Credit Union
Brian M. Barrett, CFO
4400 Central Way
Chubbuck, Idaho 83202

Idaho Central Credit Union
Brian M. Barrett, CFO
200 North 4th Street
Boise, Idaho 83702

<div align="center">

**NOTICE OF TENDER**
**PRIVATE AND CONFIDENTIAL**

**NOTICE TO AGENT IS NOTICE TO PRINCIPAL.**
**NOTICE TO PRINCIPAL IS NOTICE TO AGENT.**

</div>

December 1, 2024

Re: Toyota Sequoia 2023 VIN 7SVAAABA8PX011784
Idaho Central Credit Union: Account #745384317

To Brian M. Berrett CFO, Et Al

This is a LEGAL NOTICE and not a letter.

Purpose: Since we have not received the clear title as of yet as referenced by the executed contract which is a negotiable security instrument. As this might be foreign to you we wanted to provide exact instructions on how to correctly handle and process the transaction. Utilizing your medallion stamp might also be advised for monetization of said security.

Please reference the received Registered Security related to the above mentioned asset transaction. You have received a perfected, executed, and properly indorsed negotiable instrument (copy attached) to satisfy any outstanding balance with interest and fees on 2023 Toyota Sequoia VIN # 7SVAAABA8PX011784 transacted through your agent George Gee

Cadillac Kia dealer #0047. Also included in this mail package, Beneficiary has enclosed a durable power of attorney, a fiduciary nomination, and a copy of the Negotiable Instrument executed on October 18th 2024. Please also be advised that this instrument is a lawful specie of payment under the Uniform Commercial Code in section 3-104 which must be used to credit / off-set the balance of the above account. The Negotiable Instrument is to be forwarded to your organization's banking partner, who in turn is to securitize the Instrument, deposit the appropriate amount into Treasury Direct Account #: G-509-840-052 (TDA ABA Routing # 051736158), and file Form 56F documenting the trustee action.

If there is any attempt to not fulfill your fiduciary duties, please be aware there is discharge under the Uniform Commercial Code section 3-603(b).

We are fully willing to work together with you and your banking institution to complete this transaction but be aware that any response except full compliance to performance of your fiduciary duties will result in legal action to secure remedy. Please be advised that the payment for the 2023 Toyota Sequoia plus interest has already been made, you are only to complete the process to satisfy and correct the balance. If applicable please submit an affidavit under the penalty of perjury and full commercial liability as to why you or your organization is exempt from any of these duties or the legislation as outlined.

Upon completion of fiduciary duties please provide written confirmation the account balance is zero.

Please send clean and clear title for 2023 Toyota Sequoia VIN # 7SVAAABA8PX011784 to the above mentioned mailing address.

We trust that this is to your satisfaction and that no claims will be made against JASON HENRY ALLEN Principal.

Enclosed in the received Registered Mail Package is the following:

Copy of Executed Securitized Negotiable Instrument
Durable Power of Attorney
Indorsed Payoff Coupon X2
Form 56 X2


Please be aware that we only desire a peaceful and mutually beneficial ongoing relationship.

This notice is being served pursuant to the Fair Debt Collections Practice Act (F.D.C.P.A.) and the Truth in Lending Act as well as other legislation included on the Notice of Acceptance of Presentment.

This transaction is to be executed and completed per Uniform Commercial Code

Article 3: Sections 3101-3406 and UCC 3-501, 502, 603, 409, 410, 411.

Yours without dishonor, ill will, or frivolity. All rights reserved. Non-assumpsit.
Errors and Omissions Excepted

Without prejudice, by:

By: _Jason-Henry:Allen_ _____

Jason-Henry:Allen
Agent on Behalf of Principal

## AFFIDAVIT OF TRUTH

### IN THE NATURE OF SUPPLEMENTAL RULES FOR ADMINISTRATIVE AND MARITIME CLAIMS RULES C(6)

Grant of exclusive power of attorney to conduct all
tax, business, and legal affairs of principal person.

# POWER OF ATTORNEY IN FACT

JASON H. ALLEN, JASON HENRY ALLEN, ALLEN, JASON H, or any derivative name thereof, **DEBTOR / principal person /** *ens legis* **Trust / corporate fiction**, located at 2600 East Seltice Way, Post Falls, Idaho [83854], does hereby appoint Jason-Henry: Allen (also stylized as "First-Middle: Last"), **a Living Soul / Secured Party / Creditor**, as **Agent** with **Power of Attorney in Fact**, located at 47.722820 latitude -116.944980 longitude (non-domestic), to take exclusive charge of, to manage, and to conduct all of the tax, business, and legal affairs and to act in the name and place of the DEBTOR without limitation on the powers necessary to carry out this exclusive purpose of Attorney in Fact as authorized herein:

- **(a)** to take possession of, to hold, and to manage real estate and all other property;
- **(b)** to receive money or property paid or delivered to the DEBTOR from any source;
- **(c)** to deposit funds in, to make withdrawals from, or to sign checks or drafts against any account standing in the name of the DEBTOR individually or jointly in any bank or other depository; to cash coupons, bonds, or certificates of deposits; to endorse checks, notes, or other documents in said legal name; to have access to and to place items in or remove them from any safety deposit box standing in the DEBTOR's name individually or jointly, and to conduct any other bank transactions or business;
- **(d)** to pay the just debts and expenses of the DEBTOR, including reasonable expenses incurred by the Attorney in Fact in exercising this exclusive power of attorney;
- **(e)** to retain any investments and to invest in stocks, bonds, securities, or real estate or other property;
- **(f)** to give general and special proxies or to exercise rights of conversion or rights with respect to shares or securities; to deposit shares or securities with or to transfer them to protective committees or similar bodies; to join any reorganization and pay assessments or subscriptions called for in connection with shares or securities;
- **(g)** to sell, to exchange, to lease, to give options, and to make contracts concerning real estate or other property for such considerations and on such terms as the Attorney in Fact may consider prudent;
- **(h)** to settle boundary lines, easements, and other rights with respect to real estate;
- **(i)** to improve or to develop real estate; to construct, to alter, or to repair building structures and appurtenances or real estate; to settle boundary lines, easements, and other rights with respect to real estate; to plant, to cultivate, to harvest, and to sell or otherwise dispose of crops and timber and to do all things necessary or appropriate for good husbandry;
- **(j)** to provide for the use, maintenance, repair, security, or storage of tangible property in the DEBTOR's legal name above; and
- **(k)** to purchase and maintain such policies of insurance against liability, fire, casualty, or other risks as the Attorney in Fact may consider prudent.

The **Agent / Living Soul / Secured Party / Creditor**, Jason-Henry: Allen, is hereby authorized by law to act for and in control of the **DEBTOR**, JASON HENRY ALLEN (or any derivative name thereof). In addition, through the exclusive power of attorney, the undersigned Attorney in Fact is authorized to contract for all business and legal affairs of the **principal person**, JASON HENRY ALLEN.

The term "exclusive" shall be construed to mean that only the Attorney in Fact may obligate the principal person to these matters while these powers are in force, and the capacity to obligate the DEBTOR with regard to the same is hereby revoked and forfeited by any other party. The grant of this exclusive power is irrevocable during the lifetime of the **Attorney in Fact** until further notice from the undersigned.

Executed and sealed by the voluntary act of my own hand on this ___2___ day of December, 2024.

As this is executed without the UNITED STATES, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.
Without prejudice, U.C.C. § 1-308.

I, the undersigned, exclusive Attorney in Fact,
do hereby accept the fiduciary interest of the
DEBTOR named herein and will execute
the herein-granted powers with due diligence.

By: _____

**Jason-Henry: Allen, Agent,**
**Attorney in Fact with the Autograph**

Using a notary on this document does not constitute any adhesion, nor does it alter my status in any manner. The purpose for notarization is verification and identification only and not for entrance into any foreign jurisdiction.

## JURAT

Kootenai County )

) ss:

Idaho State )

Before me, the undersigned, _Kimberly Cummings_____, a Notary Public in and for said county and state, personally appeared Jason-Henry: Allen, known to me to be fully competent and of legal age to state the aforementioned, and has acknowledged that he/she has executed the same. Subscribed and affirmed before me this __2__ day of December, 2024.


_Kimberly Cummings_____

Notary Signature

Notary Seal:

KIMBERLY CUMMINGS
Notary Public - State of Idaho
Commission Number 47508
My Commission Expires Jun 30, 2030


My Commission Expires: __June 30, 2030__

Docusign Envelope ID: 97A16095-C5C2-4BCC-9D59-81FEEEEEF8EC



**Idaho Central**
CREDIT UNION

**Auto Loan Payoff Quote**

11/26/2024

JASON H ALLEN
2600 E SELTICE WAY #235
POST FALLS, ID 83854

Account #:  745384317

To Whom It May Concern:

Re: JASON H ALLEN
    2600 E SELTICE WAY
    POST FALLS, ID 83854

Payoff on the above referenced loan is subject to change with advances or payments.

   Payoff Amount: $ 85598.37
   Per Diem: $  15.02
   Quoted payoff valid through: 12/16/2024

Please mail payoff to:

   Idaho Central Credit Union
   PO Box 2469
   Pocatello, ID 83206

Please include the loan number and any special instructions for the title release. This
payoff supersedes any previous payoff information quoted prior to the date of this letter.

Sincerely,

Cave Guevarra

ICCU Team Member

*(handwritten stamp overlay:)* For presentation to the United States Treasury, for redemption or in exchange for securities of a new issue, in accordance with written instructions submitted by _____ without recourse

*(handwritten endorsement box:)*
PAY TO THE ORDER OF:
IDAHO CENTRAL CREDIT UNION
BY: _____ /Agent
Agent For: JASON ALLEN
By Accommodation / Principle

*(handwritten:)* EIGHTY FIVE THOUSAND FIVE HUNDRED NINETY EIGHT DOLLARS 37/100

Docusign Envelope ID: 97A18095-C5C2-4BCC-9D59-81FEEEEEF6EC



**Auto Loan Payoff Quote**

11/26/2024

JASON H ALLEN

2600 E SELTICE WAY #235

POST FALLS, ID 83854

Account #: 745384317

To Whom It May Concern:

Re: JASON H ALLEN

2600 E SELTICE WAY

POST FALLS, ID 83854

Payoff on the above referenced loan is subject to change with advances or payments.

Payoff Amount: $ 85598.37
Per Diem: $ 15.02
Quoted payoff valid through: 12/16/2024

Please mail payoff to:

Idaho Central Credit Union
PO Box 2469
Pocatello, ID 83206

Please include the loan number and any special instructions for the title release. This payoff supersedes any previous payoff information quoted prior to the date of this letter.

Sincerely,

Cave Guevarra

ICCU Team Member

PAY TO THE ORDER OF:
JASON HENRY ALLEN, REPRESENTED PERSON
BY: _____ /Agent
Agent For: JASON ALLEN WITHOUT RECOURSE
By Accommodation / Principle

EIGHTY FIVE THOUSAND FIVE HUNDRED NINETY EIGHT DOLLARS 37/100

# ⫽LAW⫽ 553-ID-eps 6/23

## RETAIL INSTALLMENT SALE CONTRACT
## SIMPLE FINANCE CHARGE

DEAL # 56475

CUST # 71483

| Buyer Name and Address (Including County and Zip Code) | Co-Buyer Name and Address (Including County and Zip Code) | Seller-Creditor (Name and Address) |
|---|---|---|
| JASON HENRY ALLEN<br>2600 E SELTICE WAY<br>POST FALLS, ID 83854<br>COUNTY: KOOTENAI<br>Cell: 323-377-5620<br>Email: JASON.ALISTOR@GMAIL.COM | N/A<br><br><br><br>Cell: N/A<br>Email: N/A | GEORGE GEE CADILLAC KIA<br>317 W DALTON AVE<br>COEUR D'ALENE, ID 83815<br><br>208-667-7416 |

You, the Buyer (and Co-Buyer, if any), may buy the vehicle below for cash or on credit. By signing this contract, you choose to buy the vehicle on credit under the agreements in this contract. You agree to pay the Seller - Creditor (sometimes "we" or "us" in this contract) the Amount Financed and Finance Charge in U.S. funds according to the payment schedule below. We will figure your finance charge on a daily basis. The Truth-in-Lending Disclosures below are part of this contract.

| New/Used | Year | Make and Model | Vehicle Identification Number | Primary Use For Which Purchased |
|---|---|---|---|---|
| USED | 2023 | TOYOTA<br>SEQUOIA | 7SVAAABA8PX011784 | Personal, family, or household unless otherwise indicated below<br>☐ business<br>☐ agricultural ☐ __N/A__ |

## FEDERAL TRUTH-IN-LENDING DISCLOSURES

| ANNUAL PERCENTAGE RATE<br>The cost of your credit as a yearly rate. | FINANCE CHARGE<br>The dollar amount the credit will cost you. | Amount Financed<br>The amount of credit provided to you or on your behalf. | Total of Payments<br>The amount you will have paid after you have made all payments as scheduled. | Total Sale Price<br>The total cost of your purchase on credit, including your down payment of $0.00 is (e) |
|---|---|---|---|---|
| 6.49 % | $ 18058.18 | $ 84700.94 | $ 102759.12 | $ 102759.12 |

(e) means an estimate

### Your Payment Schedule Will Be:

| Number of Payments | Amount of Payments | When Payments Are Due | |
|---|---|---|---|
| 72 | $ 1427.21 | MONTHLY | beginning 12/02/2024 |
| N/A | $ N/A | N/A | |
| | | | |
| | | **N/A** | |

**Late Charge.** If payment is not received in full within __10__ days after it is due, you will pay a late charge of $ __15.00__ or __5__ % of the part of the payment that is late, whichever is __greater__ .

**Prepayment.** If you pay early, you will not have to pay a penalty.

**Security Interest.** You are giving a security interest in the vehicle being purchased.

**Additional Information:** See this contract for more information including information about nonpayment, default, any required repayment in full before the scheduled date and security interest.

Returned Payment Charge: You agree to pay a charge of $ __20.00__ If any check or any electronic payment you give us is dishonored.

**NOTICE: ANY HOLDER OF THIS CONSUMER CREDIT CONTRACT IS SUBJECT TO ALL CLAIMS AND DEFENSES WHICH THE DEBTOR COULD ASSERT AGAINST THE SELLER OF GOODS OR SERVICES OBTAINED PURSUANT HERETO OR WITH THE PROCEEDS HEREOF. RECOVERY HEREUNDER BY THE DEBTOR SHALL NOT EXCEED AMOUNTS PAID BY THE DEBTOR HEREUNDER.**

The preceding NOTICE applies only to goods or services obtained primarily for personal, family or household use. In all other cases, Buyer will not assert against any subsequent holder or assignee of this contract any claims or defenses the Buyer (debtor) may have against the Seller, or against the manufacturer of the vehicle or equipment obtained under this contract.

Used Car Buyers Guide. The information you see on the window form for this vehicle is part of this contract. Information on the window form overrides any contrary provisions in the contract of sale.

Spanish Translation: Guía para compradores de vehículos usados. La información que ve en el formulario de la ventanilla para este vehículo forma parte del presente contrato. La información del formulario de la ventanilla deja sin efecto toda disposición en contrario contenida en el contrato de venta.

☐ VENDOR'S SINGLE INTEREST INSURANCE (VSI Insurance): If the preceding box is checked, the Creditor requires VSI insurance for the initial term of the contract to protect the Creditor for loss or damage to the vehicle (collision, fire, theft, concealment, skip). VSI insurance is for the Creditor's sole protection. This insurance does not protect your interest in the vehicle. You may choose the insurance company through which the VSI insurance is obtained. If you elect to purchase VSI insurance through the Creditor, the cost of this insurance is $_____ and is also shown in item 4B of the Itemization of Amount Financed. The coverage is for the initial term of the contract.

104657*1*GGC-FI

10/18/2024  07:00 pm

Buyer Signs X _(signature)_ _SAGON ACHAU ALLEN_ Co-Buyer Signs X __N/A__

*LAW 553-ID-eps 6/23 v1*    Page 1 of 4

# ITEMIZATION OF AMOUNT FINANCED

1 Cash Price (including $ __4493.94__ sales tax)  $ __79392.94__ (1)

2 Total Downpayment =

Trade-in __N/A__
(Year) (Make) (Model)

| | | |
|---|---|---|
| Gross Trade-In Allowance | $ | N/A |
| Less Pay Off Made By Seller to __N/A__ | $ | N/A |
| Equals Net Trade In | $ | N/A |
| + Cash | $ | N/A |
| + Other __N/A__ | $ | N/A |
| + Other __N/A__ | $ | N/A |
| + Other __N/A__ | $ | N/A |

(If total downpayment is negative, enter "0" and see 4J below)  $ __0.00__ (2)

3 Unpaid Balance of Cash Price (1 minus 2)  $ __79392.94__ (3)

4 Other Charges Including Amounts Paid to Others on Your Behalf

(Seller may keep part of these amounts):

A Cost of Optional Credit Insurance Paid to Insurance Company or Companies.

Life $ __N/A__

Disability $ __N/A__  $ __N/A__

B Vendor's Single Interest Insurance Paid to Insurance Company  $ __N/A__

C Other Optional Insurance Paid to Insurance Company or Companies  $ __N/A__

D Optional Gap Contract  $ __895.00__

E Official Fees Paid to Government Agencies  $ __N/A__

F Government Taxes Not Included in Cash Price  $ __N/A__

G Government License and/or Registration Fees

__N/A__

__N/A__  $ __N/A__

H Government Certificate of Title Fees  $ __19.00__

I Optional Service Contract** Paid to

PROSIDIUM VSC  $ __3995.00__

J Other Charges (Seller must identify who is paid and describe purpose)

| to | for Prior Credit or Lease Balance | $ | N/A |
|---|---|---|---|
| to **GEORGE GEE CADILLAC KIA DOCUMENTATION FEE** | | $ | 399.00 |
| to N/A | for N/A | $ | N/A |
| to N/A | for N/A | $ | N/A |
| to N/A | for N/A | $ | N/A |
| to N/A | for N/A | $ | N/A |
| to N/A | for N/A | $ | N/A |
| to N/A | for N/A | $ | N/A |
| to N/A | for N/A | $ | N/A |
| to N/A | for N/A | $ | N/A |
| to N/A | for N/A | $ | N/A |
| to N/A | for N/A | $ | N/A |

Total Other Charges and Amounts Paid to Others on Your Behalf  $ __5308.00__ (4)

5 Amount Financed (3 + 4)  $ __84700.94__ (5)

**Purchase of an optional Service Contract is not required either to purchase or to obtain financing for the Vehicle.

---

**OPTION:** ☐ You pay no finance charge If the Amount Financed, item 5, is paid in full on or before __N/A__ , Year __N/A__ . SELLER'S INITIALS __N/A__

---

**OPTIONAL GAP CONTRACT.** A gap contract (debt cancellation contract) is not required to obtain credit and will not be provided unless you sign below and agree to pay the extra charge. If you choose to buy a gap contract, the charge is shown in Item 4D of the Itemization of Amount Financed. See your gap contract for details on the terms and conditions it provides. It is a part of this contract.

Term __72__ Mos. **PROSIDIUM GAP**
Name of Gap Contract

I want to buy a gap contract.

Buyer Signs X _~~signature~~_ WITHOUT RECOURSE

PAY TO THE ORDER JASON HENRY ALLEN

12 UCC UM

Buyer Signs X _~~signature~~_ Co-Buyer Signs X __N/A__

104657*1*GGC-FI

---

Insurance. You may buy the physical damage insurance this contract requires from anyone you choose who is acceptable to us. You may also provide the physical damage insurance through an existing policy owned or controlled by you that is acceptable to us. You are not required to buy any other insurance to obtain credit unless the box indicating Vendor's Single Interest Insurance is required is checked on page 1.

If any insurance is checked below, policies or certificates from the named insurance companies will describe the terms and conditions.

### Check the insurance you want and sign below:
## Optional Credit Insurance

☐ Credit Life: ☐ Buyer ☐ Co-Buyer ☐ Both

☐ Credit Disability: ☐ Buyer ☐ Co-Buyer ☐ Both

Premium:

Credit Life $ __N/A__

Credit Disability $ __N/A__

Insurance Company Name __N/A__

__N/A__

Home Office Address __N/A__

__N/A__

Credit life insurance and credit disability insurance are not required to obtain credit. Your decision to buy or not to buy credit life insurance and credit disability insurance will not be a factor in the credit approval process. They will not be provided unless you sign and agree to pay the extra cost. If you choose this insurance, the cost is shown in Item 4A of the Itemization of Amount Financed. Credit life insurance is based on your original payment schedule. This insurance may not pay all you owe on this contract if you make late payments. Credit disability insurance does not cover any increase in your payment or in the number of payments. Coverage for credit life insurance and credit disability insurance ends on the original due date for the last payment unless a different term for the insurance is shown below.

### Other Optional Insurance

☒ **VEH. SERV. CONT.**  MOS.
Type of Insurance  Term

Premium $ __3995.00__

Insurance Company Name __N/A__

__N/A__

Home Office Address __N/A__

__N/A__

☐ __N/A__ __N/A__
Type of Insurance  Term

Premium $ __N/A__

Insurance Company Name __N/A__

__N/A__

Home Office Address __N/A__

__N/A__

Other optional insurance is not required to obtain credit. Your decision to buy or not buy other optional insurance will not be a factor in the credit approval process. It will not be provided unless you sign and agree to pay the extra cost.

I want the insurance checked above.

X _~~signature~~_ 10/18/2024
Buyer Signature  Date

X __N/A__ 10/18/2024
Co-Buyer Signature  Date

**THIS INSURANCE DOES NOT INCLUDE INSURANCE ON YOUR LIABILITY FOR BODILY INJURY OR PROPERTY DAMAGE CAUSED TO OTHERS. WITHOUT SUCH INSURANCE YOU MAY NOT OPERATE THIS VEHICLE ON PUBLIC HIGHWAYS.**

# OTHER IMPORTANT AGREEMENTS

## 1. FINANCE CHARGE AND PAYMENTS

a. **How we will figure Finance Charge.** We will figure the Finance Charge on a daily basis at the Annual Percentage Rate on the unpaid part of the Amount Financed.

b. **How we will apply payments.** We may apply each payment to the earned and unpaid part of the Finance Charge, to the unpaid part of the Amount Financed and to other amounts you owe under this contract in any order we choose as the law allows.

c. **How late payments or early payments change what you must pay.** We based the Finance Charge, Total of Payments, and Total Sale Price shown on page 1 of this contract on the assumption that you will make every payment on the day it is due. Your Finance Charge, Total of Payments, and Total Sale Price will be more if you pay late and less if you pay early. Changes may take the form of a larger or smaller final payment or, at our option, more or fewer payments of the same amount as your scheduled payment with a smaller final payment. We will send you a notice telling you about these changes before the final scheduled payment is due.

d. **You may prepay.** You may prepay all or part of the unpaid part of the Amount Financed at any time without penalty. If you do so, you must pay the earned and unpaid part of the Finance Charge and all other amounts due up to the date of your payment.

e. **Your right to refinance a balloon payment.** A balloon payment is a scheduled payment that is more than twice as large as the average of your earlier scheduled payments. If you are buying the vehicle primarily for personal, family, or household use, you have the right to refinance the balloon payment when due without penalty. The terms of the refinancing will be no less favorable to you than the terms of this contract. This provision does not apply if we adjusted your payment schedule to your seasonal or irregular income.

## 2. YOUR OTHER PROMISES TO US

a. **If the vehicle is damaged, destroyed, or missing.** You agree to pay us all you owe under this contract even if the vehicle is damaged, destroyed, or missing.

b. **Using the vehicle.** You agree not to remove the vehicle from the U.S. or Canada, or to sell, rent, lease, or transfer any interest in the vehicle or this contract without our written permission. You agree not to expose the vehicle to misuse, seizure, confiscation, or involuntary transfer. If we pay any repair bills, storage bills, taxes, fines, or charges on the vehicle, you agree to repay the amount when we ask for it.

c. **Security interest.**
You give us a security interest in:
- The vehicle and all parts or goods put on it;
- All money or goods received (proceeds) for the vehicle;
- All insurance, maintenance, service or other contracts we finance for you; and
- All proceeds from insurance, maintenance, service or other contracts we finance for you. This includes any refunds of premiums or charges from the contracts.

This secures payment of all you owe on this contract. It also secures your other agreements in this contract. You will make sure the title shows our security interest (lien) in the vehicle. You will not allow any other security interest to be placed on the title without our written permission.

d. **Insurance you must have on the vehicle.** You agree to have physical damage insurance covering loss of or damage to the vehicle for the term of this contract. The insurance must cover our interest in the vehicle. You agree to name us on your insurance policy as loss payee. If you do not have this insurance, we may, if we choose, buy physical damage insurance. If we decide to buy physical damage insurance, we may either buy insurance that covers your interest and our interest in the vehicle, or buy insurance that covers only our interest. If we buy either type of insurance, we will tell you which type and the charge you must pay. The charge will be the premium for the insurance and a finance charge computed at the Annual Percentage Rate shown on page 1 of this contract, or, at our option, the highest rate the law permits.
If the vehicle is lost or damaged, you agree that we may use any insurance settlement to reduce what you owe or repair the vehicle.

e. **What happens to returned insurance, maintenance, service, or other contract charges.** If we obtain a refund of insurance, maintenance, service, or other contract charges, you agree that we may subtract the refund from what you owe.

## 3. IF YOU PAY LATE OR BREAK YOUR OTHER PROMISES

a. **You may owe late charges.** You will pay a late charge on each late payment as shown on page 1 of this contract. Acceptance of a late payment or late charge does not excuse your late payment or mean that you may keep making late payments.
If you pay late, we may also take the steps described below.

b. **You may have to pay all you owe at once.** If you break your promises (default), we may demand that you pay all that you owe on this contract at once. Default means:
- You do not pay any payment on time; or
- You give false, incomplete, or misleading information during credit application, you start a proceeding in bankruptcy or one is started against you or your property, or you break any agreements in this contract, except that if you bought the vehicle primarily for personal, family, or household purposes, we will only treat these events as defaults if they significantly impair the prospect of payment, performance, or realization of the collateral.

The amount you will owe will be the unpaid part of the Amount Financed plus the earned and unpaid part of the Finance Charge, any late charges, and any amounts due because you defaulted.

c. **You may have to pay collection costs.** If we hire an attorney who is not our salaried employee to collect what you owe, you will pay the attorney's reasonable fee and court costs, as the law allows. You will also pay any reasonable collection costs we incur to enforce our security interest, as the law allows.

d. **We may take the vehicle from you.** If you default, we may take (repossess) the vehicle from you if we do so peacefully and the law allows it. If your vehicle has an electronic tracking device (such as GPS), you agree that we may use the device to find the vehicle. If we take the vehicle, any accessories, equipment, and replacement parts will stay with the vehicle. If any personal items are in the vehicle, we may store them for you. If you do not ask for these items back, we may dispose of them as the law allows.

e. **How you can get the vehicle back if we take it.** If we repossess the vehicle, you may pay to get it back (redeem). We will tell you how much to pay to redeem. Your right to redeem ends when we sell the vehicle.

**f.** We will sell the vehicle if you do not get it back. If you do not redeem, we will sell the vehicle. We will send you a written notice of sale before selling the vehicle.

We will apply the money from the sale, less allowed expenses, to the amount you owe. Allowed expenses are expenses we pay as a direct result of taking the vehicle, holding it, preparing it for sale, and selling it. Attorney fees and court costs the law permits are also allowed expenses. If any money is left (surplus), we will pay it to you unless the law requires us to pay it to someone else. If money from the sale is not enough to pay the amount you owe, you must pay the rest to us unless the law provides otherwise. If you do not pay this amount when we ask, we may charge you interest at a rate not exceeding the highest lawful rate until you pay.

**g.** What we may do about optional insurance, maintenance, service, or other contracts. This contract may contain charges for optional insurance, maintenance, service, or other contracts. If we demand that you pay all you owe at once or we repossess the vehicle, you agree that we may claim benefits under these contracts and cancel them to obtain refunds of unearned charges to reduce what you owe or repair the vehicle. If the vehicle is a total loss because it is confiscated, damaged, or stolen, we may claim benefits under these contracts and cancel them to obtain refunds of unearned charges to reduce what you owe.

**4.** **WARRANTIES SELLER DISCLAIMS**
Unless the Seller makes a written warranty, or enters into a service contract within 90 days from the date of this contract, the Seller makes no warranties, express or implied, on the vehicle, and there will be no implied warranties of merchantability or of fitness for a particular purpose.
This provision does not affect any warranties covering the vehicle that the vehicle manufacturer may provide.

**5.** **SERVICING AND COLLECTION CONTACTS**
In consideration of our extension of credit to you, you agree to provide us your contact information for our servicing and collection purposes. You agree that we may use this information to contact you in writing, by e-mail, or using prerecorded/artificial voice messages, text messages, and automatic telephone dialing systems, as the law allows. You also agree that we may try to contact you in these and other ways at any address or telephone number you provide us, even if the telephone number is a cell phone number or the contact results in a charge to you. You agree to allow our agents and service providers to contact you as agreed above.
You agree that you will, within a reasonable time, notify us of any change in your contact information.

**6.** **APPLICABLE LAW**
Federal law and the law of the state of Idaho apply to this contract.

**7.** **NEGATIVE CREDIT REPORT NOTICE**
We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

---

*The Annual Percentage Rate may be negotiable with the Seller. The Seller may assign this contract and retain its right to receive a part of the Finance Charge.*

---

**HOW THIS CONTRACT CAN BE CHANGED.** This contract contains the entire agreement between you and us relating to this contract. Any change to this contract must be in writing and we must sign it. No oral changes are binding. Buyer Signs X _____ Co-Buyer Signs X _____ N/A

If any part of this contract is not valid, all other parts stay valid. You may delay or refrain from enforcing any of our rights under this contract without losing them. For example, we may extend the time for making some payments without extending the time for making others.

See the rest of this contract for other important agreements.

**NOTICE TO RETAIL BUYER: Do not sign this contract in blank. You are entitled to a copy of the contract at the time you sign. Keep it to protect your legal rights.**

You agree to the terms of this contract. You confirm that before you signed this contract, we gave it to you, and you were free to take it and review it. You confirm that you received a completely filled-in copy when you signed it.

Buyer Signs X _____ Date 10/18/2024   Co-Buyer Signs X ___ N/A ___ Date ___ N/A

Buyer Printed Name JASON HENRY ALLEN ___   Co-Buyer Printed Name N/A

If the "business" use box is checked in "Primary Use for Which Purchased": Print Name N/A ___ Title N/A

Co-Buyers and Other Owners — A co-buyer is a person who is responsible for paying the entire debt. An other owner is a person whose name is on the title to the vehicle but does not have to pay the debt. The other owner agrees to the security interest in the vehicle given to us in this contract.

Other owner signs here  X  N/A ___ Address N/A

Seller signs ___ GEORGE GEE CADILLAC KIA ___ Date 10/18/2024  By X ___ Title F&I MGR

Seller assigns its interest in this contract to **POTLATCH #1 FINANCIAL CREDIT UNION** (Assignee) under the terms of Seller's agreement(s) with Assignee.

☐ Assigned with recourse    ☒ Assigned without recourse    ☐ Assigned with limited recourse

Seller GEORGE GEE CADILLAC KIA

By X ___ Title F&I MGR

# Notice Concerning Fiduciary Relationship

(Internal Revenue Code Sections 6036 and 6903)

Go to *www.irs.gov/Form56* for instructions and the latest information.

OMB No. 1545-0013

## Part I  Identification

| Name of person for whom you are acting (as shown on the tax return) | Identifying number | Decedent's social security no. |
|---|---|---|
| **JASON HENRY ALLEN** | **617170683** | |

Address of person for whom you are acting (number, street, and room or suite no.)

**2600 East Seltice Way # 235**

City or town, state, and ZIP code (If a foreign address, see instructions.)

**POST FALLS, IDAHO 83854**

Fiduciary's name

**Brian M Barrett**

Address of fiduciary (number, street, and room or suite no.)

**4400 CENTRAL WAY**

| City or town, state, and ZIP code | Telephone number (optional) |
|---|---|
| **CHUBBUCK, IDAHO 83202** | ( **208** ) **241-7725** |

## Section A.  Authority

**1**   Authority for fiduciary relationship. Check applicable box:

**a**  ☐ Court appointment of testate estate (valid will exists)

**b**  ☐ Court appointment of intestate estate (no valid will exists)

**c**  ☐ Court appointment as guardian or conservator

**d**  ☐ Fiduciary of intestate estate

**e**  ☐ Valid trust instrument and amendments

**f**  ☐ Bankruptcy or assignment for the benefit of creditors

**g**  ☑ Other. Describe:  Treasury Direct Account #: G-509-840-052

**2a** If box 1a, 1b, or 1d is checked, enter the date of death: _____

**b** If box 1c, 1e, 1f, or 1g is checked, enter the date of appointment, taking office, or assignment or transfer of assets:  **October 18th 2024**

## Section B.  Nature of Liability and Tax Notices

**3**   Type of taxes (check all that apply):  ☐ Income    ☐ Gift    ☐ Estate    ☐ Generation-skipping transfer    ☐ Employment
    ☐ Excise    ☐ Other (describe): _____

**4**   Federal tax form number (check all that apply):  **a** ☐ 706 series    **b** ☐ 709    **c** ☐ 940    **d** ☐ 941, 943, 944
    **e** ☐ 1040 or 1040-SR    **f** ☐ 1041    **g** ☐ 1120    **h** ☐ Other (list): _____

**5**   If your authority as a fiduciary does not cover all years or tax periods, check here . . . . . . . . . . . . . ☐
    and list the specific years or periods within your authority: _____

For Paperwork Reduction Act and Privacy Act Notice, see separate instructions.        Cat. No. 16375I        Form **56** (Rev. 11-2022)

| Part II | Revocation or Termination of Notice |
| --- | --- |

### Section A—Total Revocation or Termination

**6** Check this box if you are revoking or terminating all prior notices concerning fiduciary relationships on file with the Internal Revenue Service for the same tax matters and years or periods covered by this notice concerning fiduciary relationship . . ☐

Reason for termination of fiduciary relationship. Check applicable box:

**a** ☐ Court order revoking fiduciary authority

**b** ☐ Certificate of dissolution or termination of a business entity

**c** ☐ Other. Describe: _____

_____

### Section B—Partial Revocation

**7a** Check this box if you are revoking earlier notices concerning fiduciary relationships on file with the Internal Revenue Service for the same tax matters and years or periods covered by this notice concerning fiduciary relationship . . . . . . . ☐

**b** Specify to whom granted, date, and address, including ZIP code.

_____

_____

### Section C—Substitute Fiduciary

**8** Check this box if a new fiduciary or fiduciaries have been or will be substituted for the revoking or terminating fiduciary and specify the name(s) and address(es), including ZIP code(s), of the new fiduciary(ies) . . . . . . . . . . . . . ☐

_____

_____

| Part III | Court and Administrative Proceedings |
| --- | --- |

| Name of court (if other than a court proceeding, identify the type of proceeding and name of agency) | Date proceeding initiated |
| --- | --- |
| Address of court | Docket number of proceeding |

| City or town, state, and ZIP code | Date | Time | ☐ a.m. ☐ p.m. | Place of other proceedings |
| --- | --- | --- | --- | --- |

| Part IV | Signature |
| --- | --- |

**Please Sign Here**

Under penalties of perjury, I declare that I have examined this document, including any accompanying statements, and to the best of my knowledge and belief, it is true, correct, and complete.

| Fiduciary's signature | Title, if applicable | Date |
| --- | --- | --- |

Form **56**
(Rev. November 2022)
Department of the Treasury
Internal Revenue Service

# Notice Concerning Fiduciary Relationship

(Internal Revenue Code Sections 6036 and 6903)

Go to *www.irs.gov/Form56* for instructions and the latest information.

OMB No. 1545-0013

## Part I  Identification

| Name of person for whom you are acting (as shown on the tax return) | Identifying number | Decedent's social security no. |
|---|---|---|
| JASON HENRY ALLEN | 617170683 | |

Address of person for whom you are acting (number, street, and room or suite no.)
2600 East Seltice Way # 235

City or town, state, and ZIP code (if a foreign address, see instructions.)
POST FALLS, IDAHO 83854

Fiduciary's name
Brian M Barrett

Address of fiduciary (number, street, and room or suite no.)
4400 CENTRAL WAY

| City or town, state, and ZIP code | Telephone number (optional) |
|---|---|
| CHUBBUCK, IDAHO 83202 | ( 208 ) 241-7725 |

## Section A.  Authority

**1** Authority for fiduciary relationship. Check applicable box:
**a** ☑ Court appointment of testate estate (valid will exists)
**b** ☐ Court appointment of intestate estate (no valid will exists)
**c** ☐ Court appointment as guardian or conservator
**d** ☐ Fiduciary of intestate estate
**e** ☐ Valid trust instrument and amendments
**f** ☐ Bankruptcy or assignment for the benefit of creditors
**g** ☑ Other. Describe:  All transactions related to account number 745384317 and 2023 Toyota Sequoia VIN 7SVAAABA8PX011784
**2a** If box 1a, 1b, or 1d is checked, enter the date of death: _____
**b** If box 1c, 1e, 1f, or 1g is checked, enter the date of appointment, taking office, or assignment or transfer of assets:  October 18th 2024

## Section B.  Nature of Liability and Tax Notices

**3** Type of taxes (check all that apply): ☐ Income   ☐ Gift   ☐ Estate   ☐ Generation-skipping transfer   ☐ Employment
  ☐ Excise   ☐ Other (describe): _____
**4** Federal tax form number (check all that apply):  **a** ☐ 706 series   **b** ☐ 709   **c** ☐ 940   **d** ☐ 941, 943, 944
  **e** ☐ 1040 or 1040-SR   **f** ☐ 1041   **g** ☐ 1120   **h** ☐ Other (list): _____
**5** If your authority as a fiduciary does not cover all years or tax periods, check here . . . . . . . . . . . ☐
  and list the specific years or periods within your authority: _____

For Paperwork Reduction Act and Privacy Act Notice, see separate instructions.      Cat. No. 16375I      Form **56** (Rev. 11-2022)

| Part II | Revocation or Termination of Notice |
|---------|-------------------------------------|

### Section A—Total Revocation or Termination

**6**     Check this box if you are revoking or terminating all prior notices concerning fiduciary relationships on file with the Internal Revenue Service for the same tax matters and years or periods covered by this notice concerning fiduciary relationship   .   .   ☐

     Reason for termination of fiduciary relationship. Check applicable box:

**a**   ☐   Court order revoking fiduciary authority

**b**   ☐   Certificate of dissolution or termination of a business entity

**c**   ☐   Other. Describe: _____

### Section B—Partial Revocation

**7a**   Check this box if you are revoking earlier notices concerning fiduciary relationships on file with the Internal Revenue Service for the same tax matters and years or periods covered by this notice concerning fiduciary relationship   .   .   .   .   .   .   ☐

**b**   Specify to whom granted, date, and address, including ZIP code.

### Section C—Substitute Fiduciary

**8**     Check this box if a new fiduciary or fiduciaries have been or will be substituted for the revoking or terminating fiduciary and specify the name(s) and address(es), including ZIP code(s), of the new fiduciary(ies)   .   .   .   .   .   .   .   .   ☐

| Part III | Court and Administrative Proceedings |
|----------|--------------------------------------|

| Name of court (if other than a court proceeding, identify the type of proceeding and name of agency) | | Date proceeding initiated | |
|---|---|---|---|
| Address of court | | Docket number of proceeding | |
| City or town, state, and ZIP code | Date | Time    ☐ a.m.   ☐ p.m. | Place of other proceedings |

| Part IV | Signature |
|---------|-----------|

**Please Sign Here**

Under penalties of perjury, I declare that I have examined this document, including any accompanying statements, and to the best of my knowledge and belief, it is true, correct, and complete.

| Fiduciary's signature | Title, if applicable | Date |
|---|---|---|

Form **56** (Rev. 11-2022)

# EXHIBIT B

# JONES ◆ WILLIAMS ◆ FUHRMAN ◆ GOURLEY, P.A.
## A T T O R N E Y S   A T   L A W

*Kimbell D. Gourley*

December 20, 2024

<u>**Via Certified and Regular Mail**</u>

Jason Henry Allen
2600 East Seltice Way
Post Falls, Idaho 83854
Jason.alistor@gmail.com

    Re: *Idaho Central Credit Union*
       *Demand on Loan - Account No. 745384317*
       *2023 Toyota Sequoia*

Dear Mr. Allen:

   This law firm represents the legal affairs of Idaho Central Credit Union ("ICCU"), whose address is P.O. Box 2469, Pocatello, Idaho 83206, with reference to that certain Retail Installment Sale Contract dated October 18, 2024, executed by you, as borrower, in favor of George Gee Cadillac KIA, as seller, which loan was thereafter assigned to ICCU, account no. 745384317 (the "Loan").

   You have made many statements and accusations in your December 1, 2024 "Notice of Tender". In order not to be a catalyst for a series of position letters, emails, and/or other communications, we will just respectfully agree to disagree with your recitations of the facts, alleged applicable law, and alleged duties. We strongly recommend you consult with your attorney and have your attorney contact me at his or her convenience.

   In order to avoid confusion and/or misunderstandings, ICCU rejects and disputes your allegations of what you allege is the legal effect of your Notice of Tender. We believe if you consult with an attorney, your attorney will be able to advise you as to what laws are and are not applicable to ICCU.

   You are in default under the Loan for failure to make the December 2, 2024 monthly installment payment in the sum of $1,427.21.

   **THEREFORE, DEMAND IS NOW MADE** upon you to pay to ICCU within ten (10) days from the date of this letter the sum of $1,427.21. If this sum is not received by ICCU within ten (10) days from the date of this letter, ICCU will proceed forward with all rights and remedies allowed at law.

Furthermore, we feel that it is only fair to advise you that Idaho law and the Loan provide for the collection of all attorney's fees and costs if further proceedings are necessary.

Federal law may give you thirty (30) days after you receive this letter to dispute the validity of the debt or any part of it. If you don't dispute it within that period, I'll assume that it is valid. If you do dispute it by notifying this firm in writing to that effect, I will, as required by law, obtain verification of the debt and mail to you proof of the debt. And if, within the same period, you request in writing the name and address of your original creditor, if the original creditor is different from ICCU, I will furnish you with that information too.

The law does not require ICCU or me to wait until the end of the thirty-day (30) period before taking action upon you to collect this debt. If, however you request proof of the debt or the name and address of the original creditor within the thirty-day (30) period that begins with your receipt of this letter, the law requires me to suspend my efforts (through litigation or otherwise) to collect the debt until I mail the requested information to you. In order to avoid any unnecessary delays, I have enclosed a copy of the Loan for your easy reference.

ICCU does not wish to burden you with the additional expense and complication of collection proceedings. We, therefore, urge you to contact this office at your very earliest opportunity so that arrangements may be made for the payment of the money demanded herein.

We have sent this demand by certified mail and regular post to ensure your receipt of it. Please feel free to call me at (208) 331-1170 if you have any questions about any of the matters set forth in this letter. We further request that you direct all future communications to me that relates to ICCU. Please feel free to contact me if you have any questions.

Sincerely,


 /s/Kimbell D. Gourley
Kimbell D. Gourley


KDG/at
Cc: Tommy Butler, ICCU

**_LAW_ 553-ID-eps 6/23**

## RETAIL INSTALLMENT SALE CONTRACT
## SIMPLE FINANCE CHARGE

**DEAL # 56475**
**CUST # 71483**

| Buyer Name and Address (Including County and Zip Code) | Co-Buyer Name and Address (Including County and Zip Code) | Seller-Creditor (Name and Address) |
|---|---|---|
| **JASON HENRY ALLEN** **2600 E SELTICE WAY** **POST FALLS, ID 83854** **COUNTY: KOOTENAI** Cell: 323-377-5620 | **N/A** Cell: N/A | **GEORGE GEE CADILLAC KIA** **317 W DALTON AVE** **COEUR D'ALENE, ID 83815** **208-667-7416** |
| Email: JASON.ALISTOR@GMAIL.COM | Email: N/A | |

You, the Buyer (and Co-Buyer, if any), may buy the vehicle below for cash or on credit. By signing this contract, you choose to buy the vehicle on credit under the agreements in this contract. You agree to pay the Seller - Creditor (sometimes "we" or "us" in this contract) the Amount Financed and Finance Charge in U.S. funds according to the payment schedule below. We will figure your finance charge on a daily basis. The Truth-In-Lending Disclosures below are part of this contract.

| New/Used | Year | Make and Model | Vehicle Identification Number | Primary Use For Which Purchased |
|---|---|---|---|---|
| USED | 2023 | TOYOTA SEQUOIA | 7SVAAABA8PX011784 | Personal, family, or household unless otherwise indicated below ☐ business ☐ agricultural ☐ **N/A** |

### FEDERAL TRUTH-IN-LENDING DISCLOSURES

| ANNUAL PERCENTAGE RATE The cost of your credit as a yearly rate. | FINANCE CHARGE The dollar amount the credit will cost you. | Amount Financed The amount of credit provided to you or on your behalf. | Total of Payments The amount you will have paid after you have made all payments as scheduled. | Total Sale Price The total cost of your purchase on credit, including your down payment of $ 0.00 |
|---|---|---|---|---|
| 6.49 % | $ 18058.18 | $ 84700.94 | $ 102759.12 | $ 102759.12 |

**Returned Payment Charge:** You agree to pay a charge of $ 20.00 if any check or any electronic payment you give us is dishonored.

**NOTICE: ANY HOLDER OF THIS CONSUMER CREDIT CONTRACT IS SUBJECT TO ALL CLAIMS AND DEFENSES WHICH THE DEBTOR COULD ASSERT AGAINST THE SELLER OF GOODS OR SERVICES OBTAINED PURSUANT HERETO OR WITH THE PROCEEDS HEREOF. RECOVERY HEREUNDER BY THE DEBTOR SHALL NOT EXCEED AMOUNTS PAID BY THE DEBTOR HEREUNDER.**

The preceding NOTICE applies only to goods or services obtained primarily for personal, family or household use. In all other cases, Buyer will not assert against any subsequent holder or assignee of this contract any claims or defenses the Buyer (debtor) may have against the Seller, or against the manufacturer of the vehicle or equipment obtained under this contract.

**Your Payment Schedule Will Be:**

(e) means an estimate

| Number of Payments | Amount of Payments | When Payments Are Due |
|---|---|---|
| 72 | $ 1427.21 | MONTHLY beginning 12/02/2024 |
| N/A | $ N/A | N/A |

**N/A**

**Late Charge.** If payment is not received in full within ___10___ days after it is due, you will pay a late charge of $ ___15.00___ or ___5___ % of the part of the payment that is late, whichever is ___greater___.

**Prepayment.** If you pay early, you will not have to pay a penalty.

**Security Interest.** You are giving a security interest in the vehicle being purchased.

**Additional Information:** See this contract for more information including information about nonpayment, default, any required repayment in full before the scheduled date and security interest.

**Used Car Buyers Guide. The information you see on the window form for this vehicle is part of this contract. Information on the window form overrides any contrary provisions in the contract of sale.**
**Spanish Translation: Guía para compradores de vehículos usados. La información que ve en el formulario de la ventanilla para este vehículo forma parte del presente contrato. La información del formulario de la ventanilla deja sin efecto toda disposición en contrario contenida en el contrato de venta.**

☐ **VENDOR'S SINGLE INTEREST INSURANCE (VSI insurance):** If the preceding box is checked, the Creditor requires VSI insurance for the initial term of the contract to protect the Creditor for loss or damage to the vehicle (collision, fire, theft, concealment, skip). VSI insurance is for the Creditor's sole protection. This insurance does not protect your interest in the vehicle. **You may choose the insurance company through which the VSI insurance is obtained.** If you elect to purchase VSI insurance through the Creditor, **the cost of this insurance is $_____** and is also shown in Item 4B of the Itemization of Amount Financed. The coverage is for the initial term of the contract.

104657*1*GGC-FI

10/18/2024  07:00 pm

Buyer Signs X _Byngel_ _JASON HENRY ALLEN_    Co-Buyer Signs X ___N/A___    *LAW* 553-ID-eps 6/23 v1    Page 1 of 4

## ITEMIZATION OF AMOUNT FINANCED

1 Cash Price (including $ __4493.94__ sales tax) $ __79392.94__ (1)

2 Total Downpayment =

Trade-in __N/A__
(Year) (Make) (Model)

| | | |
|---|---|---|
| Gross Trade-In Allowance | $ | N/A |
| Less Pay Off Made By Seller to __N/A__ | $ | N/A |
| Equals Net Trade In | $ | N/A |
| + Cash | $ | N/A |
| + Other __N/A__ | $ | N/A |
| + Other __N/A__ | $ | N/A |
| + Other __N/A__ | $ | N/A |
| (If total downpayment is negative, enter "0" and see 4J below) | $ | 0.00 (2) |

3 Unpaid Balance of Cash Price (1 minus 2) $ __79392.94__ (3)

4 Other Charges Including Amounts Paid to Others on Your Behalf

(Seller may keep part of these amounts):

A Cost of Optional Credit Insurance Paid to Insurance Company or Companies.

| Life | $ | N/A | | |
|---|---|---|---|---|
| Disability | $ | N/A | $ | N/A |

| | | |
|---|---|---|
| B Vendor's Single Interest Insurance Paid to Insurance Company | $ | N/A |
| C Other Optional Insurance Paid to Insurance Company or Companies | $ | N/A |
| D Optional Gap Contract | $ | 895.00 |
| E Official Fees Paid to Government Agencies | $ | N/A |
| F Government Taxes Not Included in Cash Price | $ | N/A |
| G Government License and/or Registration Fees | | |
| __N/A__ | | |
| __N/A__ | $ | N/A |
| H Government Certificate of Title Fees | $ | 19.00 |
| I Optional Service Contract** Paid to | | |
| __PROSIDIUM VSC__ | $ | 3995.00 |

J Other Charges (Seller must identify who is paid and describe purpose)

| | | | |
|---|---|---|---|
| to | for Prior Credit or Lease Balance | $ | N/A |
| to __GEORGE GEE CADILLAC KIA DOCUMENTATION FEE__ | $ | 399.00 |
| to __N/A__ | for __N/A__ | $ | N/A |
| to __N/A__ | for __N/A__ | $ | N/A |
| to __N/A__ | for __N/A__ | $ | N/A |
| to __N/A__ | for __N/A__ | $ | N/A |
| to __N/A__ | for __N/A__ | $ | N/A |
| to __N/A__ | for __N/A__ | $ | N/A |
| to __N/A__ | for __N/A__ | $ | N/A |
| to __N/A__ | for __N/A__ | $ | N/A |
| to __N/A__ | for __N/A__ | $ | N/A |
| Total Other Charges and Amounts Paid to Others on Your Behalf | | $ | 5308.00 (4) |

5 Amount Financed (3 + 4) $ __84700.94__ (5)

**Purchase of an optional Service Contract is not required either to purchase or to obtain financing for the Vehicle.

---

**OPTION:** ☐ You pay no finance charge if the Amount Financed, item 5, is paid in full on or before __N/A__ , Year __N/A__ . SELLER'S INITIALS __N/A__

---

**OPTIONAL GAP CONTRACT.** A gap contract (debt cancellation contract) is not required to obtain credit and will not be provided unless you sign below and agree to pay the extra charge. If you choose to buy a gap contract, the charge is shown in Item 4D of the Itemization of Amount Financed. See your gap contract for details on the terms and conditions it provides. It is a part of this contract.

Term __72__ Mos. **PROSIDIUM GAP**
Name of Gap Contract

I want to buy a gap contract.
Buyer Signs X _Bry: Graham thomas: jill WITHOUT RECOURSE_

_PAY TO THE ORDER SARON HENRY ALLEN_
_12 UCC 1-14_

Buyer Signs X _____ Co-Buyer Signs X __N/A__

104657*1*GGC-FI

---

**Insurance.** You may buy the physical damage insurance this contract requires from anyone you choose who is acceptable to us. You may also provide the physical damage insurance through an existing policy owned or controlled by you that is acceptable to us. You are not required to buy any other insurance to obtain credit unless the box indicating Vendor's Single Interest Insurance is required is checked on page 1.

If any insurance is checked below, policies or certificates from the named insurance companies will describe the terms and conditions.

**Check the insurance you want and sign below:**

### Optional Credit Insurance

☐ Credit Life: ☐ Buyer ☐ Co-Buyer ☐ Both
☐ Credit Disability: ☐ Buyer ☐ Co-Buyer ☐ Both

Premium:

Credit Life $ __N/A__

Credit Disability $ __N/A__

Insurance Company Name __N/A__
__N/A__

Home Office Address __N/A__
__N/A__

Credit life insurance and credit disability insurance are not required to obtain credit. Your decision to buy or not to buy credit life insurance and credit disability insurance will not be a factor in the credit approval process. They will not be provided unless you sign and agree to pay the extra cost. If you choose this insurance, the cost is shown in Item 4A of the Itemization of Amount Financed. Credit life insurance is based on your original payment schedule. This insurance may not pay all you owe on this contract if you make late payments. Credit disability insurance does not cover any increase in your payment or in the number of payments. Coverage for credit life insurance and credit disability insurance ends on the original due date for the last payment unless a different term for the insurance is shown below.

### Other Optional Insurance

☒ __VEH. SERV. CONT.__ _____ __MOS.__
Type of Insurance Term

Premium $ __3995.00__

Insurance Company Name __N/A__
__N/A__

Home Office Address __N/A__
__N/A__

☐ __N/A__ __N/A__
Type of Insurance Term

Premium $ __N/A__

Insurance Company Name __N/A__
__N/A__

Home Office Address __N/A__
__N/A__

Other optional insurance is not required to obtain credit. Your decision to buy or not buy other optional insurance will not be a factor in the credit approval process. It will not be provided unless you sign and agree to pay the extra cost.

I want the insurance checked above.

X _(signature)_ __10/18/2024__
Buyer Signature Date

X __N/A__ __10/18/2024__
Co-Buyer Signature Date

---

**THIS INSURANCE DOES NOT INCLUDE INSURANCE ON YOUR LIABILITY FOR BODILY INJURY OR PROPERTY DAMAGE CAUSED TO OTHERS. WITHOUT SUCH INSURANCE YOU MAY NOT OPERATE THIS VEHICLE ON PUBLIC HIGHWAYS.**

__10/18/2024 06:58 pm__
LAW 553-ID-eps 6/23 v1 Page 2 of 4

# OTHER IMPORTANT AGREEMENTS

## 1. FINANCE CHARGE AND PAYMENTS

a. **How we will figure Finance Charge.** We will figure the Finance Charge on a daily basis at the Annual Percentage Rate on the unpaid part of the Amount Financed.

b. **How we will apply payments.** We may apply each payment to the earned and unpaid part of the Finance Charge, to the unpaid part of the Amount Financed and to other amounts you owe under this contract in any order we choose as the law allows.

c. **How late payments or early payments change what you must pay.** We based the Finance Charge, Total of Payments, and Total Sale Price shown on page 1 of this contract on the assumption that you will make every payment on the day it is due. Your Finance Charge, Total of Payments, and Total Sale Price will be more if you pay late and less if you pay early. Changes may take the form of a larger or smaller final payment or, at our option, more or fewer payments of the same amount as your scheduled payment with a smaller final payment. We will send you a notice telling you about these changes before the final scheduled payment is due.

d. **You may prepay.** You may prepay all or part of the unpaid part of the Amount Financed at any time without penalty. If you do so, you must pay the earned and unpaid part of the Finance Charge and all other amounts due up to the date of your payment.

e. **Your right to refinance a balloon payment.** A balloon payment is a scheduled payment that is more than twice as large as the average of your earlier scheduled payments. If you are buying the vehicle primarily for personal, family, or household use, you have the right to refinance the balloon payment when due without penalty. The terms of the refinancing will be no less favorable to you than the terms of this contract. This provision does not apply if we adjusted your payment schedule to your seasonal or irregular income.

## 2. YOUR OTHER PROMISES TO US

a. **If the vehicle is damaged, destroyed, or missing.** You agree to pay us all you owe under this contract even if the vehicle is damaged, destroyed, or missing.

b. **Using the vehicle.** You agree not to remove the vehicle from the U.S. or Canada, or to sell, rent, lease, or transfer any interest in the vehicle or this contract without our written permission. You agree not to expose the vehicle to misuse, seizure, confiscation, or involuntary transfer. If we pay any repair bills, storage bills, taxes, fines, or charges on the vehicle, you agree to repay the amount when we ask for it.

c. **Security Interest.**
You give us a security interest in:
- The vehicle and all parts or goods put on it;
- All money or goods received (proceeds) for the vehicle;
- All insurance, maintenance, service or other contracts we finance for you; and
- All proceeds from insurance, maintenance, service or other contracts we finance for you. This includes any refunds of premiums or charges from the contracts.

This secures payment of all you owe on this contract. It also secures your other agreements in this contract. You will make sure the title shows our security interest (lien) in the vehicle. You will not allow any other security interest to be placed on the title without our written permission.

d. **Insurance you must have on the vehicle.** You agree to have physical damage insurance covering loss of or damage to the vehicle for the term of this contract. The insurance must cover our interest in the vehicle. You agree to name us on your insurance policy as loss payee. If you do not have this insurance, we may, if we choose, buy physical damage insurance. If we decide to buy physical damage insurance, we may either buy insurance that covers your interest and our interest in the vehicle, or buy insurance that covers only our interest. If we buy either type of insurance, we will tell you which type and the charge you must pay. The charge will be the premium for the insurance and a finance charge computed at the Annual Percentage Rate shown on page 1 of this contract, or, at our option, the highest rate the law permits.

If the vehicle is lost or damaged, you agree that we may use any insurance settlement to reduce what you owe or repair the vehicle.

e. **What happens to returned insurance, maintenance, service, or other contract charges.** If we obtain a refund of insurance, maintenance, service, or other contract charges, you agree that we may subtract the refund from what you owe.

## 3. IF YOU PAY LATE OR BREAK YOUR OTHER PROMISES

a. **You may owe late charges.** You will pay a late charge on each late payment as shown on page 1 of this contract. Acceptance of a late payment or late charge does not excuse your late payment or mean that you may keep making late payments.

If you pay late, we may also take the steps described below.

b. **You may have to pay all you owe at once.** If you break your promises (default), we may demand that you pay all that you owe on this contract at once. Default means:
- You do not pay any payment on time; or
- You give false, incomplete, or misleading information during credit application, you start a proceeding in bankruptcy or one is started against you or your property, or you break any agreements in this contract, except that if you bought the vehicle primarily for personal, family, or household purposes, we will only treat these events as defaults if they significantly impair the prospect of payment, performance, or realization of the collateral.

The amount you will owe will be the unpaid part of the Amount Financed plus the earned and unpaid part of the Finance Charge, any late charges, and any amounts due because you defaulted.

c. **You may have to pay collection costs.** If we hire an attorney who is not our salaried employee to collect what you owe, you will pay the attorney's reasonable fee and court costs, as the law allows. You will also pay any reasonable collection costs we incur to enforce our security interest, as the law allows.

d. **We may take the vehicle from you.** If you default, we may take (repossess) the vehicle from you if we do so peacefully and the law allows it. If your vehicle has an electronic tracking device (such as GPS), you agree that we may use the device to find the vehicle. If we take the vehicle, any accessories, equipment, and replacement parts will stay with the vehicle. If any personal items are in the vehicle, we may store them for you. If you do not ask for these items back, we may dispose of them as the law allows.

e. **How you can get the vehicle back if we take it.** If we repossess the vehicle, you may pay to get it back (redeem). We will tell you how much to pay to redeem. Your right to redeem ends when we sell the vehicle.

**f. We will sell the vehicle if you do not get it back.** If you do not redeem, we will sell the vehicle. We will send you a written notice of sale before selling the vehicle.

We will apply the money from the sale, less allowed expenses, to the amount you owe. Allowed expenses are expenses we pay as a direct result of taking the vehicle, holding it, preparing it for sale, and selling it. Attorney fees and court costs the law permits are also allowed expenses. If any money is left (surplus), we will pay it to you unless the law requires us to pay it to someone else. If money from the sale is not enough to pay the amount you owe, you must pay the rest to us unless the law provides otherwise. If you do not pay this amount when we ask, we may charge you interest at a rate not exceeding the highest lawful rate until you pay.

**g. What we may do about optional insurance, maintenance, service, or other contracts.** This contract may contain charges for optional insurance, maintenance, service, or other contracts. If we demand that you pay all you owe at once or we repossess the vehicle, you agree that we may claim benefits under these contracts and cancel them to obtain refunds of unearned charges to reduce what you owe or repair the vehicle. If the vehicle is a total loss because it is confiscated, damaged, or stolen, we may claim benefits under these contracts and cancel them to obtain refunds of unearned charges to reduce what you owe.

**4. WARRANTIES SELLER DISCLAIMS**
**Unless the Seller makes a written warranty, or enters into a service contract within 90 days from the date of this contract, the Seller makes no warranties, express or implied, on the vehicle, and there will be no implied warranties of merchantability or of fitness for a particular purpose.**
This provision does not affect any warranties covering the vehicle that the vehicle manufacturer may provide.

**5. SERVICING AND COLLECTION CONTACTS**
In consideration of our extension of credit to you, you agree to provide us your contact information for our servicing and collection purposes. You agree that we may use this information to contact you in writing, by e-mail, or using prerecorded/artificial voice messages, text messages, and automatic telephone dialing systems, as the law allows. You also agree that we may try to contact you in these and other ways at any address or telephone number you provide us, even if the telephone number is a cell phone number or the contact results in a charge to you. You agree to allow our agents and service providers to contact you as agreed above.
You agree that you will, within a reasonable time, notify us of any change in your contact information.

**6. APPLICABLE LAW**
Federal law and the law of the state of Idaho apply to this contract.

**7. NEGATIVE CREDIT REPORT NOTICE**
**We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.**

---

*The Annual Percentage Rate may be negotiable with the Seller. The Seller may assign this contract and retain its right to receive a part of the Finance Charge.*

---

**HOW THIS CONTRACT CAN BE CHANGED.** This contract contains the entire agreement between you and us relating to this contract. Any change to this contract must be in writing and we must sign it. No oral changes are binding.    Buyer Signs X _(signature)_    Co-Buyer Signs X _____ N/A
If any part of this contract is not valid, all other parts stay valid. We may delay or refrain from enforcing any of our rights under this contract without losing them. For example, we may extend the time for making some payments without extending the time for making others.
**See the rest of this contract for other important agreements.**

**NOTICE TO RETAIL BUYER: Do not sign this contract in blank. You are entitled to a copy of the contract at the time you sign. Keep it to protect your legal rights.**

**You agree to the terms of this contract. You confirm that before you signed this contract, we gave it to you, and you were free to take it and review it. You confirm that you received a completely filled-in copy when you signed it.**

Buyer Signs X _(signature)_ Date 10/18/2024    Co-Buyer Signs X _____ N/A ___ Date _____ N/A
Buyer Printed Name JASON HENRY ALLEN    Co-Buyer Printed Name N/A
If the "business" use box is checked in "Primary Use for Which Purchased": Print Name N/A _____ Title N/A

Co-Buyers and Other Owners — A co-buyer is a person who is responsible for paying the entire debt. An other owner is a person whose name is on the title to the vehicle but does not have to pay the debt. The other owner agrees to the security interest in the vehicle given to us in this contract.

Other owner signs here X N/A _____ Address N/A
Seller signs GEORGE GEE CADILLAC KIA _____ Date 10/18/2024 By X _(signature)_ _____ Title F&I MGR

| Seller assigns its interest in this contract to _ICCU_ | (Assignee) under the terms of Seller's agreement(s) with Assignee. |

☐ Assigned with recourse    ☒ Assigned without recourse    ☐ Assigned with limited recourse
Seller GEORGE GEE CADILLAC KIA

By X _(signature)_ _____ Title F&I MGR

---

**LAW** FORM NO. 553-ID-eps (REV. 6/23)
©2023 The Reynolds and Reynolds Company
THERE ARE NO WARRANTIES, EXPRESS OR IMPLIED, AS TO CONTENT OR FITNESS FOR PURPOSE OF THIS FORM. CONSULT YOUR OWN LEGAL COUNSEL.

104657*1*GGC-FI

**GEORGE GEE CADILLAC KIA**
317 W DALTON AVE
COEUR D'ALENE, ID 83815
208-667-7416

DEAL# 56475
CUST# 71483

# INSURANCE COVERAGE ACKNOWLEDGEMENT

Customer Name(s): **JASON HENRY ALLEN**                                  Date: **10/18/2024**

Street Address: **2600 E SELTICE WAY   POST FALLS  ID 83854**

Home Telephone: _____ Work Telephone: _____

Driver's License #: **61717083** _____ Issuing State: **CA** _____ Expiration Date: **10/18/2024**

Vehicle: **2023**          **TOYOTA**          **SEQUOIA**          **7SVAAABA8PX011784**
         Year            Make              Model             Vehicle Identification Number (VIN)

I understand that the Retail Installment Sales Contract or Lease Contract ("Finance Contract") that I signed in connection with my purchase/lease of the above-described vehicle requires me to provide and maintain insurance on the vehicle against the risks of loss or damage. I understand that this insurance must be in an amount equal to the lesser of the unpaid amount due under the Finance Contract or the value of the vehicle and must be maintained for the entire term of the Finance Contract. I also understand that the holder of the Finance Contract must be named as the loss payee and that the failure to maintain said insurance coverage may be an event of a default under the Finance Contract. In the event of a default, the holder of the Finance Contract may pursue all of the remedies provided by law and in the Finance Contract as it deems appropriate. Having been advised that I may obtain insurance coverage from a company and agent of my choice, I have selected:

Insurance Company: **GEICO** _____ Policy #: **4613336397** _____

Agent's Name: _____ Telephone: _____

Address: _____

Insurance Coverage:   [X] Collision $ **500.00**   Deductible   [X] Comprehensive $ **500.00**   Deductible

Policy Effective From: **10/08/2024** To: **12/28/2024**   Named Loss Payee: _ICCU_
                                        Address: _PO Box 2469  Pocatello  ID. 83206_

By signing below, I acknowledge that I have read this Insurance Coverage Acknowledgement and understand my obligation to maintain insurance coverage on the above-described vehicle. I further acknowledge and agree that I have given the Dealership permission to contact my Insurance Company to verify that I have insurance coverage for the vehicle.

By: _Jason Henry Allen WITHOUT RECOURSE_ **10/18/2024**          _(signature)_          **10/18/2024**
Customer                              Date          Authorized Dealership Representative       Date

**N/A** _____          **N/A** _____
Customer                              Date

**52992*1*GGC-FI**

**DealerCAP.**          CATALOG #8963022          © 2015 CDK Global, LLC  (01/16)



**PROSIDIUM**
AUTO GAP

## GAP ADDENDUM

The Addendum is between the Customer/Borrower (You or Your), the Dealer/Creditor, or, if assigned, the Assignee (We, Us, or Our)

| Customer/Borrower JASON H ALLEN | | Address 2600 E SELTICE WAY | |
|---|---|---|---|
| City POST FALLS | State ID | Zip 83854 | Customer Phone # 323-377-5620 |

| Co-Customer/Borrower | | Address | |
|---|---|---|---|
| City | State | Zip | Co-Customer Phone # |

| Dealer/Creditor George Gee Cadillac Kia | | Dealer/Account # 1167 | Financial Institution / Lender ICCu 'ION | | |
|---|---|---|---|---|---|
| Address 317 W Dalton Ave | | | Address PO BOX 2469 | | |
| City Coeur d'Alene | State ID | Zip 83815 | City Pocatello | State ID | Zip 83206 |

| Year 2023 | Make TOYOTA | Model SEQUOIA PLATINUM | Charge for Addendum $895.00 | APR % ~~8.75~~ 6.49 | Term of Addendum 72 Months |
|---|---|---|---|---|---|
| VIN 7SVAAABA8PX011784 | ☑ New ☐ Used | MSRP / NADA $0.00 | Amount Financed $80,705.94 | Effective Date 10/18/2024 | |

**PROGRAM LIMITS**

| Maximum AFVR 150% MSRP/NADA | Maximum Term 84 Months | Maximum Limit of Coverage $50,000 | Maximum Amount Financed Limit $100,000 | Financing Contract |
|---|---|---|---|---|
| | | | | ☑ Loan ☐ Lease __ Retail Installment Sales Contract |

This **Addendum** amends the **Financing Contract**. In the event of a **Constructive Total Loss** of the **Collateral**, we hereby agree to waive our rights against you for the amount due under a **Qualifying Loss**. You will remain responsible for any past due amounts, payments exchanges, or any items listed in the **Exclusions**. This **Addendum** will follow the **Financing Contract** with no subrogation rights against the **Customer/Borrower** if the **Financing Contract** is sold or assigned by us.

Although not required to do so, you elect to purchase this **Addendum** for an additional charge which is shown above. **You may, as an alternative to purchasing this Addendum, be able to purchase a similar product from a company of your choice. This GAP Program is not a substitute for collision or property damage insurance, does not take the place of insurance on the Collateral** and does not afford collision, comprehensive, or any other form of automobile insurance coverage. You are responsible for all communications with your Primary Carrier including notice and claims. If you purchase this **Addendum** from us, you understand that we may retain all or a portion of the charge paid by you.

ENROLLMENT IS AVAILABLE ONLY AT THE TIME THE **FINANCING CONTRACT** IS ORIGINALLY EXECUTED, BY YOUR SIGNATURE BELOW, YOU ACKNOWLEDGE AND AGREE THAT YOUR ACCEPTANCE OF THIS **ADDENDUM** IS NOT REQUIRED IN ORDER FOR YOU TO OBTAIN CREDIT, DOES NOT IMPACT THE CREDIT TERMS, AND HAS NO EFFECT ON THE TERMS OF THE RELATED SALE OF THE **COLLATERAL**.

The coverage under this **Addendum** may decrease over the term of your **Financing Contract**, You should carefully read the front and back of this **Addendum** for additional information on conditions, limitations and exclusions that could prevent you from receiving the amount due under a **Qualifying Loss** attributed to a **Constructive Total Loss**.

YOUR RIGHT TO CANCEL: You have the unconditional right to cancel this optional **Addendum** for a refund/credit of the unearned portion of the charge for this **Addendum** at any time. If the **Addendum** is terminated or cancelled by You within 30 days of the **Addendum** purchase, you will receive a full refund/credit of the **Addendum** cost, provided no Constructive Total Loss has occurred. After 30 days, you will receive a refund/credit of the **Addendum** cost calculated by the Pro Rata refund method, or by the refund method as may be required by state or federal law, less a $50.00 cancellation fee, where such cancellation fee is permitted by law. To terminate or cancel this **Addendum** and request a refund/credit, you should, or as required by the lender, contact the **Dealer/Creditor** or the **Administrator**, in writing, at the addresses above and below on this page. If the refund/credit is not received within 60 days of notice of cancellation, contact the Administrator shown below. In the event of a cancellation, the **Financial Institution/Lender** will be named as payee on all refunds and sole payee on a repossession refund. Any condition or exclusion that voids coverage will provide a full refund.

By your signature below, you acknowledge you have read and understand the **Addendum** and its **conditions**, and no other verbal representations have been made to you that differ from these written provisions and that this **Addendum** is not an insurance policy or part of an insurance policy. You authorize release of **Financing Contract**, or any other information required for processing this **Addendum** or processing of a loss.

<div style="border:1px solid">

**STOP AND READ:**
YOU CANNOT BE REQUIRED TO BUY A GAP WAIVER OR ANY OTHER OPTIONAL ADD-ON PRODUCTS OR SERVICES. IT IS OPTIONAL. NO ONE CAN MAKE YOU BUY A GAP WAIVER OR ANY OTHER OPTIONAL ADD-ON PRODUCTS OR SERVICES TO GET FINANCING, TO GET CERTAIN FINANCING TERMS, OR TO GET CERTAIN TERMS FOR THE SALE OF A VEHICLE. IT IS UNLAWFUL TO REQUIRE OR ATTEMPT TO REQUIRE THE PURCHASE OF THIS GAP WAIVER OR ANY OTHER OPTIONAL ADD-ON PRODUCTS OR SERVICES.

</div>

Administrator: Prosidium Warranty & Capital, 1500A E. College Way, PMB 541, Mount Vernon, WA 98273, (866) 330-6117

| By: _(signature)_ | 10/18/2024 | D _(signature)_ | 10/18/2024 |
|---|---|---|---|
| Customer/Borrower Signature WITHOUT RECOURSE | Date | Dealer/Creditor | Date |
| Co-Customer/Borrower Signature | 10/18/2024 Date | _(signature)_ Title | |

| FOR SALE IN THE U.S. WHERE PERMISSIBLE BY STATE LAW | **PROSIDIUM KEY SHIELD** | **KEY PROTECTION AGREEMENT DECLARATION PAGE** | AGREEMENT NUMBER **PKS00739757W** |

## AGREEMENT HOLDER INFORMATION

| LAST NAME ALLEN | FIRST JASON | MI H | TELEPHONE NUMBER 323-377-5620 |
| ADDRESS 2600 E SELTICE WAY | CITY POST FALLS | STATE ID | ZIP CODE 83854 |

## VEHICLE INFORMATION

| YEAR 2023 | MAKE TOYOTA | MODEL SEQUOIA PLATINUM | PURCHASE DATE 10/18/2024 |
| VEHICLE IDENTIFICATION # 7SVAAABA8PX011784 | VEHICLE PURCHASE PRICE $74,500.00 | ODOMETER 21,270 | |

## PLAN INFORMATION

| AGREEMENT PURCHASE PRICE $399.00 | TERM 84 Months | PLAN TYPE ☑ NEW ☐ USED |

## DEALER/LIENHOLDER INFORMATION

| DEALER NAME, ADDRESS, CITY, STATE, ZIP CODE George Gee Cadillac Kia | 317 W Dalton Ave , Coeur d'Alene, ID 83815 |
| TELEPHONE NUMBER 208-209-3353 | DEALER NUMBER 1167 |
| LIEN HOLDER NAME, ADDRESS, CITY, STATE, ZIP CODE ICCu PoBox 2469 Pocatello ID 83206 | TELEPHONE NUMBER 208-746-8900 |

## OTHER PROVISIONS

The ADMINISTRATOR of this AGREEMENT is Principal Warranty Corp., at 1500A E. College Way, PMB 541, Mount Vernon, WA 98273. The telephone number is (800) 963-0232.

The entity obligated to perform under this AGREEMENT, which is referred to as "WE", "US" and "OUR" throughout the AGREEMENT Terms and Conditions, is Northcoast Warranty Services, Inc., 800 Superior Avenue E, 21st Floor, Cleveland, OH 44114, (866) 927-3097, unless indicated otherwise in the Special State Disclosures.

Should YOU have any questions concerning coverage or benefits under this AGREEMENT, YOU may call OUR claim center at (800) 963-0232 for assistance.

All 24-Hour Roadside Assistance services and membership benefits are provided by SafeRide Motor Club, Inc., at 13901 Midway Rd, Suite 102-429, Dallas, TX 75244-4388. See Page 3-4,"24-Hour Roadside Assistance Benefits", for more details.

Purchase of this AGREEMENT is not required in order to purchase or obtain financing for a motor vehicle. This AGREEMENT is not valid unless this DECLARATION PAGE is completed and attached to the AGREEMENT Coverage TERMS & CONDITIONS.

## SIGNATURES FOR AGREEMENT

This DECLARATION PAGE shall be the basis upon which the AGREEMENT is issued. YOUR signature indicates that You have read the information set forth herein and agree that it is true and correct and that You accept the terms and provisions of this AGREEMENT and agree to be bound by the terms thereof.

You acknowledge YOUR understanding of the Arbitration Clause in the Arbitration section.

You acknowledge receipt of two (2) properly functioning master keys and/or transponders (where applicable).

| AGREEMENT HOLDER'S SIGNATURE X By /s/ Without Recourse | DATE 10/18/2024 | DEALER AUTHORIZED SIGNATURE X | DATE 10/18/2024 |

ADMINISTRATOR COPY / CUSTOMER COPY / DEALER COPY / LIENHOLDER COPY
©Copyright 2020, Principal Warranty Corp., LLC, All Rights Reserved

1

PKS-NWS-WIC-NAT-001

(12/2020)

| FOR SALE IN THE U.S. WHERE PERMISSIBLE BY STATE LAW | **PROSIDIUM AUTO CARE** | VEHICLE SERVICE AGREEMENT DECLARATION PAGE | AGREEMENT NUMBER AC300739759W |
|---|---|---|---|

## AGREEMENT HOLDER INFORMATION

| LAST NAME | FIRST | MI | | TELEPHONE NUMBER |
|---|---|---|---|---|
| ALLEN | JASON | H | | (323) 377-5620 |

| ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 2600 E SELTICE WAY | POST FALLS | ID | 83854 |

## VEHICLE INFORMATION

| YEAR | MAKE | MODEL | MANDATORY SURCHARGES |
|---|---|---|---|
| 2023 | TOYOTA | SEQUOIA PLATINUM | ☑ Hybrid  ☑ Lift Kit |

| VEHICLE IDENTIFICATION NUMBER | VEHICLE PURCHASE PRICE | ODOMETER | IN-SERVICE DATE (WRAP PLAN) |
|---|---|---|---|
| 7SVAAABA8PX011784 | $74,500.00 | 21,270 | |

## PLAN INFORMATION

| PURCHASE DATE | AGREEMENT PURCHASE PRICE | TERM | | PLAN TYPE |
|---|---|---|---|---|
| 10/18/2024 | $3,995.00 | Months: 84  10/18/31 | Miles: 100,000 | ☑ NEW  ☐ USED |

| DEDUCTIBLE SELECTED | | | | OPTIONAL COVERAGE (SURCHARGE APPLIES) | |
|---|---|---|---|---|---|
| | ☐ $100 Standard | ☑ $50 | ☐ $200 | ☐ Business Use | ☐ Tech Package |

| TYPE OF COVERAGE | | | |
|---|---|---|---|
| | ☐ Maximum Plan | ☑ Maximum WRAP Plan | ☐ Certified Plan |
| | ☐ Preferred Plan | ☐ Power Train Plus Plan | ☐ Power Train Plan |

New Vehicle Plans (except WRAP & Certified Plans) start on contract purchase date and 0 miles.
Used Vehicle Plans (except WRAP & Certified Plans) start on contract purchase date and sale odometer miles.
New WRAP & Certified Plans start on vehicle's original in-service date and 0 miles.

## DEALER INFORMATION / LIEN HOLDER INFORMATION

| DEALER NAME | LIEN HOLDER NAME |
|---|---|
| George Gee Cadillac Kia | ICCU |

| DEALER ADDRESS, CITY, STATE, ZIP CODE | LIEN HOLDER ADDRESS, CITY, STATE, ZIP CODE |
|---|---|
| 317 W Dalton Ave , Coeur d'Alene, ID 83815 | PO BOX #2469 Pocatello ID. 83206 |

| TELEPHONE NUMBER | DEALER NUMBER | TELEPHONE NUMBER |
|---|---|---|
| 208-209-3353 | 1167 | |

## OTHER PROVISIONS

The ADMINISTRATOR of this Vehicle Service AGREEMENT is Principal Warranty Corp., at 1500A E. College Way, PMB 541, Mount Vernon, WA 98273. The telephone number is (855) 251-7175.

The entity obligated to perform under this Vehicle Service AGREEMENT, which is referred to as "WE", "US" and "OUR" throughout the Vehicle Service AGREEMENT Coverage Booklet, is PWC Warranty Services, Inc., 317 W Dalton Ave., Coeur d'Alene, ID 83815, (855) 826-1162 unless indicated otherwise in the Special State Disclosures.

Purchase of this Vehicle Service AGREEMENT is not required in order to purchase or obtain financing for a motor vehicle. This Vehicle Service AGREEMENT is not valid unless this DECLARATION PAGE is completed and attached to the Vehicle Service AGREEMENT Coverage TERMS & CONDITIONS.

This DECLARATION PAGE shall be the basis upon which the Vehicle Service AGREEMENT is issued. YOUR signature indicates that YOU have read the information set forth herein and agree that it is true and correct and that YOU accept the terms and provisions of this Vehicle Service AGREEMENT and agree to be bound by the terms thereof.

## SIGNATURES FOR VEHICLE SERVICE AGREEMENT

| AGREEMENT HOLDER'S SIGNATURE | DATE | DEALER AUTHORIZED SIGNATURE | DATE |
|---|---|---|---|
| X _WITHOUT RECOURSE_ | 10/18/2024 | X | 10/18/2024 |

## OPTIONAL PRINCIPAL AUTO CARE PREPAID MAINTENANCE

| I CHOOSE TO ENROLL | TERM MONTHS/MILES | PLAN | SERVICE INTERVAL MONTHS/MILES |
|---|---|---|---|
| ☐ YES  ☑ NO | 24 / 30,000 | ☐ PPM 1  ☐ PPM 2 | 6 / 7,500 |

| AGREEMENT HOLDER'S SIGNATURE | DATE | DEALER AUTHORIZED SIGNATURE | DATE |
|---|---|---|---|
| X | 10/18/2024 | X | 10/18/2024 |

ADMINISTRATOR COPY / CUSTOMER COPY / DEALER COPY / LIENHOLDER COPY
©Copyright 2021, Principal Warranty Corp., LLC, All Rights Reserved

**Dealer Name:** George Gee Cadillac Kia

**PLEASE PRINT - INCOMPLETE APPLICATIONS WILL NOT BE PROCESSED.**

INSTRUCTIONS:
You may apply for credit in your name alone, whether or not you are married.
(1) Please indicate whether you are applying for ☑ Individual Credit ☐ Joint Credit ☐ Community Property State ☐ Business Application
(2) ☐ If you are applying for individual credit in your name and relying on your own income or assets and not the income or assets of another person as the basis of repayment of the credit requested, complete only Section A.
(3) ☐ If you are applying for joint credit with another person, complete sections A and B. We intend to apply for joint credit.

| Jason Henry Allen | |
| Applicant | Co-Applicant |

* If you are married and live in a community property state, please complete Section A about yourself and Section B about your spouse. You must sign this application. Your spouse must sign this application only if s/he wishes to be a Co-Applicant.

## A. APPLICANT INFORMATION

| Last Name | First Name | | Middle Initial | Social Security Number | | Birth Date |
|---|---|---|---|---|---|---|
| Allen | Jason | | H | 617170683 | | 4/9/1983 |

| Address | | | City | | State | Zip |
|---|---|---|---|---|---|---|
| 2600 E Seltice Way | | | Post Falls | | ID | 83854 |

| Home Phone | Cell Phone | Residential Status | | Time at Address | Rent/Mtg. Pmt. $ |
|---|---|---|---|---|---|
| | 323-377-5620 | ☑ Homeowner ☐ Rent ☐ Family ☐ Other | | 9 Yrs. 0 Mos. | 0 |

| E-Mail Address | Driver's License No. | Driver's License State | Time at Previous Address |
|---|---|---|---|
| Jason.alistor@gmail.com | D7625914 | CA | 0 Yrs. 0 Mos. |

| Previous Full Address (if less than 2 years) | | City | | State | Zip |
|---|---|---|---|---|---|
| | | | | | |

| Employer Name | Employment Type |
|---|---|
| Gt auto group LLC | ☑ Employed ☐ Unemployed ☐ Self-employed ☐ Military ☐ Retired ☐ Student ☐ Other |

| Salary | Salary Type | Occupation | Length of Employment | Work Phone Number * |
|---|---|---|---|---|
| 169300 | ☐ Weekly ☐ Bi-Weekly ☐ Monthly ☑ Annually | General Manager | 8 Yrs. 6 Mos. | 3035210134 |

| Previous Employer Name | Previous Employment Type |
|---|---|
| | ☐ Employed ☐ Unemployed ☐ Self-employed ☐ Military ☐ Retired ☐ Student ☐ Other |

| Previous Occupation | Length of Employment | Previous Work Phone Number |
|---|---|---|
| | 0 Yrs. 0 Mos. | |

Alimony, child support, or separate maintenance income need not be revealed if you do not choose to have it considered as a basis for repaying this obligation.

| Other Income (Monthly) | Source of Other Income | By Signing, you certify that the income entered on this Credit Application is accurate. |
|---|---|---|
| | | X By Jan Prent ... |

Comments

## AGREEMENT

The words "we," "us," "our" and "ours" as used below refer to us, the dealer, and to the financial institution(s) selected to receive your application. You understand and agree that you are applying for credit by providing the information to complete and submit this credit application. We may keep this application and any other application submitted to us and information about you whether or not the application is approved. You certify that the information on the application and in any other application submitted to us, is true and complete. You understand that false statements may subject you to criminal penalties. The words "you," "your" and "yours" mean each person submitting this application. You authorize us to submit this application and any other application submitted in connection with the proposed transaction to the financial institutions disclosed to you by us the dealers; in addition, in accordance with the Fair Credit Reporting Act, you authorize that such financial institutions may submit your applications to other financial institutions for the purpose of fulfilling your request to apply for credit. This application will be reviewed by the dealer and such financial institutions.

You agree that we may obtain a consumer credit report periodically from one or more consumer reporting agencies (credit bureaus) in connection with the proposed transaction and any update, renewal, refinancing, modification or extension of that transaction. You also agree that we or any affiliate of ours may obtain one or more consumer credit reports on you at any time during the term of your financing.. If you ask, you will be told whether a credit report was requested, and if so, the name and address of any credit bureau from which we or our affiliate obtained your credit report. You agree that the dealer and the financial institutions may verify your employment, pay, assets and debts, and that anyone receiving a copy of this is authorized to provide such dealer and financial institutions with such information. You further authorize the dealer and the financial institutions to gather whatever credit and employment history each considers necessary and appropriate in evaluating this application and any other applications submitted in connection with the proposed transaction. You understand that we will rely on the information in this credit application in making our decision. The dealer and the financial institutions may monitor and record telephone calls regarding your account for quality assurance, compliance, training, or similar purposes.

You consent to receive autodialed, prerecorded and artificial voice calls and text messages for servicing and collection purposes from us at the telephone number(s) provided in this credit application, including any cell phone numbers. The consent applies to the dealer, who is the originating creditor in this transaction, as well as any assignee who may purchase your credit contract. You agree that this consent applies regardless of whether you agree to receive telemarketing/sales calls and text messages as provided below.

**You consent to receive autodialed, pre-recorded and artificial voice telemarketing and sales calls and text messages from or on behalf of dealer (or any financing source to which dealer assigns my contract) at the following number(s) including any cell phone numbers. You understand that this consent is not a condition of purchase or credit.**

| You opt in ☐ | You do not opt in ☑ |
|---|---|

Signature of Applicant for election above: By: _[signature]_

Your dealer will inform you of the name and address of the financing sources to which this application shall be sent.

**BY SIGNING BELOW, YOU CERTIFY THAT YOU HAVE READ AND AGREE TO THE TERMS AND DISCLOSURES ON ALL PAGES OF THIS APPLICATION.**

| X By _[signature]_ | 10/17/2024 | |
|---|---|---|
| APPLICANT'S SIGNATURE | DATE | |

© 2023 Dealertrack, Inc. All rights reserved.

DT 5/23

Printed on 12/15/2023 16:03

 **Dealertrack**
by Cox Automotive

## Idaho Central Credit Union

  ✔ Approved

George Gee Cadillac Kia 130837



*50627446RID*

### Applicant(s)

| | |
|---|---|
| Applicant Name | **Jason Allen** |
| Co-Applicant Name | – |

### Financing Information

| | |
|---|---|
| Product | **Retail** |
| Amount (includes TT&L) | **$79,465.00** |
| Term | ⚠ **72 mos** |
| Acquisition Fee | – |
| Buy Rate | **6.44 %** |
| LTV Ratio | **108.40** |
| FICO Score | – |
| Tier Level | **A** |

### Reference

| | |
|---|---|
| Phone | **(208) 846-7100** |
| Email | – |
| Fax | **(208) 637-8660** |
| Lender Support | - |
| Ref ID | **50627446** |
| Decision Date | **10/17/2024 4:54 p.m.** |
| Analyst | **ICCU Indirect Buy Center** |

### Vehicle

| | |
|---|---|
| Y/M/M | **2023/TOYOTA/SEQUOIA** |
| Condition | **USED** |
| Trim | **CAPSTONE 4WD** |
| VIN | **7SVAAABA8PX011784** |
| Mileage | **21,229** |

### Stipulations

1. Max available backend of $13,195.00 can be sold.
2. Include copy of valid government issued identification for all borrowers
3. Need $30 Membership Fee
4. A processing fee of $20 will be deducted from your dealer participation

### Additional Information

–

### Comments

 10/17/2024 4:54p.m.
Analyst

Thanks!

 10/17/2024 4:53p.m.
Analyst

Thanks!

10/17/2024 4:15p.m.
Analyst

Thanks!

# George Gee Cadillac Kia
## Your Credit Score and the Price You Pay for Credit

| Credit Score For | Jason H Allen |
|---|---|
| Your Credit Score | Score: 706 | Source: Equifax | Date: Oct. 17, 2024, 3:41 p.m. |

## Understanding Your Credit Score

| | |
|---|---|
| What you should know about credit scores | Your credit score is a number that reflects the information in your credit report. |
| | Your credit report is a record of your credit history. It includes information about whether you pay your bills on time and how much you owe to creditors. Your credit score can change, depending on how your credit history changes. |
| How we use your credit score | Your credit score can affect whether you can get a loan and how much you will have to pay for that loan. |
| The range of scores | Scores range from a low of 250 to a high of 900. Generally, the higher your score, the more likely you are to be offered better credit terms. |
| How your score compares to the scores of other consumers | |

EQUIFAX      FICO

% of Consumers with Scores in a Particular Range

4%   6%   7%   10%   14%   19%   19%   21%

250-499   500-549   550-599   600-649   650-699   700-749   750-799   800-900

FICO® Auto Score 8 Range

©FICO 2018    www.FICOScore.com    FICO®_EFX9_2907_0419

## Checking Your Credit Report

| | |
|---|---|
| What if there are mistakes in your credit report? | You have a right to dispute any inaccurate information in your credit report. If you find mistakes on your credit report, contact the consumer reporting agency. It is a good idea to check your credit report to make sure the information it contains is accurate. |
| | Under federal law, you have the right to obtain a free copy of your credit report from each of the nationwide consumer reporting agencies once a year.<br>To order your free annual credit report:<br><br>**By telephone:**<br>Call toll-free: 1-877-322-8228 |
| How can you obtain a copy of your credit report? | **On the web:**<br>Visit www.annualcreditreport.com<br><br>**By mail:**<br>Mail your completed Annual Credit Report Request Form (which you can obtain from the Federal Trade Commission's web site at http://www.ftc.gov/ bcp/conline/include/requestformfinal.pdf ) to:<br>Annual Credit Report Request Service<br>P.O. Box 105281<br>Atlanta, GA 30348-5281 |
| How can you get more information? | For more information about credit reports and your rights under Federal law, visit the Consumer Financial Protection Bureau's website at www.consumerfinance.gov/learnmore |

Signature _By: Jason H Allen WITHOUT RECOURSE_    Date _10/17/24_

Dealer: George Gee Kia Cadillac

Customer 1: Jason Henry Allen

Customer 2:

Vehicle Purchased: 2023   Toyota                F

## ADDITIONAL REFERENCES

| NAME | RELATIONSHIP | ADDRESS | PHONE NUMBER |
|---|---|---|---|
| Corinne Allen | Mom | Post Falls ID | 7149046014 |
| Syria Matienez | Friend | Hayden ID | 3233468119 |

GEORGE GEE CADILLAC KIA
317 W DALTON AVE
COEUR D'ALENE, ID 83815
208-667-7416

# RETAIL PURCHASE AGREEMENT
# [MOTOR VEHICLE PURCHASE CONTRACT]

CUST# 71483

Deal #: __56475__

Purchaser's Name(s): __JASON HENRY ALLEN__

Date: __10/18/2024__

Address: __2600 E SELTICE WAY   POST FALLS, ID 83854__

County: __KOOTENAI__

Telephone (1): __323-377-5620__     Telephone (2): ____

DOB: __04/09/1983__

E-Mail: __JASON.ALISTOR@GMAIL.COM__     D.L./State I.D.#: __61717083__     Issuing State: __CA__   Exp. Date: ____

The above information has been requested so that we may verify your identity. By signing below, you represent that you are at least 18 years of age and have authority to enter into this Agreement. The Odometer Reading for the Vehicle you are purchasing is accurate unless indicated otherwise. Please refer to the Federal Mileage Statement for full disclosure.

| YEAR | MAKE | MODEL | COLOR | STOCK NO. |
|------|------|-------|-------|-----------|
| 2023 | TOYOTA | SEQUOIA | SILVER | PC10558U |

| VIN/SERIAL NO. | ODOMETER READING | | SALESPERSON |
|----------------|------------------|--|-------------|
| 7SVAAABA8PX011784 | ☐ Not Accurate      21270 | | NATE BENZ |

THE VEHICLE IS:
☐ NEW  ☒ USED  ☐ CONSIGNMENT

PRIOR USE DISCLOSURE:
☐ DEMONSTRATOR   ☐ EXECUTIVE/OFFICIAL (Pre-Driven)   ☐ RENTAL   ☐ PRIOR LEASE   ☐ OTHER

| | |
|---|---|
| **WARRANTY STATEMENT** | |
| We are selling this Vehicle to you AS-IS and we expressly disclaim all warranties, express and implied, including any implied warranties of merchantability and fitness for a particular purpose, unless the box beside "Used Vehicle Limited Warranty Applies" is marked below or we enter into a service contract with you at the time of, or within 90 days of, the date of this transaction. Any warranties by a manufacturer or supplier other than our Dealership are theirs, not ours, and only such manufacturer or supplier shall be liable for performance under such warranties. We neither assume nor authorize any other person to assume for us any liability in connection with the sale of the Vehicle and the related goods and services. **CONTRACTUAL DISCLOSURE STATEMENT** (USED VEHICLES ONLY) The information you see on the window form for this Vehicle is part of this contract. Information on the window form overrides any contrary provisions in the contract of sale. <u>Traducción española: Vea el dorso.</u> | |
| ☐ Used Vehicle Limited Warranty Applies. We are providing the attached Limited Warranty in connection with this transaction. Any implied warranties apply for the duration of the Limited Warranty. | |

| | |
|---|---|
| CASH PRICE OF VEHICLE | 74500.00 |
| WE OWES | 399.00 |
| N/A | N/A |
| SERVICE CONTRACT | 3995.00 |
| PROSIDIUM GAP | 895.00 |
| N/A | N/A |
| N/A | N/A |
| DEALER DOCUMENTATION FEE* | 399.00 |
| TOTAL SELLING PRICE | 80188.00 |
| TITLE FEE | 19.00 |
| N/A | N/A |
| N/A | N/A |
| SUBTOTAL | 80207.00 |
| SALES TAX | 4493.94 |
| TITLE FEE | N/A |
| N/A | N/A |
| N/A | N/A |
| N/A | N/A |
| N/A | N/A |
| TOTAL DUE | 84700.94 |
| DEPOSIT/DOWN PAYMENT** | N/A |
| N/A | N/A |
| N/A | N/A |
| LESS CASH DUE AT DELIVERY | N/A |
| AMOUNT TO BE FINANCED (See Paragraphs 12 and 16) | 84700.94 |

**TRADE-IN VEHICLE INFORMATION**

| Year: | Make: | Model: | Color: |
|-------|-------|--------|--------|
| | N/A | | |
| VIN/Serial No: | | Odometer Reading: ☐ Not Accurate | |
| | N/A | N/A | |
| Trade-In Allowance: | | Balance Owed & Lienholder: | |
| N/A | | N/A | |

**OTHER MATERIAL UNDERSTANDINGS AND INTEGRATED DOCUMENTS**

☐ IF BOX IS MARKED, PLEASE SEE THE DELIVERY CONFIRMATION

**The Deposit/Down Payment received from you is not refundable, except as set forth in this Retail Purchase Agreement. In the case of a Deposit, we will refrain from selling the Vehicle for _____ days.

X _____

☐ If this box is marked, please see the Conditional (Spot) Delivery Agreement and Paragraph 16.

*Dealer Documentation Fee: This fee is not required by Law. It is an optional fee charged by our Dealership to cover our costs for providing administrative and documentary services in connection with this transaction.

**YOU AND THE DEALER HAVE AGREED THAT THE MOTOR VEHICLE WILL BE DELIVERED TO YOU PRIOR TO THE PURCHASE. IF FINANCING CANNOT BE ARRANGED ON THE TERMS AND WITHIN THE TIME PERIOD AGREED UPON IN THE MOTOR VEHICLE PURCHASE CONTRACT, THE CONTRACT IS NULL AND VOID.**

This Agreement and any documents which are part of this transaction or incorporated herein comprise the entire agreement affecting this Retail Purchase Agreement and no other agreement or understanding of any nature concerning the same has been made or entered into, or will be recognized. I have read all of the terms and conditions of this Agreement, and agree to them as if they were printed above my signature. I further acknowledge receipt of a copy of this Agreement. This Agreement shall not become binding until signed and accepted by an Authorized Dealership Representative.

_____     _____
Purchaser                     Accepted by Authorized Dealership Representative

__N/A__
Purchaser

**DealerCAP**

53259*1*GGC-FI
CATALOG #8963456

© 2015 CDK Global, LLC  Idaho (01/16)

## ADDITIONAL AGREEMENTS BETWEEN THE DEALERSHIP AND PURCHASER(S)

1.  **Terms Used in This Agreement:** This Retail Purchase Agreement contains the following words and phrases that appear throughout this Agreement and have particular meanings:

    *   **Agreement, Contract, Motor Vehicle Purchase Contract** - Means all of the pages of this Retail Purchase Agreement together with any documents incorporated into this Agreement by reference, whether such reference is made in this Agreement or in the document itself.
    *   **You, Your** - Means the Purchaser(s) identified in this Agreement.
    *   **We, Us, Our** - Means the Dealership that is identified in this Agreement and its Authorized Representatives.
    *   **Manufacturer** - Means the company that manufactured the Vehicle.
    *   **Vehicle** - Means the Vehicle that you are purchasing from us as described in this Agreement.
    *   **Trade-In Vehicle** - Means the vehicle you are delivering to us as part of this transaction as identified in this Agreement.

2.  **Our Right to Increase the Price:** We may increase the price of the Vehicle after we accept this Agreement if the Trade-In Vehicle is reappraised, new required or optional equipment is added, revaluation of the United States dollar (in the case of foreign-made vehicles or components), or an increase in transportation charges due to increased rates imposed by a carrier. If the price is increased, you may cancel this Agreement with full refund of any Deposit/Down Payment, provided that the cancellation occurs prior to you taking delivery of the purchased Vehicle.

3.  **Manufacturer's Design Changes:** In the event the Manufacturer changes or modifies the design of or any part or accessory of the Vehicle after your order for the Vehicle has been entered by us, you will not have any claim or right against us if the Vehicle does not contain such changes or modifications, nor shall we be required to effect such changes or modifications to the Vehicle.

4.  **Your Representations and Warranties:** You represent, warrant and affirm to us that (a) You **are not purchasing a new Vehicle for resale or export** within the period beginning on the date the Vehicle title is issued to you and ending on the date one (1) year thereafter. You confirm that we are relying on this representation and agree that we would not sell the Vehicle to you without this representation. If we are required by the Manufacturer to forfeit or repay any manufacturer incentives, allowance and/or special pricing, or if we suffer any loss or harm as a result of your breach of this provision, you agree to indemnify and hold us harmless from any such cost, loss or harm suffered as a result of or arising because of your breach; (b) the Deposit/Down Payment and any amounts due to us have been paid in full, any check given to us will be honored by your Bank, and that no part of the Deposit/ Down Payment has been loaned to you by us or any third party; (c) all statements made by you in this Agreement and any other documents completed in connection with this transaction are true and correct; and (d) you are who you have represented yourself to be and you have purchased the Vehicle for your own use and not on behalf of another person, unless you have disclosed otherwise to us.

5.  **Your Representations Regarding the Trade-In Vehicle:** Any Trade-In Vehicle delivered by you to us in connection with this transaction shall be accompanied by a Certificate of Title or documents sufficient to enable us to obtain a Certificate of Title to the Trade-In Vehicle in accordance with applicable state law. You warrant that the Trade-In Vehicle delivered to us is properly titled to you, has never been titled as or declared a total loss/destroyed, salvage, junk, rebuilt, reconstructed, flood, or lemon buyback vehicle; that you have the right to sell or otherwise convey such vehicle; that such vehicle is free and clear of liens or encumbrances, except as may be noted in this Agreement; all emissions control devices are in the Vehicle and in satisfactory working order; and, unless you have told us otherwise, that you have not removed any equipment from the vehicle subsequent to our appraisal and that the odometer reading shown is accurate.

6.  **Trade-In Vehicle Payoff:** If you are delivering a Trade-In Vehicle in connection with this transaction and the actual amount of the Balance Owed on the Trade-In Vehicle is greater than the amount of the Balance Owed as listed in this Agreement, you agree to pay the difference to us. If the actual amount of the Balance Owed is less than the amount listed, we will pay or credit the difference to you.

7.  **Our Appraisal of Your Trade-In Vehicle:** If you are delivering a Trade-In Vehicle to us in connection with this transaction and the delivery will not be made until delivery of the Vehicle being purchased, we shall have the right to reappraise your Trade-In Vehicle at the time of delivery. You understand that we may renegotiate the amount of the Trade-In Allowance for the Trade-In Vehicle if (i) you fail to disclose that the Certificate of Title to the Trade-In Vehicle has been branded for any reason; (ii) the Trade-In Vehicle incurs substantial physical damage or latent mechanical defects arise before we take possession of the vehicle that could not have been reasonably discovered at the time this Agreement was completed; (iii) the odometer reading reflects the addition of five hundred (500) miles or more between the time the vehicle was first appraised by us for purposes of determining the Trade-In Allowance and the time of actual delivery of the Trade-In Vehicle to us; or (iv) there is a discrepancy between the signed Odometer Statement and the mileage reflected on the Trade In Vehicle's odometer or the actual mileage on the Trade-In Vehicle. If you are dissatisfied with the reappraisal, you may cancel this Agreement with full refund of any Deposit/Down Payment, provided that the cancellation occurs prior to you taking delivery of the purchased Vehicle.

8.  **Remedies Upon Rightful Cancellation:** You agree that we are not liable for any damages resulting from our failure to deliver the Vehicle if the failure is caused by the manufacturer, an accident, fire, act of nature or any other causes beyond our control. This Agreement may be renegotiated or canceled (with full refund of any Deposit/Down Payment) if the Vehicle is not delivered to you on the date specified or pursuant to Paragraphs 2 or 7. If you have delivered a Trade-In Vehicle to us, the Trade-In Vehicle will be returned to you if we have not already sold it. If we have already sold the Trade-In Vehicle, we will refund the agreed upon Trade-In Allowance. Regardless of whether we return the Trade-In Vehicle or have already sold it, you shall be responsible for paying to us the Balance Owed on the Trade-In Vehicle if we have paid the Balance Owed to the Lienholder. We may keep any portion of the amount you have paid to us as a Deposit/Down Payment and any Trade-In Allowance we owe to you to offset against the amount you owe us. If the actual amount you owe to us is greater than the amount of the Deposit/Down Payment, you agree to pay the difference to us. If the actual amount you owe is less than the amount of the Deposit/Down Payment, we will pay the difference to you. You are responsible for paying the cost of repairing any damage and any other losses, liabilities, damages, claims, costs and expenses arising out of your use, possession and control of the Vehicle.

9.  **Purchaser's Default and Dealership's Remedies:** In the event you have agreed to pay the Amount to be Financed in cash or financing is being obtained by you through a credit source of your choice and we do not receive the Amount to be Financed from you at the time of delivery of the Vehicle or on the date promised in this Agreement, you fail to perform any of your other obligations under this Agreement, or you breach any representation or warranty made by you to us, we shall be permitted, at our sole discretion, to the choice of remedies in this Agreement, which may be used separately or together, including: (1) cancel this Retail Purchase Agreement; (2) repossess the Vehicle without notice (if permitted by law); (3) rescind the sales transaction; (4) seek collection for amounts due; (5) retain any cash down payment made by you; and/or (6) in the event that you have delivered a Trade-In Vehicle as part of the consideration for your purchase of the Vehicle from us, to sell such Trade-In Vehicle and reimburse the Dealership out of the proceeds of such sale for any reasonable expenses incurred in connection with preparing and offering the Trade-In Vehicle for sale and any actual damages suffered by us as a result of your default. Regardless of whether we return the Trade-In Vehicle or have already sold it, you shall be responsible for paying to us the Balance Owed on the Trade-In Vehicle if we have paid the Balance Owed to the Lienholder and for any reasonable expenses incurred by us in connection with preparing or reconditioning the Trade-In Vehicle for sale. Any remedies in this Paragraph 9 shall be in addition to, and not in lieu of, any other remedies available under the Retail Purchase Agreement or at law or equity. Any waiver of all or part of a remedy hereunder is not a continuing waiver. If the actual amount you owe to us is greater than the amount of the down payment and/or proceeds from the sale of your Trade-In Vehicle, you agree to pay the difference to us upon demand and if the actual amount you owe is less, than we will pay the difference to you.

10. **Security Agreement:** Purchaser hereby grants the Dealership, its successors and assigns, a security interest in the Vehicle, equipment and accessories to be purchased pursuant to this Agreement, and such security interest shall remain in effect until all sums due hereunder have been paid in full.

11. **Other Products and Services:** The Dealership offers its customers goods and services from various suppliers. The amounts charged to customers for such goods or services may be greater than the Dealership's cost, and/or the Dealership may receive a commission or other payment in connection with such sale. You are not required to purchase any other goods or services from us, nor are you required to finance the Amount to be Financed under this Agreement with a particular lending source. In the event this Agreement includes a charge for other goods or services for which you must complete an application for coverage, and for any reason such coverage cannot be provided, you will receive a credit for the amount charged. If the cost of other goods or services was included in the amount to be financed in connection with this transaction, then this credit will be applied to the outstanding balance you owe to the Lender.

12. **Dealer Assisted Financing:** If we assist you to obtain financing for this transaction, the Annual Percentage Rate may be negotiated with us and we may receive a fee, commission or other compensation from the Lender. We do not make any representations or warranties regarding whether you obtained the best rate or could have obtained a better rate from us or a third party.

13. **CONTRACTUAL DISCLOSURE STATEMENT (USED VEHICLES ONLY) The information you see on the window form for this Vehicle is part of this contract. Information on the window form overrides any contrary provisions in the contract of sale. SPANISH TRANSLATION: Guía para compradores de vehículos usados. La información que ve en el formulario de la ventanilla para este vehículo forma parte del presente contrato. La información del formulario de la ventanilla deja sin efecto toda disposición en contenida en el contrato de venta.**

14. **GOVERNING LAW:** THE TERMS AND CONDITIONS OF THIS AGREEMENT (INCLUDING ANY DOCUMENTS WHICH ARE A PART OF THIS TRANSACTION OR INCORPORATED HEREIN BY REFERENCE) AND ANY SALE HEREUNDER WILL BE GOVERNED BY THE LAWS OF THE STATE OF IDAHO.

15. **LIMIT ON DAMAGES:** TO THE EXTENT PERMITTED BY IDAHO LAW, PURCHASER EXPRESSLY WAIVES AND SHALL NOT BE ENTITLED TO RECOVER FROM THE DEALERSHIP ANY CONSEQUENTIAL DAMAGES, DAMAGES TO PROPERTY, DAMAGES FOR LOSS OF USE, LOSS OF TIME, LOSS OF PROFITS OR INCOME, OR ANY OTHER INCIDENTAL DAMAGES.

16. **SPOT/CONDITIONAL DELIVERY AGREEMENT/LIMITED RIGHT TO CANCEL:** You may secure financing for this transaction through us or a financial institution of your choice. If you have elected to secure financing though us, the provisions of the Spot Delivery Agreement/Limited Right to Cancel will apply. This Agreement is void if: (1) you provide false or incomplete information regarding your creditworthiness; (2) your credit application is not approved by a financing source; or (3) your purchase is subject to the Spot Delivery Agreement/Limited Right to Cancel and the Retail Installment Sale Contract is not accepted or approved by a financing source on terms acceptable to us.

17. **Entire Agreement and Signing Other Documents:** This Agreement and any documents which are part of this transaction or incorporated herein by reference comprise the entire agreement affecting this transaction. No other agreement or understanding of any nature has been made or will be recognized. You agree to sign any and all documents necessary to complete the terms of this transaction.

53259*1*GGC-FI
CATALOG #8963456

© 2015 CDK Global, LLC Idaho (01/16)



# Report Of Sale And Application for Certificate of Title
## This is **not** a Certificate of Title

**DEAL# 56475**
**CUST# 71483**
**STK# PC10558U**

ITD 0502 (Rev. 09-14)
Supply # 01-807050-1

Control Number
**CO8421588**

**– Must be Legible –** Idaho Transportation Department - Division of Motor Vehicles

Any previous liens on the trade-in vehicle that is listed on this application for title will be satisfied in full by the dealer within 10 business days unless the owner relinquishing possession has signed below.

I, the owner relinquishing possession, acknowledge that I am responsible for satisfying all liens within 10 business days (Idaho Code 49-1609A)

X _____

☐ Rebuilt Salvage  ☐ Previous State Brand  ☐ Reconstruct  ☐ Repaired  ☐ Other _____

**Section 1 — Vehicle/Vessel Description**

| Previous Idaho Title No. | 1st Vehicle or Hull Identification No. | | 2nd VIN If Assigned |
|---|---|---|---|
| | 7SVAAABA8PX011784 | | |

| Year | Make | Body Type | Model | Description | Color (Primary/Secondary) |
|---|---|---|---|---|---|
| 2023 | TOYOTA | UV | SEQUOIA | | SILVER |

| Fuel Type | Wheel Base | Weight | Length | Width | Hull Material | Horsepower | Propulsion |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

| Odometer Reading | Odometer Status | Odometer Reading Date | Previous State | Previous State Brand | Previous State Title No. |
|---|---|---|---|---|---|
| 21270 | ☒ Actual  ☐ In Excess  ☐ Not Actual  ☐ No Device  ☐ Exempt | 10/18/2024 | | | |

Type of Sale: ☐ New  ☒ Used  ☐ Demo  ☐ Courtesy Delivery  ☐ Lease  ☐ Rental

**Section 2 — Purchaser - Owner**

| Owner #1 Full Legal Name (Last, First, Middle) or Business Name | Idaho Driver's License Number or SSN / EIN if Business | |
|---|---|---|
| ALLEN JASON HENRY | 61717083 | ☒ Or  ☐ And  ☐ LSR  ☐ DBA |
| Owner #2 Full Legal Name (Last, First, Middle) or Business Name | Idaho Driver's License Number or SSN / EIN if Business | ☐ Or  ☐ And  ☐ LSE  ☐ DBA |
| Owner #3 Full Legal Name (Last, First, Middle) or Business Name | Idaho Driver's License or SSN / EIN if Business | |

| Physical Address of Owner's Current Legal Residence or Business | City | State | Zip+4 |
|---|---|---|---|
| 2600 E SELTICE WAY | POST FALLS | ID | 83854 |
| Mailing Address if different from Owner's Current Legal Residence | City | State | Zip+4 |

**Section 3 — Lienholder**

| Primary Lienholder Name | Mailing Address | City | State | Zip+4 |
|---|---|---|---|---|
| Iccu ~~POTLATCH #1 FINANCIAL CREDIT UNION~~ | PO BOX ~~897~~ 2469 | Pocatello ~~LEWISTON~~ | ID | 83206 ~~83501-0897~~ |
| Secondary Lienholder Name | Mailing Address | City | State | Zip+4 |

If motorcycle/motorbike, the FMVSS sticker is present ☐ Yes ☐ No

**Section 4 — Sales Tax Information**

| Dealer's Seller's Permit No. | Lessor's Seller's Permit No. | Delivery Date |
|---|---|---|
| 003955075 | | 10/18/2024 |

| | |
|---|---|
| Gross Taxable Sales Price (Include Taxable Fees) $ | 74899.00 |
| Rebates (Motor Vehicles Only) .......................... $ | N/A |
| Adjusted Gross Sales Price .............................. $ | 74899.00 |
| Trade-In Allowance ...................................... $ | N/A |
| Net Sales Price .......................................... $ | 74899.00 |
| Tax Collected ............................................ $ | 4493.94 |

☐ Tax Exempt - Enter the tax form number used _____

**Trade-In Information**

| Year | Make | Body Type | Model |
|---|---|---|---|
| | | | |

Vehicle or Hull Identification No. (VIN/HIN)

**Section 5 — Dealer Information**

| Dealer Name | Idaho Dealer No. |
|---|---|
| GEORGE GEE CADILLAC KIA | 0047 |
| Dealer Address | Phone No. |
| 317 W DALTON AVE | 208-667-7416 |
| City | State | Zip+4 |
| COEUR D'ALENE | ID | 83815 |

I certify under penalty of perjury pursuant to the law of the State of Idaho that I have physically inspected the vehicle/vessel described in Section 1, and the VIN/HIN and date of this application are correct. I have identified the person(s) signing this application and witnessed their signature. I further certify that all information contained herein is true and correct to the best of my knowledge and belief. I also release all interest in this vehicle/vessel unless I am listed as lienholder or owner on this application for title.

Authorized Signature
X

| Title | Date |
|---|---|
| | 10/18/2024 |

**Section 6 — Applicant's Signature**

By signing below, I certify under penalty of perjury pursuant to the law of the State of Idaho to **all** of the following statements: that the vehicle/vessel described above is owned by me and I hereby make application for a Certificate of Title for said vehicle/vessel; that this vehicle/vessel will not be subject to a lien prior to receipt of the title unless indicated; that all information contained herein is true and correct to the best of my knowledge and belief; that this vehicle will be continuously insured as prescribed by Idaho Code 49-1229; and that the signature below is my true and legal signature.

| Applicant's Signature(s) | Date | Daytime Phone Number |
|---|---|---|
| X _____  X | 10/18/2024 | ( 323 ) 377-5620 |

White – Idaho Transportation Department Copy

59084*1*GGC-FI



**George Gee Cadillac Kia**
317 West Dalton Ave
Coeur d'Alene ID, 83815

Phone: (208)667-7416
www.geekia.net

**2023 Toyota Sequoia**                                      **21,229 Miles**

VIN: 7SVAAABA8PX011784                    Stock: PC10558U

| Summary - (Excludes Reconditioning / Additions) | Wholesale | Retail |
|---|---|---|
| J.D. Power | $69,525 | $75,250 |
| KBB | $73,309 | $76,559 |
| **Average** | **$71,417** | **$75,905** |

| **J.D. POWER** Oct 2024 (Current) Condition: Clean | Wholesale | Retail |
|---|---|---|
| Base Value | $68,950 | $74,675 |
| Mileage Adjustment (21,229 Miles) | $575 | $575 |
| **Subtotals** | **$69,525** | **$75,250** |
| **Accessories / Trims** | | |
| Tow Technology Pkg. | $0 | $0 |
| Heads-Up Display | $0 | $0 |
| JBL Stereo System | $0 | $0 |
| Panoramic Power Sunroof | $0 | $0 |
| Power Running Boards | $0 | $0 |
| **Accessories / Trim Subtotal** | **$0** | **$0** |
| **Total Value** | **$69,525** | **$75,250** |

| **KBB.COM** Oct 11, 2024 (Current) Condition: Good | Wholesale (Lending) | Typical Listing |
|---|---|---|
| Base Value | $71,886 | $75,136 |
| Mileage Adjustment (21,229 Miles) | $1,423 | $1,423 |
| **Subtotals** | **$73,309** | **$76,559** |
| **Accessories / Trim** | | |
| V6, i-FORCE MAX, Hybrid, Twin Turbo, 3.4 Liter | Included | Included |
| Automatic, 10-Spd | Included | Included |
| 4WD | Included | Included |
| Blind-Spot Monitor | Included | Included |
| Tow Technology Pkg | Included | Included |
| Hill Start Assist | Included | Included |
| Traction Control | Included | Included |
| Stability Control | Included | Included |
| ABS (4-Wheel) | Included | Included |
| Alarm System | Included | Included |
| Keyless Entry | Included | Included |
| Push Button Start | Included | Included |
| Air Conditioning | Included | Included |
| Air Conditioning, Rear | Included | Included |
| Power Windows | Included | Included |
| Power Door Locks | Included | Included |
| Dynamic Cruise Control | Included | Included |
| Power Liftgate Release | Included | Included |
| Power Steering | Included | Included |
| Tilt & Telescoping Wheel | Included | Included |
| Heads-Up Display | Included | Included |
| AM/FM/HD Radio | Included | Included |
| JBL Premium Sound | Included | Included |
| SiriusXM Satellite | Included | Included |
| Navigation System | Included | Included |
| Bluetooth Wireless | Included | Included |
| F&R Parking Sensors | Included | Included |
| Backup Camera | Included | Included |
| Panoramic View Monitor | Included | Included |
| Dual Air Bags | Included | Included |
| Side Air Bags | Included | Included |
| F&R Head Curtain Air Bags | Included | Included |
| Knee Air Bags | Included | Included |
| Lane Departure Warning System | Included | Included |
| Heated & Ventilated Seats F&R | Included | Included |
| Dual Power Seats | Included | Included |
| Leather | Included | Included |
| Quad Seating (4 Buckets) | Included | Included |
| Panorama Roof | Included | Included |
| Daytime Running Lights | Included | Included |
| LED Headlamps | Included | Included |
| Fog Lights | Included | Included |
| Towing Pkg | Included | Included |
| Alloy Wheels | Included | Included |
| **Accessories / Trim Subtotal** | **$0** | **$0** |
| **Total Value** | **$73,309** | **$76,559** |

ITD 0502 (Rev. 09-14)
Supply # 01-807050-1

# Report Of Sale And Application for Certificate of Title
## This is **not** a Certificate of Title

DEAL# 56475
CUST# 71463
STK# PC10558U

**— Must be Legible —** Idaho Transportation Department - Division of Motor Vehicles

Control Number
CO8421588

Any previous liens on the trade-in vehicle that is listed on this application for title will be satisfied in full by the dealer within 10 business days unless the owner relinquishing possession has signed below.

I, the owner relinquishing possession, acknowledge that I am responsible for satisfying all liens within 10 business days (Idaho Code 49-1609A)

X _____

☐ Rebuilt Salvage ☐ Previous State Brand ☐ Reconstruct ☐ Repaired ☐ Other _____

## Section 1 — Vehicle/Vessel Description

| Previous Idaho Title No. | 1st Vehicle or Hull Identification No. | | 2nd VIN if Assigned |
|---|---|---|---|
| | 7SVAAABA8PX011784 | | |

| Year | Make | Body Type | Model | | Description | Color (Primary/Secondary) |
|---|---|---|---|---|---|---|
| 2023 | TOYOTA | UV | SEQUOIA | | | SILVER |

| Fuel Type | Wheel Base | Weight | Length | Width | Hull Material | Horsepower | Propulsion |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

| Odometer Reading | Odometer Status | Odometer Reading Date | Previous State | Previous State Brand | Previous State Title No. |
|---|---|---|---|---|---|
| 21270 | ☐ Actual ☐ In Excess ☐ Not Actual ☐ No Device ☐ Exempt | 10/18/2024 | | | |

| Type of Sale | ☐ New | ☒ Used | ☐ Demo | ☐ Courtesy Delivery | ☐ Lease | ☐ Rental |
|---|---|---|---|---|---|---|

## Section 2 — Purchaser - Owner

| Owner #1 Full Legal Name (Last, First, Middle) or Business Name | Idaho Driver's License Number or SSN / EIN if Business | ☒ Or ☐ And |
|---|---|---|
| ALLEN JASON HENRY | 61717083 | ☐ LSR ☐ DBA |

| Owner #2 Full Legal Name (Last, First, Middle) or Business Name | Idaho Driver's License Number or SSN / EIN if Business | ☐ Or ☐ And |
|---|---|---|
| | | ☐ LSE ☐ DBA |

| Owner #3 Full Legal Name (Last, First, Middle) or Business Name | Idaho Driver's License Number or SSN / EIN if Business |
|---|---|
| | |

| Physical Address of Owner's Current Legal Residence or Business | City | State | Zip+4 |
|---|---|---|---|
| 2600 E SELTICE WAY | POST FALLS | ID | 83854 |

| Mailing Address if different from Owner's Current Legal Residence | City | State | Zip+4 |
|---|---|---|---|
| | | | |

## Section 3 — Lienholder

| Primary Lienholder Name | Mailing Address | City | State | Zip+4 |
|---|---|---|---|---|
| ICCU | | Pocatello | | 23206 |
| ~~POTLATCH #1 FINANCIAL CREDIT UNION~~ | ~~PO BOX 897~~ 2469 | ~~LEWISTON~~ | ID | ~~-83501-0897~~ |

| Secondary Lienholder Name | Mailing Address | City | State | Zip+4 |
|---|---|---|---|---|
| | | | | |

## Section 4 — Sales Tax Information

| Dealer's Seller's Permit No. | Lessor's Seller's Permit No. | Delivery Date |
|---|---|---|
| 003955075 | | 10/18/2024 |

| | |
|---|---|
| Gross Taxable Sales Price (include Taxable Fees) $ | 74899.00 |
| Rebates (Motor Vehicles Only) ............................ $ | N/A |
| Adjusted Gross Sales Price ................................. $ | 74899.00 |
| Trade-In Allowance .......................................... $ | N/A |
| Net Sales Price ............................................... $ | 74899.00 |
| Tax Collected .................................................. $ | 4493.94 |

☐ Tax Exempt - Enter the tax form number used _____

**Trade-In Information**

| Year | Make | Body Type | Model |
|---|---|---|---|
| | | | |

| Vehicle or Hull Identification No. (VIN/HIN) |
|---|
| |

## Section 5 — Dealer Information

If motorcycle/motorbike, the FMVSS sticker is present ☐ Yes ☐ No

| Dealer Name | Idaho Dealer No. |
|---|---|
| GEORGE GEE CADILLAC KIA | 0047 |

| Dealer Address | Phone No. |
|---|---|
| 317 W DALTON AVE | 208-667-7416 |

| City | State | Zip+4 |
|---|---|---|
| COEUR D'ALENE | ID | 83815 |

I certify under penalty of perjury pursuant to the law of the State of Idaho that I have physically inspected the vehicle/vessel described in Section 1, and the VIN/HIN and date of this application are correct. I have identified the person(s) signing this application and witnessed their signature. I further certify that all information contained herein is true and correct to the best of my knowledge and belief. I also release all interest in this vehicle/vessel unless I am listed as lienholder or owner on this application for title.

Authorized Signature

X _____

| Title | Date |
|---|---|
| MGR | 10/18/2024 |

## Section 6 — Applicant's Signature

By signing below, I certify under penalty of perjury pursuant to the law of the State of Idaho to **all** of the following statements: that the vehicle/vessel described above is owned by me and I hereby make application for a Certificate of Title for said vehicle/vessel; that this vehicle/vessel will not be subject to a lien prior to receipt of the title unless indicated; that all information contained herein is true and correct to the best of my knowledge and belief; that this vehicle will be continuously insured as prescribed by Idaho Code 49-1229; and that the signature below is my true and legal signature.

| Applicant's Signature(s) | Date | Daytime Phone Number |
|---|---|---|
| X _____ X | 10/18/2024 | (323) 377-5620 |

White – Idaho Transportation Department Copy

59084*1*GGC-FI

## Idaho Insurance ID Card

**GEICO** GEICO Secure Insurance Company

**2023 TOYOTA SEQUOIA**
**Vehicle ID No.** 7SVAAABA7PX014501

| Policy Number | Effective Date | Expiration Date |
|---|---|---|
| 4613-33-63-97 | 10/08/24 | 12/28/24 |

**Named Insured(s)** Jason Henry Allen
Sayra Alejandra Allen

1200 E Seltice Ave, Post Falls ID 83854

FOLD HERE  FOLD HERE  FOLD HERE  FOLD HERE  FOLD HERE  FOLD HERE

**2023 TOYOTA SEQUOIA**

**Additional Drivers**

California USA DRIVER LICENSE

FEDERAL LIMITS APPLY

DL D7625914
EXP 04/09/2027
LN ALLEN
FN JASON HENRY
9668 MILLIKEN AVE APT 104 263
RNCH CUCAMNGA, CA 91730
DOB 04/09/1983
RSTR NONE

CLASS CM1
END NONE

04091983

SEX M    HAIR BLN    EYES HZL
HGT 6'-04"    WGT 200 lb
DD 03/28/2017612RB/CCFD/27

ISS
04/08/2022



**Idaho Central** CREDIT UNION

Reset Form

## Membership Information & Amendment to Retail Installment Sale Contract / Insurance Information

This Amendment to Retail Installment Sale Contract amends the Retail Installment Sales Contract entered into by the Buyer and, if applicable, Co-Buyer listed below and Creditor-Seller, dated _18 OCT_ ("Finance Contract"). By signing below you acknowledge that you are obtaining a loan as a member of Idaho Central Credit Union. If you have not done so previously, a membership share account will be opened in your behalf in the amount of $25.00 and a membership fee of $5.00 may be collected. Specific membership terms and conditions will be supplied to you through mail upon completion and origination of your loan with Idaho Central Credit Union. www.iccu.com/file/account-agreement.pdf

The Finance Contract is amended to add the following provisions:

**Insurance:**
The physical damage insurance on your vehicle must include comprehensive and collision coverage and may not have a deductible higher than $1,000 for either. Your insurance must name Idaho Central Credit Union as the loss payee.
All other agreements, terms, and conditions set forth in the Finance Contract remain in full force and effect. By signing below, you agree that you have read this document in its entirety and agree to the terms and conditions hereof:

### Membership Information
I am eligible to be, or already am, a member of Idaho Central Credit Union.

| | |
|---|---|
| Idaho | ☒ I am employed or self-employed, a student, or a retiree in Idaho |
| Washington | ☐ I live or work in the boundaries of a Washington School District |
| Oregon | ☐ I live or work in Umatilla, Wallowa, Union, Baker, or Malheur County in Oregon. |
| Other | ☐ I am a member of another credit union that operates in Idaho |
| | ☐ I live, work in, or attend school in Jackpot, Nevada |

### Preferred Contact Number
Your consent allows ICCU to use text messaging, artificial or prerecorded voice messages and automatic dialing technology for information and account service calls as well as marketing calls. You may contact ICCU at any time to change your preferences regarding your mobile phone.

JASON Allen
Member Name

Joint Member Name

323-377-5620   ☒ Mobile ☐ Land Line
Member Phone Number

☐ Mobile ☐ Land Line
Joint Member Phone Number

JASON . Alistor@ Gmail. Com
Member Email

Joint Member Email

By: _(signature)_   18 oct 24
Member Signature    Date
on behalf of secured

Joint Member Signature    Date

---

### Insurance Information

Insurance Company: _____

Policy #: _____

Agent Name: _____

Agent Phone: _____

### References

1. Name: _____
   Relationship: _____ Phone: _____
2. Name: _____
   Relationship: _____ Phone: _____
3. Name: _____
   Relationship: _____ Phone: _____

# U.S. Postal Service™
# CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee

$ **$10.20**

**12/20**
**ICCU Letter**

Extra Services & Fees *(check box, add fee as appropriate)*
- ☐ Return Receipt (hardcopy)   $ _____
- ☐ Return Receipt (electronic)   $ _____
- ☐ Certified Mail Restricted Delivery   $ _____
- ☐ Adult Signature Required   $ _____
- ☐ Adult Signature Restricted Delivery   $ _____

Postmark
Here

Postage

$ _____

Total P

$ _____

Sent To

Jason Henry Allen
2600 East Seltice Way
Post Falls, Idaho 83854

Street

City, St

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

7202 0140 0003 2378 9166

# Certified Mail service provides the following benefits:

- A receipt (this portion of the Certified Mail label).
- A unique identifier for your mailpiece.
- Electronic verification of delivery or attempted delivery.
- A record of delivery (including the recipient's signature) that is retained by the Postal Service™ for a specified period.

## Important Reminders:

- You may purchase Certified Mail service with First-Class Mail®, First-Class Package Service®, or Priority Mail® service.
- Certified Mail service is *not* available for international mail.
- Insurance coverage is *not* available for purchase with Certified Mail service. However, the purchase of Certified Mail service does not change the insurance coverage automatically included with certain Priority Mail items.
- For an additional fee, and with a proper endorsement on the mailpiece, you may request the following services:
  - Return receipt service, which provides a record of delivery (including the recipient's signature). You can request a hardcopy return receipt or an electronic version. For a hardcopy return receipt, complete PS Form 3811, *Domestic Return Receipt;* attach PS Form 3811 to your mailpiece; for an electronic return receipt, see a retail associate for assistance. To receive a duplicate return receipt for no additional fee, present this USPS®-postmarked Certified Mail receipt to the retail associate.
  - Restricted delivery service, which provides delivery to the addressee specified by name, or to the addressee's authorized agent.
  - Adult signature service, which requires the signee to be at least 21 years of age (not available at retail).
  - Adult signature restricted delivery service, which requires the signee to be at least 21 years of age and provides delivery to the addressee specified by name, or to the addressee's authorized agent (not available at retail).
- To ensure that your Certified Mail receipt is accepted as legal proof of mailing, it should bear a USPS postmark. If you would like a postmark on this Certified Mail receipt, please present your Certified Mail item at a Post Office™ for postmarking. If you don't need a postmark on this Certified Mail receipt, detach the barcoded portion of this label, affix it to the mailpiece, apply appropriate postage, and deposit the mailpiece.

**IMPORTANT: Save this receipt for your records.**

PS Form **3800,** April 2015 *(Reverse)* PSN 7530-02-000-9047

# EXHIBIT C

Jason-Henry:Allen Beneficiary
2600 East Seltice Way
#235
Post Falls, Idaho [83854]

Idaho Central Credit Union
Tommy Butler
200 North 4th Street
Boise, Idaho 83702

Kimball D. Gourley
225 North 9th Street
Suite 820
Boise, ID 83701

Date January 13th 2025

Re:    *Idaho Central Credit Union*
       *Demand on Loan - Account No. 745384317*
       *2023 Toyota Sequoia*

Dear Mr Gourley,

We are writing in response to your letter dated December 20th 2024 and received on January 13th 2025 regarding the alleged default on a Retail Installment Sale Contract with Idaho Central Credit Union ("ICCU"). We strongly dispute the allegations made in your letter and assert that the debt has been paid in full and furthermore your client is engaged in illegal and unlawful acts.

As evidence, we have attached receipts confirming the payment of the debt in its entirety. Despite this, ICCU's continued demands for payment constitute fraud, violation of state, violation of federal laws, and blatant breach of contract.

Be advised that ICCU and its agents are believed to have purloined with the security(s) provided relating to 2023 Toyota Sequoia and account number 745384317. If this matter is not resolved immediately we will be required to report these actions pursuant to the Securities Exchange Act of 1934 and 15 U.S.C. 78(d)

Be advised that Mr. Brian M. Barrett has not fulfilled his fiduciary duties as outlined in the attached documents received by Mr. Barrett's wet ink signature on December 10th 2024. Failure to complete these duties are a direct violation of 12 USC 504 and Mr. Barrett is liable for significant fines.

Your letter's attempt to intimidate into paying an obligation that has already been settled in full is unacceptable. We request that ICCU immediately update its records to reflect the paid-in-full status of the account and cease all further collection activities. This includes forwarding the free and clear title to the above mailing location.

Be aware that proof of validity of the alleged debt has already been submitted in writing.

Furthermore, we take issue with the threat of attorney's fees and costs. As the debt obligation has been paid, ICCU has no legal basis for pursuing such fees.

If ICCU and its agents simply do not have the knowledge or experience with how to perform their duties then they need to simply state as much and we are more than happy to assist where we can.

We demand a written confirmation within 14 days from the date of this letter, acknowledging the payment of the debt in full and confirming that all collection activities have been terminated.

Please be advised that we will seek legal action, including damages, if ICCU continues to commit fraud and not perform on the contract related to Account No. 745384317.

Sincerely,

/s/Jason-Henry:Allen

cc: Idaho Central Credit Union
Attachments: Receipts confirming payment of debt in full

Jason Henry Allen Beneficiary
2600 East Seltice Way
#235
Post Falls, Idaho [83854]

Idaho Central Credit Union
Brian M Barrett, CFO
4400 Central Way
Chubbuck, Idaho 83202

Idaho Central Credit Union
Brian M. Barrett, CFO
200 North 4th Street
Boise, Idaho 83702



Registered No

RF816B4098SUS

Date Stamp

$2.31

$19.3u

$4.18

$11.00 Total Postage & Fees
$0.00    $25.71

$1.00 $110.00

12/03/2024

JASON HENRY ALLEN
2600 East Seltice Way #235
Post Falls ID 83854

Brian M Barrett
IDAHO CENTRAL CREDIT UNION
4400 Central Way
Chubbuck IDAHO 83202

PS Form 3806, Registered Mail Receipt

## NOTICE OF TENDER
## PRIVATE AND CONFIDENTIAL

## NOTICE TO AGENT IS NOTICE TO PRINCIPAL.
## NOTICE TO PRINCIPAL IS NOTICE TO AGENT.

December 1, 2024

Re: Toyota Sequoia 2023 VIN 7SVAAABA8PX011784
Idaho Central Credit Union: Account #745384317

To Brian M. Berrett CFO, Et Al

This is a LEGAL NOTICE and not a letter.

Purpose: Since we have not received the clear title as of yet as referenced by the executed contract which is a negotiable security instrument. As this might be foreign to you we wanted to provide exact instructions on how to correctly handle and process the transaction. Utilizing your medallion stamp might also be advised for monetization of said security.

Please reference the received Registered Security related to the above mentioned asset transaction. You have received a perfected, executed, and properly indorsed negotiable instrument (copy attached) to satisfy any outstanding balance with interest and fees on 2023 Toyota Sequoia VIN # 7SVAAABA8PX011784 transacted through your agent George Gee

Cadillac Kia dealer #0047. Also included in this mail package, Beneficiary has enclosed a durable power of attorney, a fiduciary nomination, and a copy of the Negotiable Instrument executed on October 18th 2024. Please also be advised that this instrument is a lawful specie of payment under the Uniform Commercial Code in section 3-104 which must be used to credit / off-set the balance of the above account. The Negotiable Instrument is to be forwarded to your organization's banking partner, who in turn is to securitize the Instrument, deposit the appropriate amount into Treasury Direct Account # G-509-840-052 (TDA ABA Routing # 051736158), and file Form 56F documenting the trustee action

If there is any attempt to not fulfill your fiduciary duties, please be aware there is discharge under the Uniform Commercial Code section 3-603(b)

We are fully willing to work together with you and your banking institution to complete this transaction but be aware that any response except full compliance to performance of your fiduciary duties will result in legal action to secure remedy. Please be advised that the payment for the 2023 Toyota Sequoia plus interest has already been made. you are only to complete the process to satisfy and correct the balance. If applicable please submit an affidavit under the penalty of perjury and full commercial liability as to why you or your organization is exempt from any of these duties or the legislation as outlined.

Upon completion of fiduciary duties please provide written confirmation the account balance is zero

Please send clean and clear title for 2023 Toyota Sequoia VIN # 7SVAAABA8PX011784 to the above mentioned mailing address.

We trust that this is to your satisfaction and that no claims will be made against JASON HENRY ALLEN Principal.

Enclosed in the received Registered Mail Package is the following:

Copy of Executed Securitized Negotiable Instrument
Durable Power of Attorney
Indorsed Payoff Coupon X2
Form 56 X2


Please be aware that we only desire a peaceful and mutually beneficial ongoing relationship.

This notice is being served pursuant to the Fair Debt Collections Practice Act (F.D.C.P.A.) and the Truth in Lending Act as well as other legislation included on the Notice of Acceptance of Presentment

This transaction is to be executed and completed per Uniform Commercial Code

Article 2, Sections 3101-3406 and UCC 3-501, 502, 603, 409, 410, 411

Yours without dishonor, ill will, or frivolity. All rights reserved. Non-assumpsit. Errors and Omissions Excepted.

Without prejudice, by:

By: *Jason Henry*

Jason-Henry Allen
Agent on Behalf of Principal



JASON H ALLEN

2600 E SELTICE WAY #235

POST FALLS  ID 83854

Account #:    745384317

To Whom it May Concern:

**Re:** JASON H ALLEN

2600 E SELTICE WAY

POST FALLS  ID 83854

Payoff on the above referenced loan is subject to change with advances or payments.

Payoff Amount: $ 35598.37

Per Diem: $  15.02

Quoted payoff valid through:  12/16/2024

Please mail payoff to:

Idaho Central Credit Union

P.O. Box 2470

Pocatello, ID 83206

Please include the loan number and any special instructions for the title release. This payoff supersedes any previous payoff information quoted prior to the date of this letter.

Sincerely,

Cave Guevarra

ICCU Team Member

PAY TO THE ORDER OF:
IDAHO CENTRAL CREDIT UNION
BY: /an. all.          /Agent
Agent For JASON ALLEN
By Accommodation / Principle

Member Service Center

Pocatello ID 83206
(208) 475-3300
www.iccu.com



**Idaho Central** CREDIT UNION

JASON H ALLEN
2600 E SELTICE WAY #235
POST FALLS  ID 83854

Account #: 745384317

To Whom It May Concern:

Re: JASON H ALLEN
    2600 E SELTICE WAY
    POST FALLS  ID 83854

Payoff on the above referenced loan is subject to change with advances or payments.

Payoff Amount: $ 85598.37
Per Diem: $ 15.02
Quoted payoff valid through: 12/16/2021

Please mail payoff to:

Idaho Central Credit Union
PO Box 2469
Pocatello, ID 83206

Please include the loan number and any special instructions for the title release. This payoff supersedes any previous payoff information quoted prior to the date of this letter

Sincerely,

Cave Guevarra

ICCU Team Member

PAY TO THE ORDER OF:
Jason HARRY ALLEN, PERSON
BY _____ /Agent
Agent For: JASON ALLEN WITHOUT RECOURSE
By Accommodation / Principle

EIGHTY FIVE THOUSAND FIVE HUNDRED NINETY EIGHT DOLLARS 37/100

Downloaded ... ef229e4a4ae4f413...



**Idaho Central**
CREDIT UNION

**Auto Loan Payoff Quote**

11/26/2024

JASON H ALLEN
2600 E SELTICE WAY #235
POST FALLS, ID 83854

Account #:  745384117

To Whom It May Concern:

Re:  JASON H ALLEN

2600 E SELTICE WAY

POST FALLS, ID 83854

Payoff on the above referenced loan is subject to change with advances or payments.

Payoff Amount: $ 85598.37
Per Diem: $ 15.02
Quoted payoff valid through: 12/16/2024

Please mail payoff to:

Idaho Central Credit Union
PO Box 2469
Pocatello, ID 83206

Please include the loan number and any special instructions for the title release. This payoff supersedes any previous payoff information quoted prior to the date of this letter.

Sincerely,

Cave Guevarra
ICCU Team Member

## RETAIL INSTALLMENT SALE CONTRACT
## SIMPLE FINANCE CHARGE

DEAL # 56475

CUST # 71483

| Buyer Name and Address (Including County and Zip Code) | Co-Buyer Name and Address (including County and Zip Code) | Seller-Creditor (Name and Address) |
|---|---|---|
| JASON HENRY ALLEN<br>2600 E SELTICE WAY<br>POST FALLS, ID 83854<br>COUNTY: KOOTENAI<br>Cell: 323-377-5620 | N/A<br><br><br><br>Cell: N/A | GEORGE GEE CADILLAC KIA<br>317 W DALTON AVE<br>COEUR D'ALENE, ID 83815<br><br>208-667-7410 |
| Email: JASON.ALISTOR@GMAIL.COM | Email: N/A | |

You, the Buyer (and Co-Buyer, if any), may buy the vehicle below for cash or on credit. By signing this contract, you choose to buy the vehicle on credit under the agreements in this contract. You agree to pay the Seller - Creditor (sometimes "we" or "us" in this contract) the Amount Financed and Finance Charge in U.S. funds according to the payment schedule below. We will figure your finance charge on a daily basis. The Truth-In-Lending Disclosures below are part of this contract.

| New Used | Year | Make and Model | Vehicle Identification Number | Primary Use For Which Purchased |
|---|---|---|---|---|
| USED | 2023 | TOYOTA<br><br>SEQUOIA | 7SVAAABA8PX011784 | Personal, family, or household unless<br>otherwise indicated below<br>☐ business<br>☐ agricultural ☐ ___N/A___ |

### FEDERAL TRUTH-IN-LENDING DISCLOSURES

| ANNUAL PERCENTAGE RATE<br>The cost of your credit as a yearly rate. | FINANCE CHARGE<br>The dollar amount the credit will cost you. | Amount Financed<br>The amount of credit provided to you or on your behalf. | Total of Payments<br>The amount you will have paid after you have made all payments as scheduled. | Total Sale Price<br>The total cost of your purchase on credit, including your down payment of $ 0.00 is |
|---|---|---|---|---|
| 6.49 % | $ 18058.18 | $ 84700.94 | $ 102759.12 | $ 102759.12 |

(e) means an estimate

**Returned Payment Charge:** You agree to pay a charge of $ ___20.00___ if any check or any electronic payment you give us is dishonored.

**NOTICE: ANY HOLDER OF THIS CONSUMER CREDIT CONTRACT IS SUBJECT TO ALL CLAIMS AND DEFENSES WHICH THE DEBTOR COULD ASSERT AGAINST THE SELLER OF GOODS OR SERVICES OBTAINED PURSUANT HERETO OR WITH THE PROCEEDS HEREOF. RECOVERY HEREUNDER BY THE DEBTOR SHALL NOT EXCEED AMOUNTS PAID BY THE DEBTOR HEREUNDER.**

The preceding NOTICE applies only to goods or services obtained primarily for personal, family or household use. In all other cases, Buyer will not assert against any subsequent holder or assignee of this contract any claims or defenses the Buyer (debtor) may have against the Seller, or against the manufacturer of the vehicle or equipment obtained under this contract.

### Your Payment Schedule Will Be:

| Number of Payments | Amount of Payments | When Payments Are Due |
|---|---|---|
| 72 | $ 1427.21 | MONTHLY beginning 12/02/2024 |
| N/A | $ N/A | N/A |

N/A

**Late Charge.** If payment is not received in full within ___10___ days after it is due, you will pay a late charge of $ ___15.00___ or ___5___ % of the part of the payment that is late, whichever is ___greater___.

**Prepayment.** If you pay early, you will not have to pay a penalty.

**Security Interest.** You are giving a security interest in the vehicle being purchased.

**Additional Information:** See this contract for more information including information about nonpayment, default, any required repayment in full before the scheduled date and security interest.

**Used Car Buyers Guide. The information you see on the window form for this vehicle is part of this contract. Information in the window form overrides any contrary provisions in the contract of sale.**
**Spanish Translation: Guía para compradores de vehículos usados. La información que ve en el formulario de la ventanilla para este vehículo forma parte del presente contrato. La información del formulario de la ventanilla deja sin efecto toda disposición en contrario contenida en el contrato de venta.**

☐ VENDOR'S SINGLE INTEREST INSURANCE (VSI insurance). If the preceding box is checked, the Creditor requires VSI insurance for the initial term of the contract to protect the Creditor for loss or damage to the vehicle (collision, fire, theft, concealment, skip). VSI insurance is for the Creditor's sole protection. This insurance does not protect your interest in the vehicle. You may choose the insurance company through which the VSI insurance is obtained. If you elect to purchase VSI insurance through the Creditor, the cost of this insurance is $ _____ and is also shown in Item 4B of the Itemization of Amount Financed. The coverage is for the initial term of the contract.

101657*1*GGC-FI

Buyer Signs X _____ JASON HENRY ALLEN  Co-Buyer Signs X ___N/A___

ITEMIZATION OF AMOUNT FINANCED

1. Cash Price Including $ ____4493.94____ sales tax)      $ ____79392.94____ (1)

2. Total Downpayment =

Trade-in _____ N/A _____
   (Year)    (Make)        (Model)

| | | |
|---|---|---|
| Gross Trade in Allowance | $ | N/A |
| Less Pay Off Made By Seller to _N/A_ | $ | N/A |
| Equals Net Trade In | $ | N/A |
| + Cash | $ | N/A |
| + Other _N/A_ | $ | N/A |
| + Other _N/A_ | $ | N/A |
| + Other _N/A_ | $ | N/A |

(If total downpayment is negative, enter '0' and see 4J below)    $ ____0.00____ (2)

J. Unpaid Balance of Cash Price (1 minus 2)    $ ____79392.94____ (3)

4. Other Charges Including Amounts Paid to Others on Your Behalf
(Seller may keep part of these amounts)

A. Cost of Optional Credit Insurance Paid to Insurance Company or Companies
    Life                    $ ____ N/A

| | | |
|---|---|---|
| Disability | $ ____ N/A | $ N/A |
| B. Vendor's Single Interest Insurance Paid to Insurance Company | | $ N/A |
| C. Other Optional Insurance Paid to Insurance Company or Companies | | $ N/A |
| D. Optional Gap Contract | | $ 895.00 |
| E. Cost of Fees Paid to Government Agencies | | $ N/A |
| F. Government Taxes Not Included in Cash Price | | $ N/A |
| G. Government License and/or Registration Fees | | |
|     N/A | | |
|     N/A | | $ N/A |
| H. Government Certificate of Title Fees | | $ 19.00 |
| I. Optional Service Contract** Paid to | | |
|     PROSIDIUM VSC | | $ 3995.00 |

J. Other Charges (Seller must identify who is paid and describe purpose)

| | | |
|---|---|---|
| to _____ for Prior Credit or Lease Balance | $ | N/A |
| to GEORGE GEE CADILLAC KIA DOCUMENTATION FEE | $ | 399.00 |
| to N/A     for N/A | $ | N/A |
| to N/A     for N/A | $ | N/A |
| to N/A     for N/A | $ | N/A |
| to N/A     for N/A | $ | N/A |
| to N/A     for N/A | $ | N/A |
| to N/A     for N/A | $ | N/A |
| to N/A     for N/A | $ | N/A |
| to N/A     for N/A | $ | N/A |
| to N/A     for N/A | $ | N/A |
| to N/A     for N/A | $ | N/A |
| to N/A     for N/A | $ | N/A |

Total Other Charges and Amounts Paid to Others on Your Behalf    $ ____5308.00____ (4)

5. Amount Financed (3 + 4)    $ ____84700.94____ (5)

**Purchase of an optional Service Contract is not required either to purchase or to obtain financing for the Vehicle

OPTION ☐ You pay no finance charge if the Amount Financed, item 5, is paid in full on or before
     N/A    Year _N/A_   SELLER'S INITIALS ____ N/A

OPTIONAL GAP CONTRACT. A gap contract (debt cancellation contract) is not required to obtain credit and will not be provided unless you sign below and agree to pay the extra charge. If you choose to buy a gap contract the charge is shown in Item 4D of the Itemization of Amount Financed. See your gap contract for details on the terms and conditions it provides. It is a part of this contract.

Term ____ 72 ____ Mos     PROSIDIUM GAP
                              Name of Gap Contract
I want to buy a gap contract
Buyer Signs X *[signature]* WITHOUT RECOURSE
PAY TO THE ORDER JASON HENRY ALLEN
12 UCC 104

Buyer Signs X *[signature]*     Co-Buyer Signs X ____ N/A

104657*1*GGC-FI

---

Insurance. You may buy the physical damage insurance this contract requires from anyone you choose who is acceptable to us. You may also provide the physical damage insurance through an existing policy owned or controlled by you that is acceptable to us. You are not required to buy any other insurance to obtain credit unless the box indicating Vendor's Single Interest insurance is required is checked below.

If any insurance is checked below, policies or certificates from the named insurance companies will describe the terms and conditions.

Check the insurance you want and sign below:

### Optional Credit Insurance

☐ Credit Life    ☐ Buyer   ☐ Co-Buyer   ☐ Both
☐ Credit Disability   ☐ Buyer   ☐ Co-Buyer   ☐ Both

Premium
    Credit Life $ ____ N/A
    Credit Disability $ ____ N/A
Insurance Company Name ____ N/A
                                N/A
Home Office Address ____ N/A
                                N/A

Credit life insurance and credit disability insurance are not required to obtain credit. Your decision to buy or not to buy credit life insurance and credit disability insurance will not be a factor in the credit approval process. They will not be provided unless you sign and agree to pay the extra cost. If you choose this insurance, the cost is shown in item 4A of the Itemization of Amount Financed. Credit life insurance is based on your original payment schedule. This insurance may not pay all you owe on this contract if you make late payments. Credit disability insurance does not cover any increase in your payment or in the number of payments. Coverage for credit life insurance and credit disability insurance ends on the original due date for the last payment unless a different term for the insurance is shown below.

### Other Optional Insurance

| ☒   VEH. SERV. CONT. | | MOS. |
|---|---|---|
| Type of Insurance | | Term |

Premium $ ____ 3995.00
Insurance Company Name ____ N/A
    N/A
Home Office Address ____ N/A
    N/A

| ☐   N/A | | N/A |
|---|---|---|
| Type of Insurance | | Term |

Premium $ ____ N/A
Insurance Company Name ____ N/A
    N/A
Home Office Address ____ N/A
    N/A

Other optional insurance is not required to obtain credit. Your decision to buy or not buy other optional insurance will not be a factor in the credit approval process. It will not be provided unless you sign and agree to pay the extra cost.

I want the insurance checked above

X *[signature]*         10/18/2024
Buyer Signature                Date

X ____ N/A         10/18/2021
Co Buyer Signature          Date

THIS INSURANCE DOES NOT INCLUDE INSURANCE ON YOUR LIABILITY FOR BODILY INJURY OR PROPERTY DAMAGE CAUSED TO OTHERS. WITHOUT SUCH INSURANCE YOU MAY NOT OPERATE THIS VEHICLE ON PUBLIC HIGHWAYS

10/18/2024  08:58 pm
LAW 553-ID-eps 6/23 v1   Page 2 of 4

## OTHER IMPORTANT AGREEMENTS

1. **FINANCE CHARGE AND PAYMENTS**
   a. **How we will figure Finance Charge.** We will figure the Finance Charge on a daily basis at the Annual Percentage Rate on the unpaid part of the Amount Financed.
   b. **How we will apply payments.** We may apply each payment to the earned and unpaid part of the Finance Charge, to the unpaid part of the Amount Financed and to other amounts you owe under this contract in any order we choose as the law allows.
   c. **How late payments or early payments change what you must pay.** We based the Finance Charge, Total of Payments, and Total Sale Price shown on page 1 of this contract on the assumption that you will make every payment on the day it is due. Your Finance Charge, Total of Payments, and Total Sale Price will be more if you pay late and less if you pay early. Changes may take the form of a larger or smaller final payment or, at our option, more or fewer payments of the same amount as your scheduled payment with a smaller final payment. We will send you a notice telling you about these changes before the final scheduled payment is due.
   d. **You may prepay.** You may prepay all or part of the unpaid part of the Amount Financed at any time without penalty. If you do so, you must pay the earned and unpaid part of the Finance Charge and all other amounts due up to the date of your payment.
   e. **Your right to refinance a balloon payment.** A balloon payment is a scheduled payment that is more than twice as large as the average of your earlier scheduled payments. If you are buying the vehicle primarily for personal, family, or household use, you have the right to refinance the balloon payment when due without penalty. The terms of the refinancing will be no less favorable to you than the terms of this contract. This provision does not apply if we adjusted your payment schedule to your seasonal or irregular income.

2. **YOUR OTHER PROMISES TO US**
   a. **If the vehicle is damaged, destroyed, or missing.** You agree to pay us all you owe under this contract even if the vehicle is damaged, destroyed, or missing.
   b. **Using the vehicle.** You agree not to remove the vehicle from the U.S. or Canada, or to sell, rent, lease, or transfer any interest in the vehicle or this contract without our written permission. You agree not to expose the vehicle to misuse, seizure, confiscation, or involuntary transfer. If we pay any repair bills, storage bills, taxes, fines, or charges on the vehicle, you agree to repay the amount when we ask for it.
   c. **Security Interest.**
      You give us a security interest in:
      • The vehicle and all parts or goods put on it;
      • All money or goods received (proceeds) for the vehicle;
      • All insurance, maintenance, service or other contracts we finance for you; and
      • All proceeds from insurance, maintenance, service or other contracts we finance for you. This includes any refunds of premiums or charges from the contracts.
      This secures payment of all you owe on this contract. It also secures your other agreements in this contract. You will make sure the title shows our security interest (lien) in the vehicle. You will not allow any other security interest to be placed on the title without our written permission.
   d. **Insurance you must have on the vehicle.** You agree to have physical damage insurance covering loss of or damage to the vehicle for the term of this contract. The insurance must cover our interest in the vehicle. You agree to name us on your insurance policy as loss payee. If you do not have this insurance, we may, if we choose, buy physical damage insurance. If we decide to buy physical damage insurance, we may either buy insurance that covers your interest and our interest in the vehicle, or buy insurance that covers only our interest. If we buy either type of insurance, we will tell you which type and the charge you must pay. The charge will be the premium for the insurance and a finance charge computed at the Annual Percentage Rate shown on page 1 of this contract or, at our option, the highest rate the law permits.
      If the vehicle is lost or damaged, you agree that we may use any insurance settlement to reduce what you owe or repair the vehicle.
   e. **What happens to returned insurance, maintenance, service, or other contract charges.** If we obtain a refund of insurance, maintenance, service, or other contract charges, you agree that we may subtract the refund from what you owe.

3. **IF YOU PAY LATE OR BREAK YOUR OTHER PROMISES**
   a. **You may owe late charges.** You will pay a late charge on each late payment as shown on page 1 of this contract. Acceptance of a late payment or late charge does not excuse your late payment or mean that you may keep making late payments.
      If you pay late, we may also take the steps described below.
   b. **You may have to pay all you owe at once.** If you break your promises (default), we may demand that you pay all that you owe on this contract at once. Default means:
      • You do not pay any payment on time, or
      • You give false, incomplete, or misleading information during credit application, you start a proceeding in bankruptcy or one is started against you or your property, or you break any agreements in this contract, except that if you bought the vehicle primarily for personal, family, or household purposes, we will only treat these events as defaults if they significantly impair the prospect of payment, performance, or realization of the collateral.
      The amount you will owe will be the unpaid part of the Amount Financed plus the earned and unpaid part of the Finance Charge, any late charges, and any amounts due because you defaulted.
   c. **You may have to pay collection costs.** If we hire an attorney who is not our salaried employee to collect what you owe, you will pay the attorney's reasonable fee and court costs, as the law allows. You will also pay any reasonable collection costs we incur to enforce our security interest, as the law allows.
   d. **We may take the vehicle from you.** If you default, we may take (repossess) the vehicle from you if we do so peacefully and the law allows it. If your vehicle has an electronic tracking device (such as GPS), you agree that we may use the device to find the vehicle. If we take the vehicle, any accessories, equipment, and replacement parts will stay with the vehicle. If any personal items are in the vehicle, we may store them for you. If you do not ask for these items back, we may dispose of them as the law allows.
   e. **How you can get the vehicle back if we take it.** If we repossess the vehicle, you may pay to get it back (redeem). We will tell you how much to pay to redeem. Your right to redeem ends when we sell the vehicle.

Buyer Signs X _____ Co-Buyer Signs X __N/A__

104657*1*GGC-FI

we will sell the vehicle if you do not get it back. If you do not redeem, we will sell the vehicle. We will send you a written notice of sale before selling the vehicle.

We will apply the money from the sale, less allowed expenses, to the amount you owe. Allowed expenses are expenses we pay as a direct result of taking the vehicle, holding it, preparing it for sale, and selling it. Attorney fees and court costs the law permits are also allowed expenses. If any money is left (surplus), we will pay it to you unless the law requires us to pay it to someone else. If money from the sale is not enough to pay the amount you owe, you must pay the rest to us unless the law provides otherwise. If you do not pay this amount when we ask, we may charge you interest at a rate not exceeding the highest lawful rate until you pay.

g. **What we may do about optional insurance, maintenance, service, or other contracts.** This contract may contain charges for optional insurance, maintenance, service, or other contracts. If we demand that you pay all you owe at once or we repossess the vehicle, you agree that we may claim benefits under these contracts and cancel their refunds of unearned charges to reduce what you owe or repair the vehicle. If the vehicle is a total loss because it is confiscated, damaged, or stolen, we may claim benefits under these contracts and cancel them to obtain refunds of unearned charges to reduce what you owe.

## 4. WARRANTIES SELLER DISCLAIMS

**Unless the Seller makes a written warranty, or enters into a service contract within 90 days from the date of this contract, the Seller makes no warranties, express or implied, on the vehicle, and there will be no implied warranties of merchantability or of fitness for a particular purpose.**

This provision does not affect any warranties covering the vehicle that the vehicle manufacturer may provide.

## 5. SERVICING AND COLLECTION CONTACTS

In consideration of our extension of credit to you, you agree to provide us your contact information for our servicing and collection purposes. You agree that we may use this information to contact you in writing, by e-mail, or using prerecorded/artificial voice messages, text messages, and automatic telephone dialing systems, as the law allows. You also agree that we may try to contact you in these and other ways at any address or telephone number you provide us, even if the telephone number is a cell phone number or the contact results in a charge to you. You agree to allow our agents and service providers to contact you as agreed above.

You agree that you will, within a reasonable time, notify us of any change in your contact information.

## 6. APPLICABLE LAW

Federal law and the law of the state of Idaho apply to this contract.

## 7. NEGATIVE CREDIT REPORT NOTICE

We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

---

*The Annual Percentage Rate may be negotiable with the Seller. The Seller may assign this contract and retain its right to receive a part of the Finance Charge.*

---

**HOW THIS CONTRACT CAN BE CHANGED.** This contract contains the entire agreement between you and us relating to this contract. Any change to this contract must be in writing and we must sign it. No oral changes are binding. Buyer Signs X _____ Co-Buyer Signs X _____ N/A

If any part of this contract is not valid, all other parts stay valid. We may delay or refrain from enforcing any of our rights under this contract without losing them. For example, we may extend the time for making some payments without extending the time for making others.

See the rest of this contract for other important agreements.

**NOTICE TO RETAIL BUYER: Do not sign this contract in blank. You are entitled to a copy of the contract at the time you sign. Keep it to protect your legal rights.**

You agree to the terms of this contract. You confirm that before you signed this contract, we gave it to you, and you were free to take it and review it. You confirm that you received a completely filled-in copy when you signed it.

Buyer Signs X _____ Date 10/18/2024 Co-Buyer Signs X _____ N/A _____ Date _____ N/A

Buyer Printed Name JASON HENRY ALLEN Co-Buyer Printed Name N/A

If the business use of is checked in "Primary Use for Which Purchased", Print Name N/A _____ Title N/A

Co-Buyers and Other Owners — A co-buyer is a person who is responsible for paying the entire debt. An other owner is a person whose name is on the title to the vehicle but does not have to pay the debt. The other owner agrees to the security interest in the vehicle given to us in this contract.

Other owner signs here X N/A _____ Address N/A

Seller signs GEORGE GEE CADILLAC KIA _____ Date 10/18/2024 By X _____ Title F&I MGR

| Seller assigns its interest in this contract to POTLATCH #1 FINANCIAL CREDIT UNION | (Assignee) under the terms of Seller's agreement(s) with Assignee. |
| --- | --- |

☐ Assigned with recourse ☒ Assigned without recourse ☐ Assigned with limited recourse

Seller GEORGE GEE CADILLAC KIA

By X _____ Title F&I MGR

---

LAW FORM NO. 553-ID-eps (REV 1/23)
Credit Union Service & Baystate Company
THERE ARE NO WARRANTIES, EXPRESS OR IMPLIED, AS TO CONTENT OR FITNESS FOR PURPOSE OF THIS FORM. CONSULT YOUR OWN LEGAL COUNSEL.

104657*1*GGC-FI

10/18/2024  06:58 pm
LAW 553-ID-eps 6/23 v1  Page 4 of 4

# 56

**(Rev. November 2022)**

Department of the Treasury
Internal Revenue Service

## Notice Concerning Fiduciary Relationship

(Internal Revenue Code Sections 6036 and 6903)

Go to *www.irs.gov/Form56* for instructions and the latest information.

OMB No. 1545-0013

### Part I   Identification

| Name of person for whom you are acting (as shown on the tax return) | Identifying number | Decedent's social security no |
|---|---|---|
| JASON HENRY ALLEN | 617170683 | |

Address of person for whom you are acting (number, street, and room or suite no.)

2600 East Seltice Way # 235

City or town, state, and ZIP code (If a foreign address, see instructions.)

POST FALLS, IDAHO 83854

Fiduciary's name

Address of fiduciary (number, street, and room or suite no.)

4400 CENTRAL WAY

| City or town, state, and ZIP code | Telephone number (optional) |
|---|---|
| CHUBBUCK, IDAHO 83202 | ( 208 )   241-7725 |

### Section A. Authority

1   Authority for fiduciary relationship. Check applicable box:

a   ☐ Court appointment of testate estate (valid will exists)

b   ☐ Court appointment of intestate estate (no valid will exists)

c   ☐ Court appointment as guardian or conservator

d   ☐ Fiduciary of intestate estate

e   ☐ Valid trust instrument and amendments

f   ☐ Bankruptcy or assignment for the benefit of creditors

g   ☑ Other. Describe: All transactions related to account number 745384317 and 2023 Toyota Sequoia VIN 7SVAAABA8PX011784

2a   If box 1a, 1b, or 1d is checked, enter the date of death:

b   If box 1c, 1e, 1f, or 1g is checked, enter the date of appointment, taking office, or assignment or transfer of assets: October 18th 2024

### Section B. Nature of Liability and Tax Notices

3   Type of taxes (check all that apply):  ☐ Income   ☐ Gift   ☐ Estate   ☐ Generation-skipping transfer   ☐ Employment
☐ Excise   ☐ Other (describe):

4   Federal tax form number (check all that apply):  a ☐ 706 series   b ☐ 709   c ☐ 940   d ☐ 941, 943, 944
e ☐ 1040 or 1040-SR   f ☐ 1041   g ☐ 1120   h ☐ Other (list):

5   If your authority as a fiduciary does not cover all years or tax periods, check here . . . . . . . . . . . . . . ☐
and list the specific years or periods within your authority:

For Paperwork Reduction Act and Privacy Act Notice, see separate instructions.          Cat. No. 16375I          Form **56** (Rev. 11-2022)

## AFFIDAVIT OF TRUTH

### IN THE NATURE OF SUPPLEMENTAL RULES FOR
### ADMINISTRATIVE AND MARITIME CLAIMS RULES C(6)

Grant of exclusive power of attorney to conduct all
tax, business, and legal affairs of principal person.

# POWER OF ATTORNEY IN FACT

JASON H. ALLEN, JASON HENRY ALLEN, ALLEN, JASON H. or any derivative name thereof, **DEBTOR / principal person / *ens legis* Trust / corporate fiction**, located at 2600 East Schlee Way, Post Falls, Idaho [83854], does hereby appoint Jason-Henry: Allen (also stylized as "First-Middle: Last"), **a Living Soul / Secured Party / Creditor**, as Agent with **Power of Attorney in Fact**, located at 47.722820 latitude -116.944980 longitude (non-domestic), to take exclusive charge of, to manage, and to conduct all of the tax, business, and legal affairs and to act in the name and place of the DEBTOR without limitation on the powers necessary to carry out this exclusive purpose of Attorney in Fact as authorized herein:

    **(a)** to take possession of, to hold, and to manage real estate and all other property;

    **(b)** to receive money or property paid or delivered to the DEBTOR from any source;

    **(c)** to deposit funds in, to make withdrawals from, or to sign checks or drafts against any account standing in the name of the DEBTOR individually or jointly in any bank or other depository, to cash coupons, bonds, or certificates of deposits; to endorse checks, notes, or other documents in said legal name; to have access to and to place items in or remove them from any safety deposit box standing in the DEBTOR's name individually or jointly, and to conduct any other bank transactions or business;

    **(d)** to pay the just debts and expenses of the DEBTOR, including reasonable expenses incurred by the Attorney in Fact in exercising this exclusive power of attorney;

    **(e)** to retain any investments and to invest in stocks, bonds, securities, or real estate or other property;

    **(f)** to give general and special proxies or to exercise rights of conversion or rights with respect to shares or securities; to deposit shares or securities with or to transfer them to protective committees or similar bodies; to join any reorganization and pay assessments or subscriptions called for in connection with shares or securities;

    **(g)** to sell, to exchange, to lease, to give options, and to make contracts concerning real estate or other property for such considerations and on such terms as the Attorney in Fact may consider prudent;

    **(h)** to settle boundary lines, easements, and other rights with respect to real estate;

    **(i)** to improve or to develop real estate; to construct, to alter, or to repair building structures and appurtenances or real estate; to settle boundary lines, easements, and other rights with respect to real estate; to plant, to cultivate, to harvest, and to sell or otherwise dispose of crops and timber and to do all things necessary or appropriate for good husbandry;

    **(j)** to provide for the use, maintenance, repair, security, or storage of tangible property in the DEBTOR's legal name above; and

    **(k)** to purchase and maintain such policies of insurance against liability, fire, casualty, or other risks as the Attorney in Fact may consider prudent.

The **Agent / Living Soul / Secured Party / Creditor**, Jason-Henry: Allen, is hereby authorized by law to act for and in control of the **DEBTOR**, JASON HENRY ALLEN (or any derivative name thereof). In addition, through the exclusive power of attorney, the undersigned Attorney in Fact is authorized to contract for all business and legal affairs of the **principal person**, JASON HENRY ALLEN.

The term "exclusive" shall be construed to mean that only the Attorney in Fact may obligate the principal person to these matters while these powers are in force, and the capacity to obligate the DEBTOR with regard to the same is hereby revoked and forfeited by any other party. The grant of this exclusive power is irrevocable during the lifetime of the **Attorney in Fact** until further notice from the undersigned.

Executed and sealed by the voluntary act of my own hand on this 2nd day of December, 2024.

As this is executed without the UNITED STATES, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.
Without prejudice, U.C.C. § 1-308.

I, the undersigned, exclusive Attorney in Fact,
do hereby accept the fiduciary interest of the
DEBTOR named herein and will execute
the herein-granted powers with due diligence.

By:

**Jason-Henry: Allen, Agent,**
**Attorney in Fact with the Autograph**

**Witnesses**

_____
Witness Signature # 1

_____
Printed Name

_____
Witness Signature # 2

_____
Printed Name

**NOTICE**

Using a notary on this document does not constitute any adhesion, nor does it alter my status in any manner. The purpose for notarization is verification and identification only and not for entrance into any foreign jurisdiction.

## JURAT

Kootenai County          )
                         )  ss:
Idaho State              )

Before me, the undersigned, ___Kimberly Cummings___, a Notary Public in and for said county and state, personally appeared Jason-Henry: Allen, known to me to be fully competent and of legal age to state the aforementioned, and has acknowledged that he/she has executed the same. Subscribed and affirmed before me this __2__ day of December, 2024.


_Kimberly Cummings_
Notary Signature

Notary Seal:

KIMBERLY CUMMINGS
Notary Public - State of Idaho
Commission Number 47508
My Commission Expires Jun 30, 2030


My Commission Expires: __June 30, 2030__

# EXHIBIT D

# JONES ◆ WILLIAMS ◆ FUHRMAN ◆ GOURLEY, P.A.
### A T T O R N E Y S   A T   L A W

*Kimbell D. Gourley*

January 23, 2025

**<u>Via Certified, Regular Mail & Email</u>**

Jason Henry Allen
2600 East Seltice Way
Post Falls, Idaho 83854
Jason.alistor@gmail.com

       Re:    *Idaho Central Credit Union*
                 *Demand on Loan - Account No. 745384317*
                 *2023 Toyota Sequoia*

Dear Mr. Allen:

     I am in receipt of your January 13, 2025, letter to me. I have reviewed your letter and the requests made therein, and ICCU has again determined that your statements and accusations lack merit, and, thus, again ICCU will just respectfully agree to disagree with your recitations of the facts, alleged appliable law, and alleged duties. No further response to your letter will be made.

                Sincerely,

                /s/Kimbell D. Gourley        
                Kimbell D. Gourley

KDG/at
Cc: Tommy Butler, ICCU

The 9th & Idaho Center ◆ 225 North 9th Street, Suite 820
P. O. Box 1097 ◆ Boise, Idaho 83701
Phone (208) 331-1170 ◆ Facsimile (208) 331-1529
E-Mail Address:  kgourley@idalaw.com

# EXHIBIT E

JASON HENRY ALLEN

2600 East Seltice Way #235

Post Falls, ID 83854

February 23, 2025

**VIA REGISTERED MAIL**

Idaho Central Credit Union

Attn: Brian M. Berrett, Chief Financial Officer

4400 Central Way

Chubbuck, ID 83202

Re: Demand for Validation and Verification of Alleged Debt – Account Number 745384137

Dear Mr. Berrett and Idaho Central Credit Union,

This letter serves as my formal demand regarding the alleged debt tied to the consumer transaction contract with ICCU on or about October 18, 2024. I assert that I fully performed all obligations under said contract, which ICCU accepted. Despite this, ICCU has failed to release a clean and clear title, continued collection attempts, and reported negative information to credit bureaus, all without lawful basis.

Pursuant to my rights under federal and state law, including but not limited to the Fair Debt Collection Practices Act (15 U.S.C. § 1692g) and the Fair Credit Reporting Act (15 U.S.C. § 1681 et seq.), I hereby demand the following within thirty (30) days of registered delivery of this letter:

**1 -** Validation of the Alleged Debt: Provide a complete and actual accounting of the alleged debt, detailing all principal, interest, fees, and payments credited, including the disposition of the negotiable instrument tendered on October 18, 2024. This must be a true and accurate ledger, not a summary or computer-generated statement.

**2 -** Verification of Claim: Furnish written verification, signed in wet ink by a human with personal knowledge and authority, confirming that I owe any amount to ICCU related to this transaction. This must explicitly state the basis for your claim that the debt remains outstanding, despite my documented performance.

**3 -** Certified Copy of the Contract: Deliver a certified copy of the original contract binding both parties—JASON HENRY ALLEN, and Idaho Central Credit Union— bearing the wet ink signatures of all parties, including any agent of ICCU who executed the agreement.

Your failure to provide these items in full, within the specified timeframe, will be construed as an admission that no valid debt exists, that your claims against me lack merit, and that your prior actions constitute breaches of contract, fiduciary duty, and applicable law. I have previously notified you of these issues on December 1, 2024 (Registered Mail #RF816840985US) and January 13, 2025 (Registered Mail #RF816840968US), yet you have not corrected your conduct.

Be advised that I intend to pursue all available remedies, including litigation, should you fail to comply. This letter does not waive any rights or claims I have asserted against ICCU and Brian M. Berrett, including but not limited to those related to your handling of the negotiable instrument, refusal to release the title, and inaccurate credit reporting.

Send your response and all requested documentation to the address above.

Sincerely,

By: _____

Jason-Henry: Allen

Agent on behalf of the principle

Without Prejudice UCC 1-308

# EXHIBIT F

October 19, 2024

C.F.O. BRIAN M. BERRETT, C.F.O. for

IDAHO CENTRAL CREDIT UNION
4400 Central Way
Chubbuck, ID 83202

**Respondent / Fiduciary Trustee**

Jason-Henry:Allen
for  JASON HENRY ALLEN, Estate
c/o 2600 East Seltice Way
#235
Post Falls, Idaho Republic
non-domestic and without the United States
**Principal / Beneficiary**

RE:  ___JASON HENRY ALLEN___ , Account No. 745384317

# FIDUCIARY APPOINTMENT AND AUTHORIZATION

## POWER OF AUTHORITY

I, Jason-Henry: Allen, hereinafter "Principal", being duly sworn, depose and say that I have the authority and broad general power of attorney in fact to grant, to convey, to assign, to pledge, and to authorize all the authorities, sureties, assets, duties, contracts, and instruments contained herein and enclosed herewith and hereby execute this Fiduciary Appointment & Authorization, hereinafter "Contract", on this ___19___ day of October, 2024.

## APPOINTMENT

The below-signed Principal hereby appoints C.F.O. BRIAN M. BERRETT, hereinafter "Fiduciary", to faithfully execute the setoff, settlement, and closure of the above-referenced account with the name of JASON HENRY ALLEN, Account No. 745384137, hereinafter "Account", held by IDAHO CENTRAL CREDIT UNION, hereinafter "Financial Institution", and to faithfully execute all the duties set forth herein with the authorities granted herein.

## AUTHORITIES

The Principal hereby grants the Fiduciary the following authorities:

(1) The Fiduciary is hereby authorized to delegate or sub-delegate any of the authorities granted herein to any third party of his / her choosing. Provided that any such delegation or sub-delegation is made in writing, this written record must specify the extent and nature of powers delegated, along with the length of time that such delegation will be in effect.

(2) The Fiduciary is hereby authorized to setoff, to settle, to discharge, and to close the account at the direction of Principal.

(3) The Fiduciary is hereby authorized to use any funds and/or assets in escrow released pursuant to the G.S.A. Optional Form 91 enclosed herewith and incorporated herein by this reference, hereinafter "Form 91", by the Financial Institution for JASON HENRY ALLEN, hereinafter "DEBTOR", and to use said funds and/or assets exclusively for the settlement, setoff, and discharge of any and all debts, obligations, and/or liabilities associated with the Account.

(4) The Fiduciary is hereby authorized to negotiate, endorse, and/or ledger the instruments, the statement with a private banker's acceptance with attached payment coupon, hereinafter "Instruments", enclosed herewith for the settlement and closure of the Account.

(5) The Fiduciary is hereby authorized to use any and all of the assets pledged pursuant to the G.S.A. Standard Form 28 (Affidavit of Individual Surety) enclosed herewith and incorporated herein by this reference, hereinafter "Form 28", for the settlement, setoff, and discharge of any and all debts, obligations, or liabilities associated with the Account and as surety to indemnify the Fiduciary's performance with regard to this Contract, the Form 91, and the Instruments.

(6) The Fiduciary is hereby authorized to use the Account and Routing numbers and/or bond numbers provided on the Instruments for the setoff, settlement, and closure of the Account.

(7) The Fiduciary is hereby authorized to release any and all funds and/or assets remaining after the setoff, settlement, and closure of the Account to the Principal.

(8) The Fiduciary is hereby authorized to ledger the I.R.S. Form 1099-A, hereinafter "Information Return", enclosed herewith, against the Account for the Financial Institution.

**SURETY**

I, the Undersigned, being duly sworn, depose and say that:

(1) The Principal is a surety to this Contract and any and all bond(s) and instrument(s) enclosed herewith.

(2) The Beneficiary is a surety to this Contract and any and all bond(s) and instrument(s) enclosed herewith.

(3) The Principal and Beneficiary hereby pledge the following assets as surety in support of any and all bond(s) and instrument(s) enclosed herewith and the fiduciary duties set forth by this Contract and the following info from Form 91:

i.      Account Statement indorsed with private banker's acceptance;

ii.     Payment Coupon authorized and indorsed;

iii.    assets and/or funds held in escrow for the Beneficiary and the Account held by the Financial Institution;

iv.    Account No. 745384137; and

(4) The Principal and Beneficiary hereby indemnify the performance of the Fiduciary in regards to the authorities granted herein and the duties set forth herein.

(5) The Principal and Beneficiary hereby indemnify the performance of the Fiduciary as the custodian pursuant to the Form 91.

## DUTIES OF THE FIDUCIARY

The Principal hereby directs the Fiduciary to perform the following duties within ten **(10)** days of the postmark of this Contract:

(1) Pursuant to the Form 91, the Fiduciary is hereby directed to use the personal property released from escrow exclusively for the settlement, setoff, and/or discharge any and all debts, obligations, or liabilities associated with the Account.

(2) The Fiduciary is hereby directed to settle, setoff, and/or discharge any and all debts, obligations, or liabilities associated with the Account.

(3) The Fiduciary is hereby directed to negotiate, endorse, and/or ledger the Instruments for the settlement, setoff, and/or discharge of any and all debts, obligations, or liabilities associated with the Account for the benefit of the Beneficiary.

(4) The Fiduciary is hereby directed to ledger the Information Return against the Account for the Financial Institution.

(5) The Fiduciary is hereby directed to issue a Statement of Account showing a zero dollar ($0.00) balance for the Account to the Principal.

(6) The Fiduciary is hereby directed to release any and all funds and/or assets remaining after the setoff, settlement, and closure of the Account to the Principal.

## ACCEPTANCE AND REFUSAL

This Contract shall be deemed to have been accepted by the Fiduciary if a refusal to the appointment, authorities, and duties is not received by the Principal within ten **(10)** days of the postmark of this Contract. Any refusal of this Contract must be accompanied by a sworn affidavit signed under penalty of perjury and stating that the Fiduciary does NOT have the capacity, authority, obligation, and duty to:

    i.      setoff, settle, and close the Account;

    ii.     accept an appointment as a fiduciary;

    iii.    negotiate, endorse, or ledger the Instruments against the Account for the benefit of the Beneficiary;

    iv.    perform the duties as the custodian pursuant to the Form 91;

    v.     ledger the Information Return against the Account held by the Financial Institution for the benefit of the Beneficiary; and

    vi.    issue a Statement of Account showing a zero dollar ($0.00) balance for the Account to the Principal.

If the Fiduciary needs additional time to perform the duties set forth in this Contract, the Fiduciary may request said additional time by written request to the Principal within ten **(10)** days from the postmark of this Contract and said request must provide good cause. Any requests for additional time shall not exceed thirty **(30)** days from the postmark of this Contract. The Principal reserves the right to deny any requests for additional time.

## LIABILITY OF THE FIDUCIARY

The Fiduciary's failure to perform the duties set forth in this Contract within the time allotted to perform said duties will comprise the Fiduciary's agreement to the following:

(1) THAT the Fiduciary waives all rights, defenses, and immunities;

(2) THAT the Fiduciary accepts personal liability up to ten **(10)** times the face value of the Instruments;

(3) THAT the Fiduciary accepts the filing of the I.R.S. Form 3949-A (Information Referral) with the Internal Revenue Service for the Fiduciary's breach of this Contract;

(4) THAT the Fiduciary accepts the filing of any documents and public records reporting the Principal's right of lien on real property in relation to the Fiduciary's breach of this Contract;

(5) THAT the Fiduciary accepts that the Fiduciary's public hazard bond and/or limited liability insurance policy shall be surety for any liens or levies executed by the Principal for the Fiduciary's breach of this Contract; and

(6) THAT the Fiduciary accepts that any and all real property, personal property, fixtures, and accounts belonging to Fiduciary shall become surety for any liens or

## PREVIOUS AGREEMENTS AND CONTRACTS

This Contract supersedes all other agreements, whether written or oral, between the Beneficiary and the Financial Institution relating to the Account. The Principal hereby revokes and rescinds any and all prior grants, conveyances, notes, trusts, agreements, and/or contracts by and/or between the Financial Institution and the Beneficiary.

## GOVERNING LAW / SEVERABILITY

Private International Law shall govern and enforce this Contract. Should applicable laws deem any part or portion of this Contract as invalid or unenforceable, the remaining provisions shall not be affected and shall be enforced to as great an extent as possible.

## RESERVATION OF RIGHTS

The Principal hereby reserves all rights, remedies, defenses, and immunities.

Further Affiant sayeth not.

# INDORSEMENT

IN WITNESS WHEREOF, I hereunto affix my hand and seal on this ___25___ day of February, 2025 and hereby certify that all of the statements made above are true, correct, and complete.

Signed: By: _____ (seal)

Jason-Henry: Allen,
Authorized Representative and Beneficiary

# JURAT

COUNTY OF KOOTENAI        )
                                                    ) ss:
STATE OF IDAHO              )

On this __25th__ day of February, 2025, before me, the undersigned, a Notary Public in and for Kootenai County, personally appeared the above-signed, known to me to be the one whose name is sealed by Autograph on this instrument, and has acknowledged to me that he/she has executed the same.

Notary Signature: _____

Printed Name: __Joel Kosoff_____

> JOEL KOSOFF
> Notary Public - State of Idaho
> Commission Number 20221855
> My Commission Expires Apr 18, 2028

Seal: _____

# EXHIBIT G

# JONES ◆ WILLIAMS ◆ FUHRMAN ◆ GOURLEY, P.A.
### A T T O R N E Y S   A T   L A W

*Kimbell D. Gourley*

March 20, 2025

**<u>Via Certified and Regular Mail</u>**

Jason Henry Allen
2600 East Seltice Way
Post Falls, Idaho 83854
Jason.alistor@gmail.com

      Re:    *Idaho Central Credit Union*
              *Demand on Loan - Account No. 745384317*
              *2023 Toyota Sequoia*

Dear Mr. Allen:

As you are aware, this law firm represents the legal affairs of Idaho Central Credit Union ("ICCU"), whose address is P.O. Box 2469, Pocatello, Idaho 83206, with reference to that certain Retail Installment Sale Contract dated October 18, 2024, executed by you, as borrower, in favor of George Gee Cadillac KIA, as seller, which loan was thereafter assigned to ICCU, account no. 745384317 (the "Loan").

You have made many statements and accusations in your February 25, 2025 Letter to ICCU. Again, in order not to be a catalyst for a series of position letters, emails, and/or other communications, we will just respectfully agree to disagree with your recitations of the facts, alleged applicable law, and alleged duties. We strongly recommend you consult with your attorney and have your attorney contact me at his or her convenience.

In order to avoid confusion and/or misunderstandings, ICCU rejects and disputes the allegations in your February 25, 2025, letter. We believe if you consult with an attorney, your attorney will be able to advise you as to what laws are and are not applicable to ICCU.

You are in default under the Loan for failure to make the December 2, 2024 monthly installment payment in the sum of $1,427.21 and all monthly payments thereafter. Accordingly, the obligations owed pursuant to the Loan are deemed accelerated and immediately due and owing to ICCU.

**THEREFORE, DEMAND IS NOW MADE** upon you to pay to ICCU within ten (10) days from the date of this letter the principal sum of $84,800.94, plus accrued interest in the sum of $2,214.31 through March 19, 2025, for an aggregate sum of $87,015.25, plus accruing interest thereon at the per diem rate of $15.08. If this sum is not received by ICCU within ten (10) days from the date of this letter, ICCU will proceed forward with all rights

and remedies allowed at law, including, but not limited to, taking possession of and foreclosing upon its collateral.

Furthermore, we feel that it is only fair to advise you that Idaho law and the Loan provide for the collection of all attorney's fees and costs if further proceedings are necessary.

Federal law may give you thirty (30) days after you receive this letter to dispute the validity of the debt or any part of it. If you don't dispute it within that period, I'll assume that it is valid. If you do dispute it by notifying this firm in writing to that effect, I will, as required by law, obtain verification of the debt and mail to you proof of the debt. And if, within the same period, you request in writing the name and address of your original creditor, if the original creditor is different from ICCU, I will furnish you with that information too.

The law does not require ICCU or me to wait until the end of the thirty-day (30) period before taking action upon you to collect this debt. If, however you request proof of the debt or the name and address of the original creditor within the thirty-day (30) period that begins with your receipt of this letter, the law requires me to suspend my efforts (through litigation or otherwise) to collect the debt until I mail the requested information to you. In order to avoid any unnecessary delays, I have enclosed a copy of the Loan for your easy reference.

ICCU does not wish to burden you with the additional expense and complication of collection proceedings. We, therefore, urge you to contact this office at your very earliest opportunity so that arrangements may be made for the payment of the money demanded herein.

We have sent this demand by certified mail and regular post to ensure your receipt of it. Please feel free to call me at (208) 331-1170 if you have any questions about any of the matters set forth in this letter. We further request that you direct all future communications to me that relates to ICCU. Please feel free to contact me if you have any questions.

Sincerely,

 /s/Kimbell D. Gourley
Kimbell D. Gourley

KDG/at
Cc: Mykal Eden, ICCU

JONES ◆ WILLIAMS ◆ FUHRMAN ◆ GOURLEY, P.A.
225 NORTH 9TH STREET, SUITE 820
P.O. BOX 1097
BOISE, IDAHO 83701

JONES ◆ WILLIAMS ◆ FUHRMAN ◆ GOURLEY, P.A.
225 NORTH 9TH STREET, SUITE 820
P.O. BOX 1097
BOISE, IDAHO 83701

Jason Henry Allen
2600 East Seltice Way
Post Falls, Idaho 83854

Jason Henry Allen
2600 East Seltice Way
Post Falls, Idaho 83854

CERTIFIED MAIL®

OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

7022 0410 0003 2378 5992



quadient
IMI
FIRST-CLASS MAIL
$009.64 ⁰
03/21/2025 ZIP 83702
043M30222835
US POSTAGE



quadient
IMI
$000.69 ⁰
FIRST-CLASS MAIL
03/21/2025 ZIP 83702
043M30222835
US POSTAGE