Kimbell D. Gourley / ISB #3578
JONES♦WILLIAMS♦FUHRMAN♦GOURLEY, P.A.
The 9th & Idaho Center
225 North 9th Street, Suite 820
P.O. Box 1097
Boise, ID  83701
Telephone: (208) 331-1170
Facsimile: (208) 331-1529
Email:  *kgourley@idalaw.com*

*Attorneys for Defendants/Counterclaimant,
Idaho Central Credit Union and Brian M. Berrett*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| JASON HENRY ALLEN, Individually and as Trustee of Rikur Private Irrevocable Trust,<br><br>Plaintiff,<br><br>vs.<br><br>IDAHO CENTRAL CREDIT UNION, and BRIAN M. BERRETT,<br><br>Defendants. | **Case No.:  2:25-cv-00172-AKB**<br><br>**REPLY MEMORANDUM IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT PURSUANT TO FRCP 56 [Dkt. 22]** |
| IDAHO CENTRAL CREDIT UNION,<br><br>Counterclaimant,<br><br>vs.<br><br>JASON HENRY ALLEN, Individually and as Trustee of Rikur Private Irrevocable Trust,<br><br>Counter Defendants. | |

COME NOW the Defendants/Counterclaimant, the Idaho Central Credit Union ("ICCU") and Brian M. Berrett ("Berrett"), by and through their counsel of record Jones Williams Fuhrman Gourley, P.A., and submit this reply memorandum in support of their Motion for Partial Summary Judgment [Dkt. 22].

The evidentiary record in relation to ICCU's and Mr. Berrett's motion for partial summary judgment [Dkt. 22] is now set, and nothing in the evidentiary record establishes or creates either a material issue of fact or an immaterial issue of fact. Thus, ICCU and Mr. Berrett respectfully request the court grant their motion for partial summary judgment [Dkt. 22].

DATED this ___ day of June, 2025.

JONES WILLIAMS FUHRMAN GOURLEY, P.A.

 */s/ Kimbell D. Gourley*
KIMBELL D. GOURLEY
Attorneys for Defendants/Counterclaimant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the ____ day of June, 2025, a true and correct copy of the foregoing document was filed with the Clerk of the Court using the CM/ECF System.

I certify that the following listed non-registered CM/ECF participants were served a copy of the foregoing by first class mail, postage prepaid, addressed to:

Jason Henry Allen, individually and as
trustee of the Rikur Private Irrevocable
Trust,
2600 East Seltice Way
Post Falls, Idaho 83854

 */s/ Kimbell D. Gourley*
Kimbell D. Gourley