Kimbell D. Gourley / ISB #3578
JONES♦WILLIAMS♦FUHRMAN♦GOURLEY, P.A.
The 9th & Idaho Center
225 North 9th Street, Suite 820
P.O. Box 1097
Boise, ID 83701
Telephone: (208) 331-1170
Facsimile: (208) 331-1529
Email: *kgourley@idalaw.com*

*Attorneys for Defendants/Counterclaimant,*
*Idaho Central Credit Union and Brian M. Berrett*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| JASON HENRY ALLEN, Individually and as Trustee of Rikur Private Irrevocable Trust,<br><br>Plaintiff,<br><br>vs.<br><br>IDAHO CENTRAL CREDIT UNION, and BRIAN M. BERRETT,<br><br>Defendants. | Case No.: 2:25-cv-00172-AKB<br><br>**LIMITED OBJECTION TO PLAINTIFFS' MOTION TO STRIKE AFFIDAVIT OF KIMBELL D. GOURLEY [DKT. 39]** |
| IDAHO CENTRAL CREDIT UNION,<br><br>Counterclaimant,<br><br>vs.<br><br>JASON HENRY ALLEN, Individually and as Trustee of Rikur Private Irrevocable Trust,<br><br>Counter Defendants. | |

COME NOW the Defendants/Counterclaimant, the Idaho Central Credit Union ("ICCU") and Brian M. Berrett ("Berrett"), by and through their counsel of record Jones Williams Fuhrman Gourley, P.A., and object to and oppose on a limited basis the Plaintiffs' Motion to Strike Affidavit

of Kimbell D. Gourley [Dkt. 39]. This limited objection is made on the following grounds and for the following reasons:

## I. INTRODUCTION:

The affidavit of Kimbell D. Gourley was apparently filed May 20, 2025, without Kimbell D. Gourley's signature thereon or a notary of such signature by error. This was a clerical mistake and the signature and notary of the signature on May 20, 2025, is attached hereto as **Exhibit "A"**.

The Plaintiffs make three (3) arguments in support of their motion to strike [Dkt.39], namely:

(1) The affidavit is unsigned. This clerical error occur but the affidavit was properly signed and notarized as evidence by **Exhibit "A"** attached hereto.

(2) The affidavit violates Idaho Rule of Professional Conduct 3.7; and

(3) The affidavit violates federal rules of evidence 601 and 602.

Neither argument no. (2) nor argument no. (3) above have any merit.

Kimbell Gourley testified that (i) he had personal knowledge of the statements made in the affidavit, (ii) the documents attached to the affidavit were either authored by Kimbell Gourley and sent to the Plaintiff, Mr. Allen, or authored by the Plaintiff, Mr. Allen and sent to ICCU and/or Kimbell Gourley, and (iii) the documents attached to the affidavit as exhibits were true and correct copies of the documents. This testimony establishes the necessary foundation and satisfies the evidentiary requirements imposed by the federal rules of evidence.

As to an alleged violation of Idaho Rule of Professional Conduct 3.7, this rule does not prohibit an attorney from signing affidavits or declarations, especially in relation to pre-trial motions. It is common practice for attorneys to sign affidavit or declarations attaching documents authored or received by the attorney, and recorded or certified documents. The affidavit of Kimbell

Gourley merely attaches documents sent from Plaintiff, Mr. Allen or documents sent to Plaintiff, Mr. Allen.

Nevertheless, it appears the easiest resolution to Plaintiffs' motion to strike is for ICCU to withdraw the unsigned affidavit of Kimbell Gourley and to replace it with a new Second Affidavit of Thomas Butler. Thus, the Second Affidavit of Thomas Butler has been filed contemporaneously herewith.

WHEREFORE, ICCU and Mr. Berrett respectfully request the court deny Plaintiffs' Motion to Strike Affidavit of Kimbell D. Gourley as to (i) the argument that the affidavit violates the Idaho Rule of Professional Conduct 3.7, and (ii) the argument that the affidavit violates federal rules of evidence 601 and 602. ICCU and Mr. Berrett have no objection to the court entering an order deeming the affidavit struck from the evidentiary record based upon it being withdrawn.

DATED this 25th day of July, 2025.

JONES WILLIAMS FUHRMAN GOURLEY, P.A.

  */s/ Kimbell D. Gourley*
KIMBELL D. GOURLEY
Attorneys for Defendants/Counterclaimant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 25th day of July, 2025, a true and correct copy of the foregoing document was filed with the Clerk of the Court using the CM/ECF System.

I certify that the following listed non-registered CM/ECF participants were served a copy of the foregoing by first class mail, postage prepaid, addressed to:

Jason Henry Allen, individually and as
trustee of the Rikur Private Irrevocable
Trust,
2600 East Seltice Way
Post Falls, Idaho 83854


 */s/ Kimbell D. Gourley*
Kimbell D. Gourley

1. I am a member of the firm Jones ♦ Williams ♦ Fuhrman ♦ Gourley, P.A., counsel of record for the Plaintiff, Idaho Central Credit Union, in the above-entitled matter.

2. I make the following statements based upon my own personal knowledge.

3. Attached hereto as Exhibit "A" is a true and correct copy of a Dember 1, 2024, Notice of Tender from the Plaintiff, Mr. Jason Henry Allen ("Mr. Allen");

4. Attached hereto as Exhibit "B" is a true and correct copy of a December 20, 2024, letter to Mr. Allen from me;

5. Attached hereto as Exhibit "C" is a true and correct copy of a January 13, 2025, letter from Mr. Allen;

6. Attached hereto as Exhibit "D" is a true and correct copy of a January 23, 2024, letter to Mr. Allen from me.

7. Attached hereto as Exhibit "E" is a true and correct copy of February 23, 2025, letter from Mr. Allen;

8. Attached hereto as Exhibit "F" is a true and correct copy of a February 25, 2025, Indorsement from Mr. Allen;

9. Attached hereto as Exhibit "G" is a true and correct copy of a March 20, 2025, letter to Mr. Allen from me;

**FURTHER YOUR AFFIANT SAYETH NOT.**

_____
Kimbell D. Gourley

# EXHIBIT A

**AFFIDAVIT OF KIMBELL D. GOURLEY - PAGE 2**

STATE OF IDAHO   )
                 ) ss.
County of Ada    )

SUBSCRIBED AND SWORN to before me this 20th day of May, 2025.

[Notary Seal: AMBER L. THOREN, COMMISSION #20180871, NOTARY PUBLIC, STATE OF IDAHO, MY COMMISSION EXPIRES 09/09/2030]

*Amber L. Thoren*
Notary Public for State of Idaho
Residing at: Gem County

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 20th day of May, 2025, a true and correct copy of the foregoing document was filed with the Clerk of the Court using the CM/ECF System.

I certify that the following listed non-registered CM/ECF participants were served a copy of the foregoing by first class mail, postage prepaid, addressed to:

Jason Henry Allen, individually and as
trustee of the Rikur Private Irrevocable
Trust,
2600 East Seltice Way
Post Falls, Idaho 83854

/s/ Kimbell D. Gourley
Kimbell D. Gourley