# EXHIBIT A

Jason-Henry:Allen Beneficiary
2600 East Seltice Way
#235
Post Falls, Idaho [83854]

Idaho Central Credit Union
Brian M. Barrett, CFO
4400 Central Way
Chubbuck, Idaho 83202

Idaho Central Credit Union
Brian M. Barrett, CFO
200 North 4th Street
Boise, Idaho 83702

## NOTICE  OF  TENDER
### PRIVATE  AND  CONFIDENTIAL

### NOTICE  TO  AGENT  IS  NOTICE  TO  PRINCIPAL.
### NOTICE  TO  PRINCIPAL  IS  NOTICE  TO  AGENT.

December 1, 2024

Re: Toyota Sequoia 2023 VIN 7SVAAABA8PX011784
Idaho Central Credit Union: Account #745384317

To Brian M. Berrett CFO, Et Al

This is a LEGAL NOTICE and not a letter.

Purpose: Since we have not received the clear title as of yet as referenced by the executed contract which is a negotiable security instrument. As this might be foreign to you we wanted to provide exact instructions on how to correctly handle and process the transaction. Utilizing your medallion stamp might also be advised for monetization of said security.

Please reference the received Registered Security related to the above mentioned asset transaction. You have received a perfected, executed, and properly indorsed negotiable instrument (copy attached) to satisfy any outstanding balance with interest and fees on 2023 Toyota Sequoia VIN # 7SVAAABA8PX011784 transacted through your agent George Gee

Cadillac Kia dealer #0047. Also included in this mail package, Beneficiary has enclosed a durable power of attorney, a fiduciary nomination, and a copy of the Negotiable Instrument executed on October 18th 2024. Please also be advised that this instrument is a lawful specie of payment under the Uniform Commercial Code in section 3-104 which must be used to credit / off-set the balance of the above account. The Negotiable Instrument is to be forwarded to your organization's banking partner, who in turn is to securitize the Instrument, deposit the appropriate amount into Treasury Direct Account #: G-509-840-052 (TDA ABA Routing # 051736158), and file Form 56F documenting the trustee action.

If there is any attempt to not fulfill your fiduciary duties, please be aware there is discharge under the Uniform Commercial Code section 3-603(b).

We are fully willing to work together with you and your banking institution to complete this transaction but be aware that any response except full compliance to performance of your fiduciary duties will result in legal action to secure remedy. Please be advised that the payment for the 2023 Toyota Sequoia plus interest has already been made, you are only to complete the process to satisfy and correct the balance. If applicable please submit an affidavit under the penalty of perjury and full commercial liability as to why you or your organization is exempt from any of these duties or the legislation as outlined.

Upon completion of fiduciary duties please provide written confirmation the account balance is zero.

Please send clean and clear title for 2023 Toyota Sequoia VIN # 7SVAAABA8PX011784 to the above mentioned mailing address.

We trust that this is to your satisfaction and that no claims will be made against JASON HENRY ALLEN Principal.

Enclosed in the received Registered Mail Package is the following:

Copy of Executed Securitized Negotiable Instrument
Durable Power of Attorney
Indorsed Payoff Coupon X2
Form 56 X2


Please be aware that we only desire a peaceful and mutually beneficial ongoing relationship.

This notice is being served pursuant to the Fair Debt Collections Practice Act (F.D.C.P.A.) and the Truth in Lending Act as well as other legislation included on the Notice of Acceptance of Presentment.

This transaction is to be executed and completed per Uniform Commercial Code

Article 3: Sections 3101-3406 and UCC 3-501, 502, 603, 409, 410, 411.

Yours without dishonor, ill will, or frivolity. All rights reserved. Non-assumpsit.
Errors and Omissions Excepted

Without prejudice, by:

By: _____

Jason-Henry:Allen
Agent on Behalf of Principal

### AFFIDAVIT OF TRUTH

#### IN THE NATURE OF SUPPLEMENTAL RULES FOR ADMINISTRATIVE AND MARITIME CLAIMS RULES C(6)

Grant of exclusive power of attorney to conduct all
tax, business, and legal affairs of principal person.

# POWER OF ATTORNEY IN FACT

JASON H. ALLEN, JASON HENRY ALLEN, ALLEN, JASON H, or any derivative name thereof, **DEBTOR / principal person / *ens legis* Trust / corporate fiction**, located at 2600 East Seltice Way, Post Falls, Idaho [83854], does hereby appoint Jason-Henry: Allen (also stylized as "First-Middle: Last"), **a Living Soul / Secured Party / Creditor**, as **Agent** with **Power of Attorney in Fact**, located at 47.722820 latitude -116.944980 longitude (non-domestic), to take exclusive charge of, to manage, and to conduct all of the tax, business, and legal affairs and to act in the name and place of the DEBTOR without limitation on the powers necessary to carry out this exclusive purpose of Attorney in Fact as authorized herein:

    **(a)** to take possession of, to hold, and to manage real estate and all other property;
    **(b)** to receive money or property paid or delivered to the DEBTOR from any source;
    **(c)** to deposit funds in, to make withdrawals from, or to sign checks or drafts against any account standing in the name of the DEBTOR individually or jointly in any bank or other depository; to cash coupons, bonds, or certificates of deposits; to endorse checks, notes, or other documents in said legal name; to have access to and to place items in or remove them from any safety deposit box standing in the DEBTOR's name individually or jointly, and to conduct any other bank transactions or business;
    **(d)** to pay the just debts and expenses of the DEBTOR, including reasonable expenses incurred by the Attorney in Fact in exercising this exclusive power of attorney;
    **(e)** to retain any investments and to invest in stocks, bonds, securities, or real estate or other property;
    **(f)** to give general and special proxies or to exercise rights of conversion or rights with respect to shares or securities; to deposit shares or securities with or to transfer them to protective committees or similar bodies; to join any reorganization and pay assessments or subscriptions called for in connection with shares or securities;
    **(g)** to sell, to exchange, to lease, to give options, and to make contracts concerning real estate or other property for such considerations and on such terms as the Attorney in Fact may consider prudent;
    **(h)** to settle boundary lines, easements, and other rights with respect to real estate;
    **(i)** to improve or to develop real estate; to construct, to alter, or to repair building structures and appurtenances or real estate; to settle boundary lines, easements, and other rights with respect to real estate; to plant, to cultivate, to harvest, and to sell or otherwise dispose of crops and timber and to do all things necessary or appropriate for good husbandry;
    **(j)** to provide for the use, maintenance, repair, security, or storage of tangible property in the DEBTOR's legal name above; and
    **(k)** to purchase and maintain such policies of insurance against liability, fire, casualty, or other risks as the Attorney in Fact may consider prudent.

The **Agent / Living Soul / Secured Party / Creditor**, Jason-Henry: Allen, is hereby authorized by law to act for and in control of the **DEBTOR**, JASON HENRY ALLEN (or any derivative name thereof). In addition, through the exclusive power of attorney, the undersigned Attorney in Fact is authorized to contract for all business and legal affairs of the **principal person**, JASON HENRY ALLEN.

The term "exclusive" shall be construed to mean that only the Attorney in Fact may obligate the principal person to these matters while these powers are in force, and the capacity to obligate the DEBTOR with regard to the same is hereby revoked and forfeited by any other party. The grant of this exclusive power is irrevocable during the lifetime of the **Attorney in Fact** until further notice from the undersigned.

Executed and sealed by the voluntary act of my own hand on this ___2___ day of December, 2024.

As this is executed without the UNITED STATES, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.
Without prejudice, U.C.C. § 1-308.

I, the undersigned, exclusive Attorney in Fact, do hereby accept the fiduciary interest of the DEBTOR named herein and will execute the herein-granted powers with due diligence.

By: _____

**Jason-Henry: Allen, Agent,**
**Attorney in Fact with the Autograph**

Using a notary on this document does not constitute any adhesion, nor does it alter my status in any manner. The purpose for notarization is verification and identification only and not for entrance into any foreign jurisdiction.

## JURAT

Kootenai County   )
        ) ss:
Idaho State    )

Before me, the undersigned, _Kimberly Cummings_____, a Notary Public in and for said county and state, personally appeared Jason-Henry: Allen, known to me to be fully competent and of legal age to state the aforementioned, and has acknowledged that he/she has executed the same. Subscribed and affirmed before me this __2__ day of December, 2024.


_Kimberly Cummings_____
Notary Signature

Notary Seal:

```
KIMBERLY CUMMINGS
Notary Public - State of Idaho
Commission Number 47508
My Commission Expires Jun 30, 2030
```

My Commission Expires: _June 30, 2030_

Docusign Envelope ID: 97A16U9b-C5C24BCC-9D59-61FEEEEF6EC



**Auto Loan Payoff Quote**

11/26/2024

JASON H ALLEN

2600 E SELTICE WAY #235

POST FALLS, ID 83854

Account #:  745384317

To Whom It May Concern:

Re:  JASON H ALLEN

2600 E SELTICE WAY

POST FALLS, ID 83854

Payoff on the above referenced loan is subject to change with advances or payments.

   Payoff Amount: $ 85598.37
   Per Diem: $  15.02
   Quoted payoff valid through: 12/16/2024

Please mail payoff to:

   Idaho Central Credit Union
   PO Box 2469
   Pocatello, ID 83206

Please include the loan number and any special instructions for the title release. This payoff supersedes any previous payoff information quoted prior to the date of this letter.

Sincerely,

Cave Guevarra

ICCU Team Member

*For presentation to the United States Treasury, for redemption or in exchange for securities of a new issue, in accordance with written instructions submitted*
*by [signature] without recourse*

PAY TO THE ORDER OF:
IDAHO CENTRAL CREDIT UNION
BY: [signature] /Agent
Agent For: JASON ALLEN
By Accommodation / Principle

EIGHTY FIVE THOUSAND FIVE HUNDRED NINETY EIGHT DOLLARS 37/100



**Auto Loan Payoff Quote**

11/26/2024

JASON H ALLEN

2600 E SELTICE WAY #235

POST FALLS, ID 83854

Account #:  745384317

To Whom It May Concern:

Re:  JASON H ALLEN

2600 E SELTICE WAY

POST FALLS, ID 83854

Payoff on the above referenced loan is subject to change with advances or payments.

Payoff Amount: $ 85598.37
Per Diem: $  15.02
Quoted payoff valid through:  12/16/2024

Please mail payoff to:

Idaho Central Credit Union
PO Box 2469
Pocatello, ID 83206

Please include the loan number and any special instructions for the title release. This payoff supersedes any previous payoff information quoted prior to the date of this letter.

Sincerely,

Cave Guevarra

ICCU Team Member

PAY TO THE ORDER OF:
JASON HENRY ALLEN, REPRESENTED
PERSON
BY: _____ /Agent
Agent For: JASON ALLEN WITHOUT RECOURSE
By Accommodation / Principle

EIGHTY FIVE THOUSAND FIVE HUNDRED NINETY EIGHT DOLLARS 37/100

LAW 553-ID-eps 6/23

## RETAIL INSTALLMENT SALE CONTRACT
## SIMPLE FINANCE CHARGE

DEAL # 56475
CUST # 71483

| Buyer Name and Address (Including County and Zip Code) | Co-Buyer Name and Address (Including County and Zip Code) | Seller-Creditor (Name and Address) |
|---|---|---|
| JASON HENRY ALLEN<br>2600 E SELTICE WAY<br>POST FALLS, ID 83854<br>COUNTY: KOOTENAI<br>Cell: 323-377-5620<br>Email: JASON.ALISTOR@GMAIL.COM | N/A<br><br><br><br>Cell: N/A<br>Email: N/A | GEORGE GEE CADILLAC KIA<br>317 W DALTON AVE<br>COEUR D'ALENE, ID 83815<br><br>208-667-7416 |

You, the Buyer (and Co-Buyer, if any), may buy the vehicle below for cash or on credit. By signing this contract, you choose to buy the vehicle on credit under the agreements in this contract. You agree to pay the Seller - Creditor (sometimes "we" or "us" in this contract) the Amount Financed and Finance Charge in U.S. funds according to the payment schedule below. We will figure your finance charge on a daily basis. The Truth-in-Lending Disclosures below are part of this contract.

| New/Used | Year | Make and Model | Vehicle Identification Number | Primary Use For Which Purchased |
|---|---|---|---|---|
| USED | 2023 | TOYOTA<br>SEQUOIA | 7SVAAABA8PX011784 | Personal, family, or household unless otherwise indicated below<br>☐ business<br>☐ agricultural     ☐ __N/A__ |

### FEDERAL TRUTH-IN-LENDING DISCLOSURES

| ANNUAL PERCENTAGE RATE<br>The cost of your credit as a yearly rate. | FINANCE CHARGE<br>The dollar amount the credit will cost you. | Amount Financed<br>The amount of credit provided to you or on your behalf. | Total of Payments<br>The amount you will have paid after you have made all payments as scheduled. | Total Sale Price<br>The total cost of your purchase on credit, including your down payment of $0.00 is |
|---|---|---|---|---|
| 6.49 % | $ 18058.18 | $ 84700.94 | $ 102759.12 | $ 102759.12 |

(e) means an estimate

**Your Payment Schedule Will Be:**

| Number of Payments | Amount of Payments | When Payments Are Due | |
|---|---|---|---|
| 72 | $ 1427.21 | MONTHLY | beginning 12/02/2024 |
| N/A | $ N/A | N/A | |
| | N/A | | |

Returned Payment Charge: You agree to pay a charge of $ __20.00__ if any check or any electronic payment you give us is dishonored.

**NOTICE: ANY HOLDER OF THIS CONSUMER CREDIT CONTRACT IS SUBJECT TO ALL CLAIMS AND DEFENSES WHICH THE DEBTOR COULD ASSERT AGAINST THE SELLER OF GOODS OR SERVICES OBTAINED PURSUANT HERETO OR WITH THE PROCEEDS HEREOF. RECOVERY HEREUNDER BY THE DEBTOR SHALL NOT EXCEED AMOUNTS PAID BY THE DEBTOR HEREUNDER.**

The preceding NOTICE applies only to goods or services obtained primarily for personal, family or household use. In all other cases, Buyer will not assert against any subsequent holder or assignee of this contract any claims or defenses the Buyer (debtor) may have against the Seller, or against the manufacturer of the vehicle or equipment obtained under this contract.

**Late Charge.** If payment is not received in full within __10__ days after it is due, you will pay a late charge of $ __15.00__ or __5__ % of the part of the payment that is late, whichever is __greater__ .

**Prepayment.** If you pay early, you will not have to pay a penalty.

**Security Interest.** You are giving a security interest in the vehicle being purchased.

**Additional Information:** See this contract for more information including information about nonpayment, default, any required repayment in full before the scheduled date and security interest.

**Used Car Buyers Guide.** The information you see on the window form for this vehicle is part of this contract. Information on the window form overrides any contrary provisions in the contract of sale.

**Spanish Translation:** Guía para compradores de vehículos usados. La información que ve en el formulario de la ventanilla para este vehículo forma parte del presente contrato. La información del formulario de la ventanilla deja sin efecto toda disposición en contrario contenida en el contrato de venta.

☐ **VENDOR'S SINGLE INTEREST INSURANCE (VSI Insurance):** If the preceding box is checked, the Creditor requires VSI insurance for the initial term of the contract to protect the Creditor for loss or damage to the vehicle (collision, fire, theft, concealment, skip). VSI insurance is for the Creditor's sole protection. This insurance does not protect your interest in the vehicle. You may choose the insurance company through which the VSI insurance is obtained. If you elect to purchase VSI insurance through the Creditor, the cost of this insurance is $_____ and is also shown in item 4B of the Itemization of Amount Financed. The coverage is for the initial term of the contract.

104657*1*GGC-FI

10/18/2024  07:00 pm

Buyer Signs X _____ Co-Buyer Signs X __N/A__

LAW 553-ID-eps 6/23 v1   Page 1 of 4

## ITEMIZATION OF AMOUNT FINANCED

1 Cash Price (including $ ___4493.94___ sales tax) $ ___79392.94___ (1)

2 Total Downpayment =

Trade-in ___N/A___
(Year)      (Make)            (Model)

| | |
|---|---|
| Gross Trade-In Allowance | $ ___N/A___ |
| Less Pay Off Made By Seller to ___N/A___ | $ ___N/A___ |
| Equals Net Trade In | $ ___N/A___ |
| + Cash | $ ___N/A___ |
| + Other ___N/A___ | $ ___N/A___ |
| + Other ___N/A___ | $ ___N/A___ |
| + Other ___N/A___ | $ ___N/A`___ |

(If total downpayment is negative, enter "0" and see 4J below) $ ___0.00___ (2)

3 Unpaid Balance of Cash Price (1 minus 2) $ ___79392.94___ (3)

4 Other Charges Including Amounts Paid to Others on Your Behalf

(Seller may keep part of these amounts):

A Cost of Optional Credit Insurance Paid to Insurance Company or Companies.
   Life                                   $ ___N/A___
   Disability                             $ ___N/A___     $ ___N/A___

B Vendor's Single Interest Insurance Paid to Insurance Company     $ ___N/A___

C Other Optional Insurance Paid to Insurance Company or Companies  $ ___N/A___

D Optional Gap Contract                                            $ ___895.00___

E Official Fees Paid to Government Agencies                        $ ___N/A___

F Government Taxes Not Included in Cash Price                      $ ___N/A___

G Government License and/or Registration Fees
   ___N/A___
   ___N/A___                                                       $ ___N/A___

H Government Certificate of Title Fees                             $ ___19.00___

I Optional Service Contract** Paid to
   PROSIDIUM VSC                                                   $ ___3995.00___

J Other Charges (Seller must identify who is paid and describe purpose)

| | | |
|---|---|---|
| to | for Prior Credit or Lease Balance | $ ___N/A___ |
| to **GEORGE GEE CADILLAC KIA DOCUMENTATION FEE** | | $ ___399.00___ |
| to N/A | for N/A | $ ___N/A___ |
| to N/A | for N/A | $ ___N/A___ |
| to N/A | for N/A | $ ___N/A___ |
| to N/A | for N/A | $ ___N/A___ |
| to N/A | for N/A | $ ___N/A___ |
| to N/A | for N/A | $ ___N/A___ |
| to N/A | for N/A | $ ___N/A___ |
| to N/A | for N/A | $ ___N/A___ |

Total Other Charges and Amounts Paid to Others on Your Behalf $ ___5308.00___ (4)

5 Amount Financed (3 + 4) $ ___84700.94___ (5)

**Purchase of an optional Service Contract is not required either to purchase or to obtain financing for the Vehicle.

---

**OPTION:** ☐ You pay no finance charge if the Amount Financed, item 5, is paid in full on or before
___N/A___ , Year ___N/A___ . SELLER'S INITIALS ___N/A___

---

**OPTIONAL GAP CONTRACT.** A gap contract (debt cancellation contract) is not required to obtain credit and will not be provided unless you sign below and agree to pay the extra charge. If you choose to buy a gap contract, the charge is shown in Item 4D of the Itemization of Amount Financed. See your gap contract for details on the terms and conditions it provides. It is a part of this contract.

Term ___72___ Mos.    **PROSIDIUM GAP**
                                        Name of Gap Contract
I want to buy a gap contract.
Buyer Signs X *By Gina Thomas DU WITHOUT RECOURSE*
*PAY TO THE ORDER JASON HENRY ALLEN*
*12 UCC 1/11*

104657*1*GGC-FI

Buyer Signs X *By [signature]*   Co-Buyer Signs X ___N/A___

---

Insurance. You may buy the physical damage insurance this contract requires from anyone you choose who is acceptable to us. You may also provide the physical damage insurance through an existing policy owned or controlled by you that is acceptable to us. You are not required to buy any other insurance to obtain credit unless the box indicating Vendor's Single Interest Insurance is required is checked on page 1.

If any insurance is checked below, policies or certificates from the named insurance companies will describe the terms and conditions.

### Check the insurance you want and sign below:
### Optional Credit Insurance

☐ Credit Life:  ☐ Buyer  ☐ Co-Buyer  ☐ Both
☐ Credit Disability:  ☐ Buyer  ☐ Co-Buyer  ☐ Both
Premium:
   Credit Life $ ___N/A___
   Credit Disability $ ___N/A___
Insurance Company Name ___N/A___
                        ___N/A___
Home Office Address ___N/A___
                    ___N/A___

Credit life insurance and credit disability insurance are not required to obtain credit. Your decision to buy or not to buy credit life insurance and credit disability insurance will not be a factor in the credit approval process. They will not be provided unless you sign and agree to pay the extra cost. If you choose this insurance, the cost is shown in item 4A of the Itemization of Amount Financed. Credit life insurance is based on your original payment schedule. This insurance may not pay all you owe on this contract if you make late payments. Credit disability insurance does not cover any increase in your payment or in the number of payments. Coverage for credit life insurance and credit disability insurance ends on the original due date for the last payment unless a different term for the insurance is shown below.

### Other Optional Insurance

☒ ___VEH. SERV. CONT.___   ___MOS.___
   Type of Insurance           Term
Premium $ ___3995.00___
Insurance Company Name ___N/A___
___N/A___
Home Office Address ___N/A___
___N/A___

☐ ___N/A___              ___N/A___
   Type of Insurance           Term
Premium $ ___N/A___
Insurance Company Name ___N/A___
___N/A___
Home Office Address ___N/A___
___N/A___

Other optional insurance is not required to obtain credit. Your decision to buy or not buy other optional insurance will not be a factor in the credit approval process. It will not be provided unless you sign and agree to pay the extra cost.

I want the insurance checked above.

X *[signature]*                        ___10/18/2024___
Buyer Signature                              Date
X ___N/A___                             ___10/18/2024___
Co-Buyer Signature                           Date

**THIS INSURANCE DOES NOT INCLUDE INSURANCE ON YOUR LIABILITY FOR BODILY INJURY OR PROPERTY DAMAGE CAUSED TO OTHERS. WITHOUT SUCH INSURANCE YOU MAY NOT OPERATE THIS VEHICLE ON PUBLIC HIGHWAYS.**

## 1. FINANCE CHARGE AND PAYMENTS

**a.** **How we will figure Finance Charge.** We will figure the Finance Charge on a daily basis at the Annual Percentage Rate on the unpaid part of the Amount Financed.

**b.** **How we will apply payments.** We may apply each payment to the earned and unpaid part of the Finance Charge, to the unpaid part of the Amount Financed and to other amounts you owe under this contract in any order we choose as the law allows.

**c.** **How late payments or early payments change what you must pay.** We based the Finance Charge, Total of Payments, and Total Sale Price shown on page 1 of this contract on the assumption that you will make every payment on the day it is due. Your Finance Charge, Total of Payments, and Total Sale Price will be more if you pay late and less if you pay early. Changes may take the form of a larger or smaller final payment or, at our option, more or fewer payments of the same amount as your scheduled payment with a smaller final payment. We will send you a notice telling you about these changes before the final scheduled payment is due.

**d.** **You may prepay.** You may prepay all or part of the unpaid part of the Amount Financed at any time without penalty. If you do so, you must pay the earned and unpaid part of the Finance Charge and all other amounts due up to the date of your payment.

**e.** **Your right to refinance a balloon payment.** A balloon payment is a scheduled payment that is more than twice as large as the average of your earlier scheduled payments. If you are buying the vehicle primarily for personal, family, or household use, you have the right to refinance the balloon payment when due without penalty. The terms of the refinancing will be no less favorable to you than the terms of this contract. This provision does not apply if we adjusted your payment schedule to your seasonal or irregular income.

## 2. YOUR OTHER PROMISES TO US

**a.** **If the vehicle is damaged, destroyed, or missing.** You agree to pay us all you owe under this contract even if the vehicle is damaged, destroyed, or missing.

**b.** **Using the vehicle.** You agree not to remove the vehicle from the U.S. or Canada, or to sell, rent, lease, or transfer any interest in the vehicle or this contract without our written permission. You agree not to expose the vehicle to misuse, seizure, confiscation, or involuntary transfer. If we pay any repair bills, storage bills, taxes, fines, or charges on the vehicle, you agree to repay the amount when we ask for it.

**c.** **Security Interest.**
You give us a security interest in:
- The vehicle and all parts or goods put on it;
- All money or goods received (proceeds) for the vehicle;
- All insurance, maintenance, service or other contracts we finance for you; and
- All proceeds from insurance, maintenance, service or other contracts we finance for you. This includes any refunds of premiums or charges from the contracts.

This secures payment of all you owe on this contract. It also secures your other agreements in this contract. You will make sure the title shows our security interest (lien) in the vehicle. You will not allow any other security interest to be placed on the title without our written permission.

**d.** **Insurance you must have on the vehicle.** You agree to have physical damage insurance covering loss of or damage to the vehicle for the term of this contract. The insurance must cover our interest in the vehicle. You agree to name us on your insurance policy as loss payee. If you do not have this insurance, we may, if we choose, buy physical damage insurance. If we decide to buy physical damage insurance, we may either buy insurance that covers your interest and our interest in the vehicle, or buy insurance that covers only our interest. If we buy either type of insurance, we will tell you which type and the charge you must pay. The charge will be the premium for the insurance and a finance charge computed at the Annual Percentage Rate shown on page 1 of this contract, or, at our option, the highest rate the law permits.

If the vehicle is lost or damaged, you agree that we may use any insurance settlement to reduce what you owe or repair the vehicle.

**e.** **What happens to returned insurance, maintenance, service, or other contract charges.** If we obtain a refund of insurance, maintenance, service, or other contract charges, you agree that we may subtract the refund from what you owe.

## 3. IF YOU PAY LATE OR BREAK YOUR OTHER PROMISES

**a.** **You may owe late charges.** You will pay a late charge on each late payment as shown on page 1 of this contract. Acceptance of a late payment or late charge does not excuse your late payment or mean that you may keep making late payments.

If you pay late, we may also take the steps described below.

**b.** **You may have to pay all you owe at once.** If you break your promises (default), we may demand that you pay all that you owe on this contract at once. Default means:
- You do not pay any payment on time; or
- You give false, incomplete, or misleading information during credit application, you start a proceeding in bankruptcy or one is started against you or your property, or you break any agreements in this contract, except that if you bought the vehicle primarily for personal, family, or household purposes, we will only treat these events as defaults if they significantly impair the prospect of payment, performance, or realization of the collateral.

The amount you will owe will be the unpaid part of the Amount Financed plus the earned and unpaid part of the Finance Charge, any late charges, and any amounts due because you defaulted.

**c.** **You may have to pay collection costs.** If we hire an attorney who is not our salaried employee to collect what you owe, you will pay the attorney's reasonable fee and court costs, as the law allows. You will also pay any reasonable collection costs we incur to enforce our security interest, as the law allows.

**d.** **We may take the vehicle from you.** If you default, we may take (repossess) the vehicle from you if we do so peacefully and the law allows it. If your vehicle has an electronic tracking device (such as GPS), you agree that we may use the device to find the vehicle. If we take the vehicle, any accessories, equipment, and replacement parts will stay with the vehicle. If any personal items are in the vehicle, we may store them for you. If you do not ask for these items back, we may dispose of them as the law allows.

**e.** **How you can get the vehicle back if we take it.** If we repossess the vehicle, you may pay to get it back (redeem). We will tell you how much to pay to redeem. Your right to redeem ends when we sell the vehicle.

Buyer Signs X _N/A_     Co-Buyer Signs X _N/A_     104657*1*GGC-FI     10/18/2024  06:58 pm

f. We will sell the vehicle if you do not get it back. If you do not redeem, we will sell the vehicle will send you written notice of sale before selling the vehicle.

We will apply the money from the sale, less allowed expenses, to the amount you owe. Allowed expenses are expenses we pay as a direct result of taking the vehicle, holding it, preparing it for sale, and selling it. Attorney fees and court costs the law permits are also allowed expenses. If any money is left (surplus), we will pay it to you unless the law requires us to pay it to someone else. If money from the sale is not enough to pay the amount you owe, you must pay the rest to us unless the law provides otherwise. If you do not pay this amount when we ask, we may charge you interest at a rate not exceeding the highest lawful rate until you pay.

g. **What we may do about optional insurance, maintenance, service, or other contracts.** This contract may contain charges for optional insurance, maintenance, service, or other contracts. If we demand that you pay all you owe at once or we repossess the vehicle, you agree that we may claim benefits under these contracts and cancel them to obtain refunds of unearned charges to reduce what you owe or repair the vehicle. If the vehicle is a total loss because it is confiscated, damaged, or stolen, we may claim benefits under these contracts and cancel them to obtain refunds of unearned charges to reduce what you owe.

## 4. WARRANTIES SELLER DISCLAIMS

Unless the Seller makes a written warranty, or enters into a service contract within 90 days from the date of this contract, the Seller makes no warranties, express or implied, on the vehicle, and there will be no implied warranties of merchantability or of fitness for a particular purpose.

This provision does not affect any warranties covering the vehicle that the vehicle manufacturer may provide.

## 5. SERVICING AND COLLECTION CONTACTS

In consideration of our extension of credit to you, you agree to provide us your contact information for our servicing and collection purposes. You agree that we may use this information to contact you in writing, by e-mail, or using prerecorded/artificial voice messages, text messages, and automatic telephone dialing systems, as the law allows. You also agree that we may try to contact you in these and other ways at any address or telephone number you provide us, even if the telephone number is a cell phone number or the contact results in a charge to you. You agree to allow our agents and service providers to contact you as agreed above.

You agree that you will, within a reasonable time, notify us of any change in your contact information.

## 6. APPLICABLE LAW

Federal law and the law of the state of Idaho apply to this contract.

## 7. NEGATIVE CREDIT REPORT NOTICE

We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

---

*The Annual Percentage Rate may be negotiable with the Seller. The Seller may assign this contract and retain its right to receive a part of the Finance Charge.*

---

**HOW THIS CONTRACT CAN BE CHANGED.** This contract contains the entire agreement between you and us relating to this contract. Any change to this contract must be in writing and we must sign it. No oral changes are binding. Buyer Signs X _____ Co-Buyer Signs X _____ N/A _____
If any part of this contract is not valid, all other parts stay valid. You may delay or refrain from enforcing any of our rights under this contract without losing them. For example, we may extend the time for making some payments without extending the time for making others.
See the rest of this contract for other important agreements.

**NOTICE TO RETAIL BUYER: Do not sign this contract in blank. You are entitled to a copy of the contract at the time you sign. Keep it to protect your legal rights.**

You agree to the terms of this contract. You confirm that before you signed this contract, we gave it to you, and you were free to take it and review it. You confirm that you received a completely filled-in copy when you signed it.

Buyer Signs X _____ Date 10/18/2024   Co-Buyer Signs X _____ N/A _____   Date _____ N/A
Buyer Printed Name JASON HENRY ALLEN _____   Co-Buyer Printed Name N/A
If the "business" use box is checked in "Primary Use for Which Purchased": Print Name N/A _____ Title N/A

Co-Buyers and Other Owners — A co-buyer is a person who is responsible for paying the entire debt. An other owner is a person whose name is on the title to the vehicle but does not have to pay the debt. The other owner agrees to the security interest in the vehicle given to us in this contract.
Other owner signs here X N/A _____ Address N/A
Seller signs GEORGE GEE CADILLAC KIA _____ Date 10/18/2024 By X _____ Title F&I MGR

Seller assigns its interest in this contract to POTLATCH #1 FINANCIAL CREDIT UNION   (Assignee) under the terms of Seller's agreement(s) with Assignee.
☐ Assigned with recourse          ☒ Assigned without recourse          ☐ Assigned with limited recourse
Seller GEORGE GEE CADILLAC KIA
By X _____ Title F&I MGR

**LAW** FORM NO. 553-ID-eps (REV. 6/23)
©2023 The Reynolds and Reynolds Company
THERE ARE NO WARRANTIES, EXPRESS OR IMPLIED, AS TO CONTENT OR FITNESS FOR PURPOSE OF THIS FORM. CONSULT YOUR OWN LEGAL COUNSEL.

104657*1*GGC-FI

10/18/2024  06:58 pm
LAW 553-ID-eps 6/23 v1   Page 4 of 4

**Form 56**
(Rev. November 2022)
Department of the Treasury
Internal Revenue Service

# Notice Concerning Fiduciary Relationship

(Internal Revenue Code Sections 6036 and 6903)

Go to *www.irs.gov/Form56* for instructions and the latest information.

OMB No. 1545-0013

**Part I    Identification**

| Name of person for whom you are acting (as shown on the tax return) | Identifying number | Decedent's social security no. |
|---|---|---|
| **JASON HENRY ALLEN** | **617170683** | |

Address of person for whom you are acting (number, street, and room or suite no.)

**2600 East Seltice Way # 235**

City or town, state, and ZIP code (if a foreign address, see instructions.)

**POST FALLS, IDAHO 83854**

Fiduciary's name

**Brian M Barrett**

Address of fiduciary (number, street, and room or suite no.)

**4400 CENTRAL WAY**

| City or town, state, and ZIP code | Telephone number (optional) |
|---|---|
| **CHUBBUCK, IDAHO 83202** | **( 208 )    241-7725** |

**Section A.  Authority**

**1**  Authority for fiduciary relationship. Check applicable box:
**a**  ☐ Court appointment of testate estate (valid will exists)
**b**  ☐ Court appointment of intestate estate (no valid will exists)
**c**  ☐ Court appointment as guardian or conservator
**d**  ☐ Fiduciary of intestate estate
**e**  ☐ Valid trust instrument and amendments
**f**  ☐ Bankruptcy or assignment for the benefit of creditors
**g**  ☑ Other. Describe:  Treasury Direct Account #: G-509-840-052
**2a**  If box 1a, 1b, or 1d is checked, enter the date of death: _____
**b**  If box 1c, 1e, 1f, or 1g is checked, enter the date of appointment, taking office, or assignment or transfer of assets:  **October 18th 2024**

**Section B.  Nature of Liability and Tax Notices**

**3**  Type of taxes (check all that apply):  ☐ Income    ☐ Gift    ☐ Estate    ☐ Generation-skipping transfer    ☐ Employment
    ☐ Excise    ☐ Other (describe): _____
**4**  Federal tax form number (check all that apply):  **a** ☐ 706 series    **b** ☐ 709    **c** ☐ 940    **d** ☐ 941, 943, 944
    **e** ☐ 1040 or 1040-SR    **f** ☐ 1041    **g** ☐ 1120    **h** ☐ Other (list): _____
**5**  If your authority as a fiduciary does not cover all years or tax periods, check here  .  .  .  .  .  .  .  .  .  .  .  .  ☐
    and list the specific years or periods within your authority: _____

For Paperwork Reduction Act and Privacy Act Notice, see separate instructions.          Cat. No. 16375I          Form **56** (Rev. 11-2022)

Form 56 (Rev. 11-2022)                                                                                                    Page **2**

| Part II | Revocation or Termination of Notice |
|---|---|

### Section A—Total Revocation or Termination

**6**    Check this box if you are revoking or terminating all prior notices concerning fiduciary relationships on file with the Internal
Revenue Service for the same tax matters and years or periods covered by this notice concerning fiduciary relationship   .   .   ☐
Reason for termination of fiduciary relationship. Check applicable box:

**a**   ☐ Court order revoking fiduciary authority

**b**   ☐ Certificate of dissolution or termination of a business entity

**c**   ☐ Other. Describe: _____

_____

### Section B—Partial Revocation

**7a**   Check this box if you are revoking earlier notices concerning fiduciary relationships on file with the Internal Revenue Service
for the same tax matters and years or periods covered by this notice concerning fiduciary relationship   .   .   .   .   .   .   ☐

**b**   Specify to whom granted, date, and address, including ZIP code.

_____

_____

### Section C—Substitute Fiduciary

**8**    Check this box if a new fiduciary or fiduciaries have been or will be substituted for the revoking or terminating fiduciary and
specify the name(s) and address(es), including ZIP code(s), of the new fiduciary(ies)   .   .   .   .   .   .   .   .   .   .   ☐

_____

_____

| Part III | Court and Administrative Proceedings |
|---|---|

| Name of court (if other than a court proceeding, identify the type of proceeding and name of agency) | Date proceeding initiated | | | |
|---|---|---|---|---|
| Address of court | Docket number of proceeding | | | |
| City or town, state, and ZIP code | Date | Time | ☐ a.m. ☐ p.m. | Place of other proceedings |

| Part IV | Signature |
|---|---|

**Please Sign Here**

Under penalties of perjury, I declare that I have examined this document, including any accompanying statements, and to the best of my
knowledge and belief, it is true, correct, and complete.

| Fiduciary's signature | Title, if applicable | Date |
|---|---|---|

Form **56**
(Rev. November 2022)
Department of the Treasury
Internal Revenue Service

## Notice Concerning Fiduciary Relationship
(Internal Revenue Code Sections 6036 and 6903)
Go to *www.irs.gov/Form56* for instructions and the latest information.

OMB No. 1545-0013

| Part I | Identification |
| --- | --- |

| Name of person for whom you are acting (as shown on the tax return) | Identifying number | Decedent's social security no. |
| --- | --- | --- |
| JASON HENRY ALLEN | 617170683 | |

Address of person for whom you are acting (number, street, and room or suite no.)
**2600 East Seltice Way # 235**

City or town, state, and ZIP code (if a foreign address, see instructions.)
**POST FALLS, IDAHO 83854**

Fiduciary's name
**Brian M Barrett**

Address of fiduciary (number, street, and room or suite no.)
**4400 CENTRAL WAY**

| City or town, state, and ZIP code | Telephone number (optional) |
| --- | --- |
| CHUBBUCK, IDAHO 83202 | ( 208 )    241-7725 |

### Section A.  Authority

**1** Authority for fiduciary relationship. Check applicable box:
- **a** ☐ Court appointment of testate estate (valid will exists)
- **b** ☐ Court appointment of intestate estate (no valid will exists)
- **c** ☐ Court appointment as guardian or conservator
- **d** ☐ Fiduciary of intestate estate
- **e** ☐ Valid trust instrument and amendments
- **f** ☐ Bankruptcy or assignment for the benefit of creditors
- **g** ☑ Other. Describe:  All transactions related to account number 745384317 and 2023 Toyota Sequoia VIN 7SVAAABA8PX011784
**2a** If box 1a, 1b, or 1d is checked, enter the date of death: _____
  **b** If box 1c, 1e, 1f, or 1g is checked, enter the date of appointment, taking office, or assignment or transfer of assets: October 18th 2024

### Section B.  Nature of Liability and Tax Notices

**3** Type of taxes (check all that apply): ☐ Income    ☐ Gift    ☐ Estate    ☐ Generation-skipping transfer    ☐ Employment
  ☐ Excise    ☐ Other (describe): _____
**4** Federal tax form number (check all that apply):  **a** ☐ 706 series    **b** ☐ 709    **c** ☐ 940    **d** ☐ 941, 943, 944
  **e** ☐ 1040 or 1040-SR    **f** ☐ 1041    **g** ☐ 1120    **h** ☐ Other (list): _____
**5** If your authority as a fiduciary does not cover all years or tax periods, check here . . . . . . . . . . . . . ☐
  and list the specific years or periods within your authority: _____

For Paperwork Reduction Act and Privacy Act Notice, see separate instructions.    Cat. No. 16375I    Form **56** (Rev. 11-2022)

Form 56 (Rev. 11-2022)                                                                                                   Page **2**

## Part II    Revocation or Termination of Notice

### Section A—Total Revocation or Termination

**6**    Check this box if you are revoking or terminating all prior notices concerning fiduciary relationships on file with the Internal Revenue Service for the same tax matters and years or periods covered by this notice concerning fiduciary relationship . . ☐

Reason for termination of fiduciary relationship. Check applicable box:

**a**   ☐ Court order revoking fiduciary authority

**b**   ☐ Certificate of dissolution or termination of a business entity

**c**   ☐ Other. Describe: _____

### Section B—Partial Revocation

**7a** Check this box if you are revoking earlier notices concerning fiduciary relationships on file with the Internal Revenue Service for the same tax matters and years or periods covered by this notice concerning fiduciary relationship . . . . . . . ☐

**b**   Specify to whom granted, date, and address, including ZIP code.

### Section C—Substitute Fiduciary

**8**    Check this box if a new fiduciary or fiduciaries have been or will be substituted for the revoking or terminating fiduciary and specify the name(s) and address(es), including ZIP code(s), of the new fiduciary(ies) . . . . . . . . . . . . ☐

## Part III    Court and Administrative Proceedings

| Name of court (if other than a court proceeding, identify the type of proceeding and name of agency) | | Date proceeding initiated | |
|---|---|---|---|
| Address of court | | Docket number of proceeding | |
| City or town, state, and ZIP code | Date | Time    ☐ a.m.   ☐ p.m. | Place of other proceedings |

## Part IV    Signature

**Please Sign Here**    Under penalties of perjury, I declare that I have examined this document, including any accompanying statements, and to the best of my knowledge and belief, it is true, correct, and complete.

| Fiduciary's signature | Title, if applicable | Date |
|---|---|---|

Form **56** (Rev. 11-2022)