# EXHIBIT B

# JONES ◆ WILLIAMS ◆ FUHRMAN ◆ GOURLEY, P.A.
### A T T O R N E Y S   A T   L A W

*Kimbell D. Gourley*

December 20, 2024

**Via Certified and Regular Mail**

Jason Henry Allen
2600 East Seltice Way
Post Falls, Idaho 83854
Jason.alistor@gmail.com

> Re:  *Idaho Central Credit Union*
> *Demand on Loan - Account No. 745384317*
> *2023 Toyota Sequoia*

Dear Mr. Allen:

This law firm represents the legal affairs of Idaho Central Credit Union ("ICCU"), whose address is P.O. Box 2469, Pocatello, Idaho 83206, with reference to that certain Retail Installment Sale Contract dated October 18, 2024, executed by you, as borrower, in favor of George Gee Cadillac KIA, as seller, which loan was thereafter assigned to ICCU, account no. 745384317 (the "Loan").

You have made many statements and accusations in your December 1, 2024 "Notice of Tender".   In order not to be a catalyst for a series of position letters, emails, and/or other communications, we will just respectfully agree to disagree with your recitations of the facts, alleged applicable law, and alleged duties.  We strongly recommend you consult with your attorney and have your attorney contact me at his or her convenience.

In order to avoid confusion and/or misunderstandings, ICCU rejects and disputes your allegations of what you allege is the legal effect of your Notice of Tender.  We believe if you consult with an attorney, your attorney will be able to advise you as to what laws are and are not applicable to ICCU.

You are in default under the Loan for failure to make the December 2, 2024 monthly installment payment in the sum of $1,427.21.

**THEREFORE, DEMAND IS NOW MADE** upon you to pay to ICCU within ten (10) days from the date of this letter the sum of $1,427.21. If this sum is not received by ICCU within ten (10) days from the date of this letter, ICCU will proceed forward with all rights and remedies allowed at law.

December 20, 2024
Page 2

Furthermore, we feel that it is only fair to advise you that Idaho law and the Loan provide for the collection of all attorney's fees and costs if further proceedings are necessary.

Federal law may give you thirty (30) days after you receive this letter to dispute the validity of the debt or any part of it. If you don't dispute it within that period, I'll assume that it is valid. If you do dispute it by notifying this firm in writing to that effect, I will, as required by law, obtain verification of the debt and mail to you proof of the debt. And if, within the same period, you request in writing the name and address of your original creditor, if the original creditor is different from ICCU, I will furnish you with that information too.

The law does not require ICCU or me to wait until the end of the thirty-day (30) period before taking action upon you to collect this debt. If, however you request proof of the debt or the name and address of the original creditor within the thirty-day (30) period that begins with your receipt of this letter, the law requires me to suspend my efforts (through litigation or otherwise) to collect the debt until I mail the requested information to you. In order to avoid any unnecessary delays, I have enclosed a copy of the Loan for your easy reference.

ICCU does not wish to burden you with the additional expense and complication of collection proceedings. We, therefore, urge you to contact this office at your very earliest opportunity so that arrangements may be made for the payment of the money demanded herein.

We have sent this demand by certified mail and regular post to ensure your receipt of it. Please feel free to call me at (208) 331-1170 if you have any questions about any of the matters set forth in this letter. We further request that you direct all future communications to me that relates to ICCU. Please feel free to contact me if you have any questions.

Sincerely,


 /s/Kimbell D. Gourley
Kimbell D. Gourley


KDG/at
Cc: Tommy Butler, ICCU

## LAW 553-ID-eps 6/23

### RETAIL INSTALLMENT SALE CONTRACT
### SIMPLE FINANCE CHARGE

DEAL # 56475
CUST # 71483

| Buyer Name and Address (Including County and Zip Code) | Co-Buyer Name and Address (Including County and Zip Code) | Seller-Creditor (Name and Address) |
|---|---|---|
| JASON HENRY ALLEN<br>2600 E SELTICE WAY<br>POST FALLS, ID 83854<br>COUNTY: KOOTENAI<br>Cell: 323-377-5620<br>Email: JASON.ALISTOR@GMAIL.COM | N/A<br><br>Cell: N/A<br>Email: N/A | GEORGE GEE CADILLAC KIA<br>317 W DALTON AVE<br>COEUR D'ALENE, ID 83815<br>208-667-7416 |

You, the Buyer (and Co-Buyer, if any), may buy the vehicle below for cash or on credit. By signing this contract, you choose to buy the vehicle on credit under the agreements in this contract. You agree to pay the Seller - Creditor (sometimes "we" or "us" in this contract) the Amount Financed and Finance Charge in U.S. funds according to the payment schedule below. We will figure your finance charge on a daily basis. The Truth-In-Lending Disclosures below are part of this contract.

| New/Used | Year | Make and Model | Vehicle Identification Number | Primary Use For Which Purchased |
|---|---|---|---|---|
| USED | 2023 | TOYOTA<br>SEQUOIA | 7SVAAABA8PX011784 | Personal, family, or household unless otherwise indicated below<br>☐ business<br>☐ agricultural   ☐   N/A |

### FEDERAL TRUTH-IN-LENDING DISCLOSURES

| ANNUAL PERCENTAGE RATE<br>The cost of your credit as a yearly rate. | FINANCE CHARGE<br>The dollar amount the credit will cost you. | Amount Financed<br>The amount of credit provided to you or on your behalf. | Total of Payments<br>The amount you will have paid after you have made all payments as scheduled. | Total Sale Price<br>The total cost of your purchase on credit, including your down payment of $ 0.00 is |
|---|---|---|---|---|
| 6.49 % | $ 18058.18 | $ 84700.94 | $ 102759.12 | $ 102759.12 |

**Your Payment Schedule Will Be:** (e) means an estimate

| Number of Payments | Amount of Payments | When Payments Are Due |
|---|---|---|
| 72 | $ 1427.21 | MONTHLY   beginning   12/02/2024 |
| N/A | $ N/A | N/A |
| | N/A | |

**Late Charge.** If payment is not received in full within ___10___ days after it is due, you will pay a late charge of $ __15.00__ or __5__ % of the part of the payment that is late, whichever is ___greater___.

**Prepayment.** If you pay early, you will not have to pay a penalty.

**Security Interest.** You are giving a security interest in the vehicle being purchased.

**Additional Information:** See this contract for more information including information about nonpayment, default, any required repayment in full before the scheduled date and security interest.

**Returned Payment Charge:** You agree to pay a charge of $ ___20.00___ if any check or any electronic payment you give us is dishonored.

**NOTICE: ANY HOLDER OF THIS CONSUMER CREDIT CONTRACT IS SUBJECT TO ALL CLAIMS AND DEFENSES WHICH THE DEBTOR COULD ASSERT AGAINST THE SELLER OF GOODS OR SERVICES OBTAINED PURSUANT HERETO OR WITH THE PROCEEDS HEREOF. RECOVERY HEREUNDER BY THE DEBTOR SHALL NOT EXCEED AMOUNTS PAID BY THE DEBTOR HEREUNDER.**

The preceding NOTICE applies only to goods or services obtained primarily for personal, family or household use. In all other cases, Buyer will not assert against any subsequent holder or assignee of this contract any claims or defenses the Buyer, or against the manufacturer of the vehicle or equipment obtained under this contract.

**Used Car Buyers Guide. The information you see on the window form for this vehicle is part of this contract. Information on the window form overrides any contrary provisions in the contract of sale.**

**Spanish Translation: Guía para compradores de vehículos usados. La información que ve en el formulario de la ventanilla para este vehículo forma parte del presente contrato. La información del formulario de la ventanilla deja sin efecto toda disposición en contrario contenida en el contrato de venta.**

☐ **VENDOR'S SINGLE INTEREST INSURANCE (VSI insurance):** If the preceding box is checked, the Creditor requires VSI insurance for the initial term of the contract to protect the Creditor for loss or damage to the vehicle (collision, fire, theft, concealment, skip). VSI insurance is for the Creditor's sole protection. This insurance does not protect your interest in the vehicle. **You may choose the insurance company through which the VSI insurance is obtained.** If you elect to purchase VSI insurance through the Creditor, **the cost of this insurance is $_____** and is also shown in Item 4B of the Itemization of Amount Financed. The coverage is for the initial term of the contract.

104657*1*GGC-FI

10/18/2024   07:00 pm

Buyer Signs X _____   Co-Buyer Signs X ___N/A___

**ITEMIZATION OF AMOUNT FINANCED**

1  Cash Price (including $ ___4493.94___ sales tax) $ ___79392.94___ (1)

2  Total Downpayment =

Trade-in ___N/A___
(Year)        (Make)        (Model)

Gross Trade-In Allowance $ ___N/A___
Less Pay Off Made By Seller to ___N/A___ $ ___N/A___
Equals Net Trade In $ ___N/A___
+ Cash $ ___N/A___
+ Other ___N/A___ $ ___N/A___
+ Other ___N/A___ $ ___N/A___
+ Other ___N/A___ $ ___N/A___
(If total downpayment is negative, enter "0" and see 4J below) $ ___0.00___ (2)

3  Unpaid Balance of Cash Price (1 minus 2) $ ___79392.94___ (3)

4  Other Charges Including Amounts Paid to Others on Your Behalf
(Seller may keep part of these amounts):

A  Cost of Optional Credit Insurance Paid to Insurance Company or Companies.
Life $ ___N/A___
Disability $ ___N/A___ $ ___N/A___

B  Vendor's Single Interest Insurance Paid to Insurance Company $ ___N/A___
C  Other Optional Insurance Paid to Insurance Company or Companies $ ___N/A___
D  Optional Gap Contract $ ___895.00___
E  Official Fees Paid to Government Agencies $ ___N/A___
F  Government Taxes Not Included in Cash Price $ ___N/A___
G  Government License and/or Registration Fees
___N/A___
___N/A___ $ ___N/A___
H  Government Certificate of Title Fees $ ___19.00___
I  Optional Service Contract** Paid to
**PROSIDIUM VSC** $ ___3995.00___
J  Other Charges (Seller must identify who is paid and describe purpose)
to _____ for Prior Credit or Lease Balance $ ___N/A___
to **GEORGE GEE CADILLAC KIA** for **DOCUMENTATION FEE** $ ___399.00___
to ___N/A___ for ___N/A___ $ ___N/A___
to ___N/A___ for ___N/A___ $ ___N/A___
to ___N/A___ for ___N/A___ $ ___N/A___
to ___N/A___ for ___N/A___ $ ___N/A___
to ___N/A___ for ___N/A___ $ ___N/A___
to ___N/A___ for ___N/A___ $ ___N/A___
to ___N/A___ for ___N/A___ $ ___N/A___
to ___N/A___ for ___N/A___ $ ___N/A___
Total Other Charges and Amounts Paid to Others on Your Behalf $ ___5308.00___ (4)

5  Amount Financed (3 + 4) $ ___84700.94___ (5)

**Purchase of an optional Service Contract is not required either to purchase or to obtain financing for the Vehicle.

---

**OPTION:** ☐ You pay no finance charge if the Amount Financed, item 5, is paid in full on or before
___N/A___ , Year ___N/A___ . SELLER'S INITIALS ___N/A___

---

**OPTIONAL GAP CONTRACT.** A gap contract (debt cancellation contract) is not required to obtain credit and will not be provided unless you sign below and agree to pay the extra charge. If you choose to buy a gap contract, the charge is shown in Item 4D of the Itemization of Amount Financed. See your gap contract for details on the terms and conditions it provides. It is a part of this contract.

Term ___72___ Mos.    **PROSIDIUM GAP**
Name of Gap Contract
I want to buy a gap contract.
Buyer Signs X _Bry. Grynn Thirp. SH_ WITHOUT RECOURSE
PAY TO THE ORDER SARON HENRY ALLEN
12 UCC 4µ

Buyer Signs X _Bry J MM M_    Co-Buyer Signs X ___N/A___

---

Insurance. You may buy optional physical damage insurance this contract requires from anyone you choose who is acceptable to us. You may also provide the physical damage insurance through an existing policy owned or controlled by you that is acceptable to us. You are not required to buy any other insurance to obtain credit unless the box indicating Vendor's Single Interest Insurance is required is checked on page 1.

If any insurance is checked below, policies or certificates from the named insurance companies will describe the terms and conditions.

**Check the insurance you want and sign below:**

### Optional Credit Insurance

☐ Credit Life:    ☐ Buyer    ☐ Co-Buyer    ☐ Both
☐ Credit Disability:    ☐ Buyer    ☐ Co-Buyer    ☐ Both
Premium:
Credit Life $ ___N/A___
Credit Disability $ ___N/A___
Insurance Company Name ___N/A___
___N/A___
Home Office Address ___N/A___
___N/A___

Credit life insurance and credit disability insurance are not required to buy credit. Your decision to buy or not to buy credit life insurance and credit disability insurance will not be a factor in the credit approval process. They will not be provided unless you sign and agree to pay the extra cost. If you choose this insurance, the cost is shown in Item 4A of the Itemization of Amount Financed. Credit life insurance is based on your original payment schedule. This insurance may not pay all you owe on this contract if you make late payments. Credit disability insurance does not cover any increase in your payment or in the number of payments. Coverage for credit life insurance and credit disability insurance ends on the original due date for the last payment unless a different term for the insurance is shown below.

### Other Optional Insurance

☒    **VEH. SERV. CONT.**    ___MOS.___
Type of Insurance    Term
Premium $ ___3995.00___
Insurance Company Name ___N/A___
___N/A___
Home Office Address ___N/A___
___N/A___

☐    ___N/A___    ___N/A___
Type of Insurance    Term
Premium $ ___N/A___
Insurance Company Name ___N/A___
___N/A___
Home Office Address ___N/A___
___N/A___

Other optional insurance is not required to obtain credit. Your decision to buy or not buy other optional insurance will not be a factor in the credit approval process. It will not be provided unless you sign and agree to pay the extra cost.

I want the insurance checked above.
X _Bry G Mrx_    10/18/2024
Buyer Signature    Date
X ___N/A___    10/18/2024
Co-Buyer Signature    Date

**THIS INSURANCE DOES NOT INCLUDE INSURANCE ON YOUR LIABILITY FOR BODILY INJURY OR PROPERTY DAMAGE CAUSED TO OTHERS. WITHOUT SUCH INSURANCE YOU MAY NOT OPERATE THIS VEHICLE ON PUBLIC HIGHWAYS.**

104657*1*GGC-FI

# OTHER IMPORTANT AGREEMENTS

## 1. FINANCE CHARGE AND PAYMENTS

**a. How we will figure Finance Charge.** We will figure the Finance Charge on a daily basis at the Annual Percentage Rate on the unpaid part of the Amount Financed.

**b. How we will apply payments.** We may apply each payment to the earned and unpaid part of the Finance Charge, to the unpaid part of the Amount Financed and to other amounts you owe under this contract in any order we choose as the law allows.

**c. How late payments or early payments change what you must pay.** We based the Finance Charge, Total of Payments, and Total Sale Price shown on page 1 of this contract on the assumption that you will make every payment on the day it is due. Your Finance Charge, Total of Payments, and Total Sale Price will be more if you pay late and less if you pay early. Changes may take the form of a larger or smaller final payment, or, at our option, more or fewer payments of the same amount as your scheduled payment with a smaller final payment. We will send you a notice telling you about these changes before the final scheduled payment is due.

**d. You may prepay.** You may prepay all or part of the unpaid part of the Amount Financed at any time without penalty. If you do so, you must pay the earned and unpaid part of the Finance Charge and all other amounts due up to the date of your payment.

**e. Your right to refinance a balloon payment.** A balloon payment is a scheduled payment that is more than twice as large as the average of your earlier scheduled payments. If you are buying the vehicle primarily for personal, family, or household use, you have the right to refinance the balloon payment when due without penalty. The terms of the refinancing will be no less favorable to you than the terms of this contract. This provision does not apply if we adjusted your payment schedule to your seasonal or irregular income.

## 2. YOUR OTHER PROMISES TO US

**a. If the vehicle is damaged, destroyed, or missing.** You agree to pay us all you owe under this contract even if the vehicle is damaged, destroyed, or missing.

**b. Using the vehicle.** You agree not to remove the vehicle from the U.S. or Canada, or to sell, rent, lease, or transfer any interest in the vehicle or this contract without our written permission. You agree not to expose the vehicle to misuse, seizure, confiscation, or involuntary transfer. If we pay any repair bills, storage bills, taxes, fines, or charges on the vehicle, you agree to repay the amount when we ask for it.

**c. Security Interest.**
You give us a security interest in:
- The vehicle and all parts or goods put on it;
- All money or goods received (proceeds) for the vehicle;
- All insurance, maintenance, service or other contracts we finance for you; and
- All proceeds from insurance, maintenance, service or other contracts we finance for you. This includes any refunds of premiums or charges from the contracts.

This secures payment of all you owe on this contract. It also secures your other agreements in this contract. You will make sure the title shows our security interest (lien) in the vehicle. You will not allow any other security interest to be placed on the title without our written permission.

**d. Insurance you must have on the vehicle.** You agree to have physical damage insurance covering loss of or damage to the vehicle for the term of this contract. The insurance must cover our interest in the vehicle. You agree to name us on your insurance policy as loss payee. If you do not have this insurance, we may, if we choose, buy physical damage insurance. If we decide to buy physical damage insurance, we may either buy insurance that covers your interest and our interest in the vehicle, or buy insurance that covers only our interest. If we buy either type of insurance, we will tell you which type and the charge you must pay. The charge will be the premium for the insurance and a finance charge computed at the Annual Percentage Rate shown on page 1 of this contract, or, at our option, the highest rate the law permits.

If the vehicle is lost or damaged, you agree that we may use any insurance settlement to reduce what you owe or repair the vehicle.

**e. What happens to returned insurance, maintenance, service, or other contract charges.** If we obtain a refund of insurance, maintenance, service, or other contract charges, you agree that we may subtract the refund from what you owe.

## 3. IF YOU PAY LATE OR BREAK YOUR OTHER PROMISES

**a. You may owe late charges.** You will pay a late charge on each late payment as shown on page 1 of this contract. Acceptance of a late payment or late charge does not excuse your late payment or mean that you may keep making late payments.

If you pay late, we may also take the steps described below.

**b. You may have to pay all you owe at once.** If you break your promises (default), we may demand that you pay all that you owe on this contract at once. Default means:
- You do not pay any payment on time; or
- You give false, incomplete, or misleading information during credit application, you start a proceeding in bankruptcy or one is started against you or your property, or you break any agreements in this contract, except that if you bought the vehicle primarily for personal, family, or household purposes, we will only treat these events as defaults if they significantly impair the prospect of payment, performance, or realization of the collateral.

The amount you will owe will be the unpaid part of the Amount Financed plus the earned and unpaid part of the Finance Charge, any late charges, and any amounts due because you defaulted.

**c. You may have to pay collection costs.** If we hire an attorney who is not our salaried employee to collect what you owe, you will pay the attorney's reasonable fee and court costs, as the law allows. You will also pay any reasonable collection costs we incur to enforce our security interest, as the law allows.

**d. We may take the vehicle from you.** If you default, we may take (repossess) the vehicle from you if we do so peacefully and the law allows it. If your vehicle has an electronic tracking device (such as GPS), you agree that we may use the device to find the vehicle. If we take the vehicle, any accessories, equipment, and replacement parts will stay with the vehicle. If any personal items are in the vehicle, we may store them for you. If you do not ask for these items back, we may dispose of them as the law allows.

**e. How you can get the vehicle back if we take it.** If we repossess the vehicle, you may pay to get it back (redeem). We will tell you how much to pay to redeem. Your right to redeem ends when we sell the vehicle.

Buyer Signs X _Ryan Paul McGee_ _WITHOUT RECOURSE_  Co-Buyer Signs X __N/A__

104657*1*GGC-FI

10/18/2024   06:58 pm

LAW 553-ID-eps 6/23 v1   Page 3 of 4

**f.** **We will sell the vehicle if you do not get it back.** If you do not redeem, we will sell the vehicle. We will send you a written notice of sale before selling the vehicle.

We will apply the money from the sale, less allowed expenses, to the amount you owe. Allowed expenses are expenses we pay as a direct result of taking the vehicle, holding it, preparing it for sale, and selling it. Attorney fees and court costs the law permits are also allowed expenses. If any money is left (surplus), we will pay it to you unless the law requires us to pay it to someone else. If money from the sale is not enough to pay the amount you owe, you must pay the rest to us unless the law provides otherwise. If you do not pay this amount when we ask, we may charge you interest at a rate not exceeding the highest lawful rate until you pay.

**g.** **What we may do about optional insurance, maintenance, service, or other contracts.** This contract may contain charges for optional insurance, maintenance, service, or other contracts. If we demand that you pay all you owe at once or we repossess the vehicle, you agree that we may claim benefits under these contracts and cancel them to obtain refunds of unearned charges to reduce what you owe or repair the vehicle. If the vehicle is a total loss because it is confiscated, damaged, or stolen, we may claim benefits under these contracts and cancel them to obtain refunds of unearned charges to reduce what you owe.

**4.** **WARRANTIES SELLER DISCLAIMS**
Unless the Seller makes a written warranty, or enters into a service contract within 90 days from the date of this contract, the Seller makes no warranties, express or implied, on the vehicle, and there will be no implied warranties of merchantability or of fitness for a particular purpose.
This provision does not affect any warranties covering the vehicle that the vehicle manufacturer may provide.

**5.** **SERVICING AND COLLECTION CONTACTS**
In consideration of our extension of credit to you, you agree to provide us your contact information for our servicing and collection purposes. You agree that we may use this information to contact you in writing, by e-mail, or using prerecorded/artificial voice messages, text messages, and automatic telephone dialing systems, as the law allows. You also agree that we may try to contact you in these and other ways at any address or telephone number you provide us, even if the telephone number is a cell phone number or the contact results in a charge to you. You agree to allow our agents and service providers to contact you as agreed above.
You agree that you will, within a reasonable time, notify us of any change in your contact information.

**6.** **APPLICABLE LAW**
Federal law and the law of the state of Idaho apply to this contract.

**7.** **NEGATIVE CREDIT REPORT NOTICE**
We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

---

*The Annual Percentage Rate may be negotiable with the Seller. The Seller may assign this contract and retain its right to receive a part of the Finance Charge.*

---

**HOW THIS CONTRACT CAN BE CHANGED.** This contract contains the entire agreement between you and us relating to this contract. Any change to this contract must be in writing and we must sign it. No oral changes are binding.    Buyer Signs X _____    Co-Buyer Signs X _____    N/A
If any part of this contract is not valid, all other parts stay valid. We may delay or refrain from enforcing any of our rights under this contract without losing them. For example, we may extend the time for making some payments without extending the time for making others.
**See the rest of this contract for other important agreements.**

**NOTICE TO RETAIL BUYER: Do not sign this contract in blank. You are entitled to a copy of the contract at the time you sign. Keep it to protect your legal rights.**

**You agree to the terms of this contract. You confirm that before you signed this contract, we gave it to you, and you were free to take it and review it. You confirm that you received a completely filled-in copy when you signed it.**

Buyer Signs X _____ Date 10/18/2024    Co-Buyer Signs X _____ N/A _____ Date _____ N/A
Buyer Printed Name JASON HENRY ALLEN    Co-Buyer Printed Name N/A
If the "business" use box is checked in "Primary Use for Which Purchased": Print Name N/A    Title N/A

Co-Buyers and Other Owners — A co-buyer is a person who is responsible for paying the entire debt. Another owner is a person whose name is on the title to the vehicle but does not have to pay the debt. The other owner agrees to the security interest in the vehicle given to us in this contract.
Other owner signs here X N/A    Address N/A
Seller signs GEORGE GEE CADILLAC KIA    Date 10/18/2024  By X _____    Title F&I MGR

Seller assigns its interest in this contract to ICCU (Assignee) under the terms of Seller's agreement(s) with Assignee.
☐ Assigned with recourse    ☒ Assigned without recourse    ☐ Assigned with limited recourse
Seller GEORGE GEE CADILLAC KIA
By X _____    Title F&I MGR

---

**GEORGE GEE CADILLAC KIA**
317 W DALTON AVE
COEUR D'ALENE, ID  83815
208-667-7416

**DEAL# 56475**
**CUST# 71483**

# INSURANCE COVERAGE ACKNOWLEDGEMENT

Customer Name(s): **JASON HENRY ALLEN**                                     Date: **10/18/2024**

Street Address: **2600 E SELTICE WAY   POST FALLS  ID 83854**

Home Telephone: _____   Work Telephone: _____

Driver's License #: **61717083**                     Issuing State: **CA**     Expiration Date: **10/18/2024**

Vehicle: **2023**          **TOYOTA**          **SEQUOIA**          **7SVAAABA8PX011784**
             Year               Make               Model               Vehicle Identification Number (VIN)

I understand that the Retail Installment Sales Contract or Lease Contract ("Finance Contract") that I signed in connection with my purchase/lease of the above-described vehicle requires me to provide and maintain insurance on the vehicle against the risks of loss or damage.  I understand that this insurance must be in an amount equal to the lesser of the unpaid amount due under the Finance Contract or the value of the vehicle and must be maintained for the entire term of the Finance Contract.  I also understand that the holder of the Finance Contract must be named as the loss payee and that the failure to maintain said insurance coverage may be an event of a default under the Finance Contract. In the event of a default, the holder of the Finance Contract may pursue all of the remedies provided by law and in the Finance Contract as it deems appropriate.  Having been advised that I may obtain insurance coverage from a company and agent of my choice, I have selected:

Insurance Company: **GEICO**                                          Policy #: **4613336397**

Agent's Name: _____   Telephone: _____

Address: _____

Insurance Coverage:   [X] Collision $_____500.00_____ Deductible   [X] Comprehensive $_____500.00_____ Deductible

Policy Effective From: **10/08/2024**    To: **12/28/2024**    Named Loss Payee: _*ICCu*_

                                                                Address: *PO Box 2469  Pocatello  ID. 83206*

By signing below, I acknowledge that I have read this Insurance Coverage Acknowledgement and understand my obligation to maintain insurance coverage on the above-described vehicle.  I further acknowledge and agree that I have given the Dealership permission to contact my Insurance Company to verify that I have insurance coverage for the vehicle.

By: *Jason Henry Allen WITHOUT RECOURSE*   **10/18/2024**                                        **10/18/2024**
Customer                          Date          Authorized Dealership Representative          Date

**N/A**                          **N/A**
Customer                          Date

DealerCAP.                          CATALOG #8963022                          © 2015 CDK Global, LLC   (01/16)

**PROSIDIUM**
AUTO GAP

150PGR00739756W

## GAP ADDENDUM

The Addendum is between the Customer/Borrower (You or Your), the Dealer/Creditor, or, if assigned, the Assignee (We, Us, or Our)

| Customer/Borrower JASON H ALLEN | | Address 2600 E SELTICE WAY | |
|---|---|---|---|
| City POST FALLS | State ID | Zip 83854 | Customer Phone # 323-377-5620 |

| Co-Customer/Borrower | | Address | |
|---|---|---|---|
| City | State | Zip | Co-Customer Phone # |

| Dealer/Creditor George Gee Cadillac Kia | | Dealer/Account # 1167 | Financial Institution / Lender ICCU !ON | | |
|---|---|---|---|---|---|
| Address 317 W Dalton Ave | | | Address PO BOX 2469 | | |
| City Coeur d'Alene | State ID | Zip 83815 | City Pocatello | State ID | Zip 83206 |

| Year 2023 | Make TOYOTA | Model SEQUOIA PLATINUM | Charge for Addendum $895.00 | APR % 8.75 6.49 | Term of Addendum 72 Months |
|---|---|---|---|---|---|
| VIN 7SVAAABA8PX011784 | | ✔ New ☐ Used  MSRP / NADA $0.00 | Amount Financed $80,705.94 | Effective Date 10/18/2024 | |

### PROGRAM LIMITS

| Maximum AFVR 150% MSRP/NADA | Maximum Term 84 Months | Maximum Limit of Coverage $50,000 | Maximum Amount Financed Limit $100,000 | Financing Contract |
|---|---|---|---|---|
| | | | | ✔ Loan ☐ Lease ☐ Retail Installment Sales Contract |

This **Addendum** amends the **Financing Contract**. In the event of a **Constructive Total Loss** of the Collateral, we hereby agree to waive our rights against you for the amount due under a **Qualifying Loss**. You will remain responsible for any past due amounts, payments exchanges, or any items listed in the **Exclusions**. This **Addendum** will follow the **Financing Contract** with no subrogation rights against the **Customer/Borrower** if the **Financing Contract** is sold or assigned by us.

Although not required to do so, you elect to purchase this **Addendum** for an additional charge which is shown above. **You may**, as an alternative to purchasing this **Addendum**, be able to purchase a similar product from a company of your choice. **This GAP Program is not a substitute for collision or property damage insurance, does not take the place of insurance on the Collateral and** does not afford collision, comprehensive, or any other form of automobile insurance coverage. You are responsible for all communications with your Primary Carrier including notice and claims. If you purchase this **Addendum** from us, you understand that we may retain all or a portion of the charge paid by you.

ENROLLMENT IS AVAILABLE ONLY AT THE TIME THE **FINANCING CONTRACT** IS ORIGINALLY EXECUTED. BY YOUR SIGNATURE BELOW, YOU ACKNOWLEDGE AND AGREE THAT YOUR ACCEPTANCE OF THIS **ADDENDUM** IS VOLUNTARY AND IS NOT REQUIRED IN ORDER FOR YOU TO OBTAIN CREDIT, DOES NOT IMPACT THE CREDIT TERMS, AND HAS NO EFFECT ON THE TERMS OF THE RELATED SALE OF THE **COLLATERAL**.

The coverage under this **Addendum** may decrease over the term of your **Financing Contract**. You should carefully read the front and back of this **Addendum** for additional information on conditions, limitations and exclusions that could prevent you from receiving the amount due under a **Qualifying Loss** attributed to a **Constructive Total Loss**.

YOUR RIGHT TO CANCEL: You have the unconditional right to cancel this optional **Addendum** for a refund/credit of the unearned portion of the charge for this **Addendum** at any time. If the **Addendum** is terminated or cancelled by You within 30 days of the **Addendum** purchase, you will receive a full refund/credit of the **Addendum** cost, provided no Constructive Total Loss has occurred. After 30 days, you will receive a refund/credit of the **Addendum** cost calculated by the Pro Rata refund method, or by the refund method as may be required by state or federal law, less a $50.00 cancellation fee, where such cancellation fee is permitted by law. To terminate or cancel this **Addendum** and request a refund/credit, you should, or as required by the lender, contact the **Dealer/Creditor** or the **Administrator**, in writing, at the addresses above and below on this page. If the refund/credit is not received within 60 days of notice of cancellation, contact the **Administrator** shown below. In the event of a cancellation, the **Financial Institution/Lender** will be named as payee on all refunds and sole payee on a repossession refund. Any condition or exclusion that voids coverage will provide a full refund.

By your signature below, you acknowledge you have read and understand the **Addendum** and its **conditions**, and no other verbal representations have been made to you that differ from these written provisions and that this **Addendum** is not an insurance policy or part of an insurance policy. You authorize release of **Financing Contract**, or any other information required for processing this **Addendum** or processing of a loss.

### STOP AND READ:
**YOU CANNOT BE REQUIRED TO BUY A GAP WAIVER OR ANY OTHER OPTIONAL ADD-ON PRODUCTS OR SERVICES. IT IS OPTIONAL. NO ONE CAN MAKE YOU BUY A GAP WAIVER OR ANY OTHER OPTIONAL ADD-ON PRODUCTS OR SERVICES TO GET FINANCING, TO GET CERTAIN FINANCING TERMS, OR TO GET CERTAIN TERMS FOR THE SALE OF A VEHICLE. IT IS UNLAWFUL TO REQUIRE OR ATTEMPT TO REQUIRE THE PURCHASE OF THIS GAP WAIVER OR ANY OTHER OPTIONAL ADD-ON PRODUCTS OR SERVICES.**

Administrator: Prosidium Warranty & Capital, 1500A E. College Way, PMB 541, Mount Vernon, WA 98273, (866) 330-6117

| | |
|---|---|
| By: _[signature]_ | 10/18/2024 |
| Customer/Borrower Signature  *WITHOUT RECOURSE* | Date |
| | 10/18/2024 |
| Co-Customer/Borrower Signature | Date |

| | |
|---|---|
| By: D _[signature]_ | 10/18/2024 |
| Dealer/Creditor | Date |
| _[signature]_ MGR | |
| Title | |

| FOR SALE IN THE U.S. WHERE PERMISSIBLE BY STATE LAW | **PROSIDIUM KEY SHIELD** | **KEY PROTECTION AGREEMENT DECLARATION PAGE** | AGREEMENT NUMBER **PKS00739757W** |
|---|---|---|---|

## AGREEMENT HOLDER INFORMATION

| LAST NAME **ALLEN** | FIRST **JASON** | MI **H** | TELEPHONE NUMBER **323-377-5620** |
|---|---|---|---|

| ADDRESS **2600 E SELTICE WAY** | CITY **POST FALLS** | STATE **ID** | ZIP CODE **83854** |
|---|---|---|---|

## VEHICLE INFORMATION

| YEAR **2023** | MAKE **TOYOTA** | MODEL **SEQUOIA PLATINUM** | PURCHASE DATE **10/18/2024** |
|---|---|---|---|

| VEHICLE IDENTIFICATION # **7SVAAABA8PX011784** | VEHICLE PURCHASE PRICE **$74,500.00** | ODOMETER **21,270** |
|---|---|---|

## PLAN INFORMATION

| AGREEMENT PURCHASE PRICE **$399.00** | TERM **84** Months | PLAN TYPE ☑ NEW ☐ USED |
|---|---|---|

## DEALER/LIENHOLDER INFORMATION

| DEALER NAME, ADDRESS, CITY, STATE, ZIP CODE **George Gee Cadillac Kia** | **317 W Dalton Ave , Coeur d'Alene, ID 83815** |
|---|---|

| TELEPHONE NUMBER **208-209-3353** | DEALER NUMBER **1167** |
|---|---|

| LIEN HOLDER NAME, ADDRESS, CITY, STATE, ZIP CODE *ICCu  PoBox  2469  Pocatello ID  83206* | TELEPHONE NUMBER **208-746-8900** |
|---|---|

## OTHER PROVISIONS

The ADMINISTRATOR of this AGREEMENT is Principal Warranty Corp., at 1500A E. College Way, PMB 541, Mount Vernon, WA 98273. The telephone number is (800) 963-0232.

The entity obligated to perform under this AGREEMENT, which is referred to as "WE", "US" and "OUR" throughout the AGREEMENT Terms and Conditions, is Northcoast Warranty Services, Inc., 800 Superior Avenue E, 21st Floor, Cleveland, OH 44114, (866) 927-3097, unless indicated otherwise in the Special State Disclosures.

Should You have any questions concerning coverage or benefits under this AGREEMENT, You may call OUR claim center at (800) 963-0232 for assistance.

All 24-Hour Roadside Assistance services and membership benefits are provided by SafeRide Motor Club, Inc., at 13901 Midway Rd, Suite 102-429, Dallas, TX 75244-4388. See Page 3-4,"24-Hour Roadside Assistance Benefits", for more details.

Purchase of this AGREEMENT is not required in order to purchase or obtain financing for a motor vehicle. This AGREEMENT is not valid unless this DECLARATION PAGE is completed and attached to the AGREEMENT Coverage TERMS & CONDITIONS.

## SIGNATURES FOR AGREEMENT

This DECLARATION PAGE shall be the basis upon which the AGREEMENT is issued. YOUR signature indicates that You have read the information set forth herein and agree that it is true and correct and that You accept the terms and provisions of this AGREEMENT and agree to be bound by the terms thereof.

You acknowledge YOUR understanding of the Arbitration Clause in the Arbitration section.

You acknowledge receipt of two (2) properly functioning master keys and/or transponders (where applicable).

| AGREEMENT HOLDER'S SIGNATURE X By *(signature) Without Recouse* | DATE **10/18/2024** | DEALER AUTHORIZED SIGNATURE X *(signature)* | DATE **10/18/2024** |
|---|---|---|---|

**ADMINISTRATOR COPY / CUSTOMER COPY / DEALER COPY / LIENHOLDER COPY**
©Copyright 2020, Principal Warranty Corp., LLC, All Rights Reserved

1

PKS-NWS-WIC-NAT-001

(12/2020)

| FOR SALE IN THE U.S. WHERE PERMISSIBLE BY STATE LAW | **PROSIDIUM AUTO CARE** | VEHICLE SERVICE AGREEMENT DECLARATION PAGE | AGREEMENT NUMBER AC300739759W |
|---|---|---|---|

## AGREEMENT HOLDER INFORMATION

| LAST NAME ALLEN | FIRST JASON | MI H | TELEPHONE NUMBER (323) 377-5620 |
|---|---|---|---|
| ADDRESS 2600 E SELTICE WAY | | CITY POST FALLS | STATE ID / ZIP CODE 83854 |

## VEHICLE INFORMATION

| YEAR 2023 | MAKE TOYOTA | MODEL SEQUOIA PLATINUM | MANDATORY SURCHARGES ☑ Hybrid  ☑ Lift Kit |
|---|---|---|---|
| VEHICLE IDENTIFICATION NUMBER 7SVAAABA8PX011784 | | VEHICLE PURCHASE PRICE $74,500.00 | ODOMETER 21,270 | IN-SERVICE DATE (WRAP PLAN) |

## PLAN INFORMATION

| PURCHASE DATE 10/18/2024 | AGREEMENT PURCHASE PRICE $3,995.00 | TERM Months: 84  10/13/31  Miles: 100,000 | PLAN TYPE ☑ NEW  ☐ USED |
|---|---|---|---|

| DEDUCTIBLE SELECTED ☐ $100 Standard  ☑ $50  ☐ $200 | OPTIONAL COVERAGE (SURCHARGE APPLIES) ☐ Business Use  ☐ Tech Package |
|---|---|

| TYPE OF COVERAGE | | |
|---|---|---|
| ☐ Maximum Plan | ☑ Maximum WRAP Plan | ☐ Certified Plan |
| ☐ Preferred Plan | ☐ Power Train Plus Plan | ☐ Power Train Plan |

New Vehicle Plans (except WRAP & Certified Plans) start on contract purchase date and 0 miles.
Used Vehicle Plans (except WRAP & Certified Plans) start on contract purchase date and sale odometer miles.
New WRAP & Certified Plans start on vehicle's original in-service date and 0 miles.

## DEALER INFORMATION / LIEN HOLDER INFORMATION

| DEALER NAME George Gee Cadillac Kia | LIEN HOLDER NAME ICCU |
|---|---|
| DEALER ADDRESS, CITY, STATE, ZIP CODE 317 W Dalton Ave , Coeur d'Alene, ID 83815 | LIEN HOLDER ADDRESS, CITY, STATE, ZIP CODE PO BOX 2469 Pocatello ID. 83206 |
| TELEPHONE NUMBER 208-209-3353 | DEALER NUMBER 1167 | TELEPHONE NUMBER |

## OTHER PROVISIONS

The ADMINISTRATOR of this Vehicle Service Agreement is Principal Warranty Corp., at 1500A E. College Way, PMB 541, Mount Vernon, WA 98273. The telephone number is (855) 251-7175.

The entity obligated to perform under this Vehicle Service Agreement, which is referred to as "WE", "US" and "OUR" throughout the Vehicle Service Agreement Coverage Booklet, is PWC Warranty Services, Inc., 317 W Dalton Ave., Coeur d'Alene, ID 83815, (855) 826-1162 unless indicated otherwise in the Special State Disclosures.

Purchase of this Vehicle Service Agreement is not required in order to purchase or obtain financing for a motor vehicle. This Vehicle Service Agreement is not valid unless this DECLARATION PAGE is completed and attached to the Vehicle Service Agreement Coverage TERMS & CONDITIONS.

This DECLARATION PAGE shall be the basis upon which the Vehicle Service Agreement is issued. YOUR signature indicates that You have read the information set forth herein and agree that it is true and correct and that You accept the terms and provisions of this Vehicle Service Agreement and agree to be bound by the terms thereof.

## SIGNATURES FOR VEHICLE SERVICE AGREEMENT

| AGREEMENT HOLDER'S SIGNATURE X [signature] WITHOUT RECOURSE | DATE 10/18/2024 | DEALER AUTHORIZED SIGNATURE X | DATE 10/18/2024 |
|---|---|---|---|

## OPTIONAL PRINCIPAL AUTO CARE PREPAID MAINTENANCE

| I CHOOSE TO ENROLL ☐ YES ☑ NO | TERM MONTHS/MILES 24 / 30,000 | PLAN ☐ PPM 1  ☐ PPM 2 | SERVICE INTERVAL MONTHS/MILES 6 / 7,500 |
|---|---|---|---|
| AGREEMENT HOLDER'S SIGNATURE X | DATE 10/18/2024 | DEALER AUTHORIZED SIGNATURE X | DATE 10/18/2024 |

ADMINISTRATOR COPY / CUSTOMER COPY / DEALER COPY / LIENHOLDER COPY
©Copyright 2021, Principal Warranty Corp., LLC, All Rights Reserved

Dealer Phone #: 800-578-3307
Dealer Fax #: 208-664-8432

## Dealer Name: George Gee Cadillac Kia

**PLEASE PRINT - INCOMPLETE APPLICATIONS WILL NOT BE PROCESSED.**

INSTRUCTIONS:
You may apply for credit in your name alone, whether or not you are married.
(1) Please indicate whether you are applying for ☑ Individual Credit ☐ Joint Credit ☐ Community Property State ☐ Business Application
(2) ☐ If you are applying for individual credit in your name and relying on your own income or assets and not the income or assets of another person as the basis of repayment of the credit requested, complete only Section A.
(3) ☐ If you are applying for joint credit with another person, complete sections A and B. We intend to apply for joint credit.

Jason Henry Allen
_____
Applicant

_____
Co-Applicant

* If you are married and live in a community property state, please complete Section A about yourself and Section B about your spouse. You must sign this application. Your spouse must sign this application only if s/he wishes to be a Co-Applicant.

### A. APPLICANT INFORMATION

| Last Name | First Name | Middle Initial | Social Security Number | Birth Date |
|---|---|---|---|---|
| Allen | Jason | H | 617170683 | 4/9/1983 |

| Address | | City | | State | Zip |
|---|---|---|---|---|---|
| 2600 E Seltice Way | | Post Falls | | ID | 83854 |

| Home Phone | Cell Phone | Residential Status | Time at Address | Rent/Mtg. Pmt. $ |
|---|---|---|---|---|
| | 323-377-5620 | ☑ Homeowner ☐ Rent ☐ Family ☐ Other | 9 Yrs. 0 Mos. | 0 |

| E-Mail Address | Driver's License No. | Driver's License State | Time at Previous Address |
|---|---|---|---|
| Jason.alistor@gmail.com | D7625914 | CA | 0 Yrs. 0 Mos. |

| Previous Full Address (if less than 2 years) | | City | | State | Zip |
|---|---|---|---|---|---|
| | | | | | |

| Employer Name | Employment Type |
|---|---|
| Gt auto group LLC | ☑ Employed ☐ Unemployed ☐ Self-employed ☐ Military ☐ Retired ☐ Student ☐ Other |

| Salary | Salary Type | Occupation | Length of Employment | Work Phone Number * |
|---|---|---|---|---|
| 169300 | ☐ Weekly ☐ Bi-Weekly ☐ Monthly ☑ Annually | General Manager | 8 Yrs. 6 Mos. | 3035210134 |

| Previous Employer Name | Previous Employment Type |
|---|---|
| | ☐ Employed ☐ Unemployed ☐ Self-employed ☐ Military ☐ Retired ☐ Student ☐ Other |

| Previous Occupation | Length of Employment | Previous Work Phone Number |
|---|---|---|
| | 0 Yrs. 0 Mos. | |

Alimony, child support, or separate maintenance income need not be revealed if you do not choose to have it considered as a basis for repaying this obligation.

| Other Income (Monthly) | Source of Other Income | By Signing, you certify that the Income entered on this Credit Application is accurate. |
|---|---|---|
| | | X _[signature]_ |

Comments

### AGREEMENT

The words "we," "us," "our" and "ours" as used below refer to us, the dealer, and to the financial institution(s) selected to receive your application. You understand and agree that you are applying for credit by providing the information to complete and submit this credit application. We may keep this application and any other application submitted to us and information about you whether or not the application is approved. You certify that the information on the application and in any other application submitted to us, is true and complete. You understand that false statements may subject you to criminal penalties. The words "you," "your" and "yours" mean each person submitting this application. You authorize us to submit this application and any other application submitted in connection with the proposed transaction to the financial institutions disclosed to you by us the dealers; in addition, in accordance with the Fair Credit Reporting Act, you authorize that such financial institutions may submit your applications to other financial institutions for the purpose of fulfilling your request to apply for credit. This application will be reviewed by the dealer and such financial institutions.

You agree that we may obtain a consumer credit report periodically from one or more consumer reporting agencies (credit bureaus) in connection with the proposed transaction and any update, renewal, refinancing, modification or extension of that transaction. You also agree that we or any affiliate of ours may obtain one or more consumer credit reports on you at any time during the term of your financing.. If you ask, you will be told whether a credit report was requested, and if so, the name and address of any credit bureau from which we or our affiliate obtained your credit report. You agree that the dealer and the financial institutions may verify your employment, pay, assets and debts, and that anyone receiving a copy of this is authorized to provide such dealer and financial institutions with such information. You further authorize the dealer and the financial institutions to gather whatever credit and employment history each considers necessary and appropriate in evaluating this application and any other applications submitted in connection with the proposed transaction. You understand that we will rely on the information in this credit application in making our decision. The dealer and the financial institutions may monitor and record telephone calls regarding your account for quality assurance, compliance, training, or similar purposes.

You consent to receive autodialed, prerecorded and artificial voice calls and text messages for servicing and collection purposes from us at the telephone number(s) provided in this credit application, including any cell phone numbers. The consent applies to the dealer, who is the originating creditor in this transaction, as well as any assignee who may purchase your credit contract. You agree that this consent applies regardless of whether you agree to receive telemarketing/sales calls and text messages as provided below.

**You consent to receive autodialed, pre-recorded and artificial voice telemarketing and sales calls and text messages from or on behalf of dealer (or any financing source to which dealer assigns my contract) at the following number(s) including any cell phone numbers. You understand that this consent is not a condition of purchase or credit.**

You opt in ☐          You do not opt in ☑

Signature of Applicant for election above: By _[signature]_

Your dealer will inform you of the name and address of the financing sources to which this application shall be sent.

*BY SIGNING BELOW, YOU CERTIFY THAT YOU HAVE READ AND AGREE TO THE TERMS AND DISCLOSURES ON ALL PAGES OF THIS APPLICATION.*

X By _[signature]_
APPLICANT'S SIGNATURE

10/17/2024
DATE

© 2023 Dealertrack, Inc. All rights reserved.

DT 5/23

Printed on 12/15/2023 16:03



# Idaho Central Credit Union

 ✔ Approved

George Gee Cadillac Kia 130837



*50627446RID*

## Applicant(s)

| | |
|---|---|
| Applicant Name | **Jason Allen** |
| Co-Applicant Name | – |

## Financing Information

| | |
|---|---|
| Product | **Retail** |
| Amount (includes TT&L) | **$79,465.00** |
| Term | ⚠ **72 mos** |
| Acquisition Fee | – |
| Buy Rate | **6.44 %** |
| LTV Ratio | **108.40** |
| FICO Score | – |
| Tier Level | **A** |

## Reference

| | |
|---|---|
| Phone | **(208) 846-7100** |
| Email | – |
| Fax | **(208) 637-8660** |
| Lender Support | - |
| Ref ID | **50627446** |
| Decision Date | **10/17/2024 4:54 p.m.** |
| Analyst | **ICCU Indirect Buy Center** |

## Vehicle

| | |
|---|---|
| Y/M/M | **2023/TOYOTA/SEQUOIA** |
| Condition | **USED** |
| Trim | **CAPSTONE 4WD** |
| VIN | **7SVAAABA8PX011784** |
| Mileage | **21,229** |

## Stipulations

1. Max available backend of $13,195.00 can be sold.
2. Include copy of valid government issued identification for all borrowers
3. Need $30 Membership Fee
4. A processing fee of $20 will be deducted from your dealer participation

## Additional Information

–

## Comments

 10/17/2024 4:54p.m.
Analyst

Thanks!

 10/17/2024 4:53p.m.
Analyst

Thanks!

10/17/2024 4:15p.m.
Analyst

Thanks!

## George Gee Cadillac Kia
## Your Credit Score and the Price You Pay for Credit

| Credit Score For | Jason H Allen |
| --- | --- |
| Your Credit Score | Score: 706 | Source: Equifax | Date: Oct. 17, 2024, 3:41 p.m. |

### Understanding Your Credit Score

| | Your credit score is a number that reflects the information in your credit report. |
| --- | --- |
| What you should know about credit scores | Your credit report is a record of your credit history. It includes information about whether you pay your bills on time and how much you owe to creditors. Your credit score can change, depending on how your credit history changes. |
| How we use your credit score | Your credit score can affect whether you can get a loan and how much you will have to pay for that loan. |
| The range of scores | Scores range from a low of 250 to a high of 900. Generally, the higher your score, the more likely you are to be offered better credit terms. |
| How your score compares to the scores of other consumers |  |

### Checking Your Credit Report

| What if there are mistakes in your credit report? | You have a right to dispute any inaccurate information in your credit report. If you find mistakes on your credit report, contact the consumer reporting agency. It is a good idea to check your credit report to make sure the information it contains is accurate. |
| --- | --- |
| How can you obtain a copy of your credit report? | Under federal law, you have the right to obtain a free copy of your credit report from each of the nationwide consumer reporting agencies once a year.<br>To order your free annual credit report:<br><br>**By telephone:**<br>Call toll-free: 1-877-322-8228<br><br>**On the web:**<br>Visit www.annualcreditreport.com<br><br>**By mail:**<br>Mail your completed Annual Credit Report Request Form (which you can obtain from the Federal Trade Commission's web site at http://www.ftc.gov/ bcp/conline/include/requestformfinal.pdf ) to:<br>Annual Credit Report Request Service<br>P.O. Box 105281<br>Atlanta, GA 30348-5281 |
| How can you get more information? | For more information about credit reports and your rights under Federal law, visit the Consumer Financial Protection Bureau's website at www.consumerfinance.gov/learnmore |

Signature _By: Jonathan Allen WITHOUT RECOURSE_    Date _10/17/24_

Dealer: George Gee Kia Cadillac

Customer 1:    Jason Henry Allen

Customer 2:

Vehicle Purchased:    2023        Toyota                    F

## ADDITIONAL REFERENCES

| NAME | RELATIONSHIP | ADDRESS | PHONE NUMBER |
|---|---|---|---|
| Corinne Allen | Mom | Post Falls ID | 7149046014 |
| Syria Matienez | Friend | Hayden ID | 3233468119 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**GEORGE GEE CADILLAC KIA**
**317 W DALTON AVE**
**COEUR D'ALENE, ID 83815**
**208-667-7416**

## RETAIL PURCHASE AGREEMENT
## [MOTOR VEHICLE PURCHASE CONTRACT]

CUST# 71483

Deal #: __56475__

Purchaser's Name(s): **JASON HENRY ALLEN**

Date: __10/18/2024__

Address: __2600 E SELTICE WAY    POST FALLS, ID  83854__

County: __KOOTENAI__

Telephone (1): __323-377-5620__    Telephone (2): _____

DOB: __04/09/1983__

E-Mail: __JASON.ALISTOR@GMAIL.COM__    D.L./State I.D.#: __61717083__    Issuing State: __CA__    Exp. Date: _____

The above information has been requested so that we may verify your identity. By signing below, you represent that you are at least 18 years of age and have authority to enter into this Agreement. The Odometer Reading for the Vehicle you are purchasing is accurate unless indicated otherwise. Please refer to the Federal Mileage Statement for full disclosure.

| YEAR 2023 | MAKE TOYOTA | MODEL SEQUOIA | COLOR SILVER | STOCK NO. PC10558U |
|---|---|---|---|---|
| VIN/SERIAL NO. 7SVAAABA8PX011784 | | ODOMETER READING ☐ Not Accurate    21270 | | SALESPERSON NATE BENZ |
| THE VEHICLE IS: ☐ NEW  ☒ USED  ☐ CONSIGNMENT | | PRIOR USE DISCLOSURE: ☐ DEMONSTRATOR  ☒ EXECUTIVE/OFFICIAL (Pre-Driven)  ☐ RENTAL  ☐ PRIOR LEASE  ☐ OTHER | | |

| WARRANTY STATEMENT | | |
|---|---|---|
| We are selling this Vehicle to you AS-IS and we expressly disclaim all warranties, express and implied, including any implied warranties of merchantability and fitness for a particular purpose, unless the box beside "Used Vehicle Limited Warranty Applies" is marked below or we enter into a service contract with you at the time of, or within 90 days of, the date of this transaction. Any warranties by a manufacturer or supplier other than our Dealership are theirs, not ours, and only such manufacturer or supplier shall be liable for performance under such warranties. We neither assume nor authorize any other person to assume for us any liability in connection with the sale of the Vehicle and the related goods and services. CONTRACTUAL DISCLOSURE STATEMENT (USED VEHICLES ONLY) The information you see on the window form for this Vehicle is part of this contract. Information on the window form overrides any contrary provisions in the contract of sale. Traducción española: Vea el dorso. | CASH PRICE OF VEHICLE | 74500.00 |
| | WE OWES | 399.00 |
| | N/A | N/A |
| | SERVICE CONTRACT | 3995.00 |
| | PROSIDIUM GAP | 895.00 |
| | N/A | N/A |
| ☐ Used Vehicle Limited Warranty Applies. We are providing the attached Limited Warranty in connection with this transaction. Any implied warranties apply for the duration of the Limited Warranty. | N/A | N/A |
| | DEALER DOCUMENTATION FEE* | 399.00 |
| | TOTAL SELLING PRICE | 80188.00 |

| TRADE-IN VEHICLE INFORMATION | | |
|---|---|---|
| | TITLE FEE | 19.00 |
| Year:          Make:          Model:          Color: N/A | N/A | N/A |
| VIN/Serial No: N/A | Odometer Reading: ☐ Not Accurate | N/A | N/A |
| | N/A | N/A |
| Trade-In Allowance: N/A | Balance Owed & Lienholder: N/A | SUBTOTAL | 80207.00 |
| | SALES TAX | 4493.94 |

| OTHER MATERIAL UNDERSTANDINGS AND INTEGRATED DOCUMENTS | | |
|---|---|---|
| | TITLE FEE | N/A |
| ☐ IF BOX IS MARKED, PLEASE SEE THE DELIVERY CONFIRMATION | N/A | N/A |
| | N/A | N/A |
| | N/A | N/A |
| | N/A | N/A |
| **The Deposit/Down Payment received from you is not refundable, except as set forth in this Retail Purchase Agreement. In the case of a Deposit, we will refrain from selling the Vehicle for _____ days. X _____ | *Dealer Documentation Fee: This fee is not required by Law. It is an optional fee charged by our Dealership to cover our costs for providing administrative and documentary services in connection with this transaction. | TOTAL DUE | 84700.94 |
| | | DEPOSIT/DOWN PAYMENT** | N/A |
| ☐ If this box is marked, please see the Conditional (Spot) Delivery Agreement and Paragraph 16. | | N/A | N/A |
| **YOU AND THE DEALER HAVE AGREED THAT THE MOTOR VEHICLE WILL BE DELIVERED TO YOU PRIOR TO THE PURCHASE. IF FINANCING CANNOT BE ARRANGED ON THE TERMS AND WITHIN THE TIME PERIOD AGREED UPON IN THE MOTOR VEHICLE PURCHASE CONTRACT, THE CONTRACT IS NULL AND VOID.** | | N/A | N/A |
| | | LESS CASH DUE AT DELIVERY | N/A |
| | | AMOUNT TO BE FINANCED (See Paragraphs 12 and 16) | 84700.94 |

This Agreement and any documents which are part of this transaction or incorporated herein comprise the entire agreement affecting this Retail Purchase Agreement and no other agreement or understanding of any nature concerning the same has been made or entered into, or will be recognized. I have read all of the terms and conditions of this Agreement, and agree to them as if they were printed above my signature. I further acknowledge receipt of a copy of this Agreement. This Agreement shall not become binding until signed and accepted by an Authorized Dealership Representative.

By: _____    _____
Purchaser                            Accepted by Authorized Dealership Representative

__N/A__
Purchaser

**DealerCAP**

53259*1*GGC-FI
CATALOG #8963456

© 2015 CDK Global, LLC  Idaho (01/16)

1. **Terms Used In This Agreement:** This Retail Purchase Agreement contains the following words and phrases that appear throughout this Agreement and have particular meanings:
   - **Agreement, Contract, Motor Vehicle Purchase Contract** - Means all of the pages of this Retail Purchase Agreement together with any documents incorporated into this Agreement by reference, whether such reference is made in this Agreement or in the document itself.
   - **You, Your** - Means the Purchaser(s) identified in this Agreement.
   - **We, Us, Our** - Means the Dealership that is identified in this Agreement and its Authorized Representatives.
   - **Manufacturer** - Means the company that manufactured the Vehicle.
   - **Vehicle** - Means the Vehicle that you are purchasing from us as described in this Agreement.
   - **Trade-In Vehicle** - Means the vehicle you are delivering to us as part of this transaction as identified in this Agreement.

2. **Our Right to Increase the Price:** We may increase the price of the Vehicle after we accept this Agreement if the Trade-In Vehicle is reappraised, new required or optional equipment is added, revaluation of the United States dollar (in the case of foreign-made vehicles or components), or an increase in transportation charges due to increased rates imposed by a carrier. If the price is increased, you may cancel this Agreement with full refund of any Deposit/Down Payment, provided the cancellation occurs prior to you taking delivery of the purchased Vehicle.

3. **Manufacturer's Design Changes:** In the event the Manufacturer changes or modifies the design of or any part or accessory of the Vehicle after your order for the Vehicle has been entered by us, you will not have any claim or right against us if the Vehicle does not contain such changes or modifications, nor shall we be required to effect such changes or modifications to the Vehicle.

4. **Your Representations and Warranties:** You represent, warrant and affirm to us that (a) You are not purchasing a new Vehicle for resale or export within the period beginning on the date the Vehicle title is issued to you and ending on the date one (1) year thereafter. You confirm that we are relying on this representation and agree that we would not sell the Vehicle to you without this representation. If we are required by the Manufacturer to forfeit or repay any manufacturer incentives, allowance and/or special pricing, or if we suffer any loss or harm as a result of your breach of this provision, you agree to indemnify and hold us harmless from any such cost, loss or harm suffered as a result of or arising because of your breach; (b) the Deposit/Down Payment and any amounts due to us have been paid in full, any check given to us will be honored by your Bank, and that no part of the Deposit/Down Payment has been loaned to you by us or any third party; (c) all statements made by you in this Agreement and any other documents completed in connection with this transaction are true and correct; and (d) you are who you have represented yourself to be and you have purchased the Vehicle for your own use and not on behalf of another person, unless you have disclosed otherwise to us.

5. **Your Representations Regarding the Trade-In Vehicle:** Any Trade-In Vehicle delivered by you to us in connection with this transaction shall be accompanied by a Certificate of Title or documents sufficient to enable us to obtain a Certificate of Title to the Trade-In Vehicle in accordance with applicable state law. You warrant that the Trade-In Vehicle delivered to us is properly titled to you, has never been titled as or declared a total loss/destroyed, salvage, junk, rebuilt, reconstructed, flood, or lemon buyback vehicle; that you have the right to sell or otherwise convey such vehicle; that such vehicle is free and clear of liens or encumbrances, except as may be noted in this Agreement; all emissions control equipment is on the vehicle and in satisfactory working order; and, unless you have told us otherwise, that you have not removed any equipment from the vehicle subsequent to our appraisal and that the odometer reading shown is accurate.

6. **Trade-In Vehicle Payoff:** If you are delivering a Trade-In Vehicle in connection with this transaction and the actual amount of the Balance Owed on the Trade-In Vehicle is greater than the amount of the Balance Owed as listed in this Agreement, you agree to pay the difference to us. If the actual amount of the Balance Owed is less than the amount listed, we will pay or credit the difference to you.

7. **Our Appraisal of Your Trade-In Vehicle:** If you are delivering a Trade-In Vehicle to us in connection with this transaction and the delivery will not be made until delivery of the Vehicle being purchased, we shall have the right to reappraise your Trade-In Vehicle at the time of delivery. You understand that we may renegotiate the amount of the Trade-In Allowance for the Trade-In Vehicle if (i) you fail to disclose that the Certificate of Title to the Trade-In Vehicle has been branded for any reason; (ii) the Trade-In Vehicle incurs substantial physical damage or latent mechanical defects arise before we take possession of the vehicle that could not have been reasonably discovered at the time this Agreement was completed; (iii) the odometer reading reflects the addition of five hundred (500) miles or more between the time the vehicle was first appraised by us for purposes of determining the Trade-In Allowance and the time of actual delivery of the Trade-In Vehicle to us; or (iv) there is a discrepancy between the signed Odometer Statement and the mileage reflected on the Trade In Vehicle's odometer or the actual mileage on the Trade-In Vehicle. If you are dissatisfied with the reappraisal, you may cancel this Agreement with full refund of any Deposit/Down Payment, provided that the cancellation occurs prior to you taking delivery of the purchased Vehicle.

8. **Remedies Upon Rightful Cancellation:** You agree that we are not liable for any damages resulting from our failure to deliver the Vehicle if the failure is caused by the manufacturer, an accident, fire, act of nature or any other causes beyond our control. This Agreement may be renegotiated or canceled (with full refund of any Deposit/Down Payment) if the Vehicle is not delivered to you on the date specified or pursuant to Paragraphs 2 or 7. If you have delivered a Trade-In Vehicle to us, the Trade-In Vehicle will be returned to you if we have not already sold it. If we have already sold the Trade-In Vehicle, we will refund the agreed upon Trade-In Allowance. Regardless of whether we return the Trade-In Vehicle or have already sold it, you shall be responsible for paying to us the Balance Owed on the Trade-In Vehicle if we have paid the Balance Owed to the Lienholder. We may keep any portion of the amount you have paid to us as a Deposit/Down Payment and any Trade-In Allowance we owe to you to offset against the amount you owe us. If the actual amount you owe to us is greater than the amount of the Deposit/Down Payment, you agree to pay the difference to us. If the actual amount you owe is less than the amount of the Deposit/Down Payment, we will pay the difference to you. You are responsible for paying the cost of repairing any damage and any other losses, liabilities, damages, claims, costs and expenses arising out of your use, possession and control of the Vehicle.

9. **Purchaser's Default and Dealership's Remedies:** In the event you have agreed to pay the Amount to be Financed in cash or financing is being obtained by you through a credit source of your choice and we do not receive the Amount to be Financed from you at the time of delivery of the Vehicle or on the date promised in this Agreement, you fail to perform any of your other obligations under this Agreement, or you breach any representation or warranty made by you to us, we shall be permitted, at our sole discretion, to the choice of remedies in this Agreement, which may be used separately or together, including: (1) cancel this Retail Purchase Agreement; (2) repossess the Vehicle without notice (if permitted by law); (3) rescind the sales transaction; (4) seek collection for amounts due; (5) retain any cash down payment made by you; and/or (6) in the event that you have delivered a Trade-In Vehicle as part of the consideration for your purchase of the Vehicle from us, to sell such Trade-In Vehicle and reimburse the Dealership out of the proceeds of such sale for any reasonable expenses incurred in connection with preparing and offering the Trade-In Vehicle for sale and any actual damages suffered by us as a result of your default. Regardless of whether we return the Trade-In Vehicle or have already sold it, you shall be responsible for paying to us the Balance Owed on the Trade-In Vehicle if we have paid the Balance Owed to the Lienholder and for any reasonable expenses incurred by us in connection with preparing or reconditioning the Trade-In Vehicle for sale. Any remedies in this Paragraph 9 shall be in addition to, and not in lieu of, any other remedies available under the Retail Purchase Agreement or at law or equity. Any waiver of all or part of a remedy hereunder is not a continuing waiver. If the actual amount you owe to us is greater than the amount of the down payment and/or proceeds from the sale of your Trade-In Vehicle, you agree to pay the difference to us upon demand and if the actual amount you owe is less, than we will pay the difference to you.

10. **Security Agreement:** Purchaser hereby grants the Dealership, its successors and assigns, a security interest in the Vehicle, equipment and accessories to be purchased pursuant to this Agreement, and such security interest shall remain in effect until all sums due hereunder have been paid in full.

11. **Other Products and Services:** The Dealership offers its customers goods and services from various suppliers. The amounts charged to customers for such goods or services may be greater than the Dealership's cost, and/or the Dealership may receive a commission or other payment in connection with such sale. You are not required to purchase any other goods or services from us, nor are you required to finance the Amount to be Financed under this Agreement with a particular lending source. In the event this Agreement includes a charge for other goods or services for which you must complete an application for coverage, and for any reason such coverage cannot be provided, you will receive a credit for the amount charged. If the cost of other goods or services was included in the amount to be financed in connection with this transaction, then this credit will be applied to the outstanding balance you owe to the Lender.

12. **Dealer Assisted Financing:** If we assist you to obtain financing for this transaction, the Annual Percentage Rate may be negotiated with us and we may receive a fee, commission or other compensation from the Lender. We <u>do not</u> make any representations or warranties regarding whether you obtained the best rate or could have obtained a better rate from us or a third party.

13. **CONTRACTUAL DISCLOSURE STATEMENT (USED VEHICLES ONLY):** The information you see on the window form for this Vehicle is part of this contract. Information on the window form overrides any contrary provisions in the contract of sale. **SPANISH TRANSLATION:** Guia para compradores de vehículos usados. La información que ve en el formulario de la ventanilla para este vehículo forma parte del presente contrato. La información del formulario de la ventanilla deja sin efecto toda disposición en contenida en el contrato de venta.

14. **GOVERNING LAW:** THE TERMS AND CONDITIONS OF THIS AGREEMENT (INCLUDING ANY DOCUMENTS WHICH ARE A PART OF THIS TRANSACTION OR INCORPORATED HEREIN BY REFERENCE) AND ANY SALE HEREUNDER WILL BE GOVERNED BY THE LAWS OF THE STATE OF IDAHO.

15. **LIMIT ON DAMAGES:** TO THE EXTENT PERMITTED BY IDAHO LAW, PURCHASER EXPRESSLY WAIVES AND SHALL NOT BE ENTITLED TO RECOVER FROM THE DEALERSHIP ANY CONSEQUENTIAL DAMAGES, DAMAGES TO PROPERTY, DAMAGES FOR LOSS OF USE, LOSS OF TIME, LOSS OF PROFITS OR INCOME, OR ANY OTHER INCIDENTAL DAMAGES.

16. **SPOT/CONDITIONAL DELIVERY AGREEMENT/LIMITED RIGHT TO CANCEL:** You may secure financing for this transaction through us or a financial institution of your choice. If you have elected to secure financing though us, the provisions of the Spot Delivery Agreement/Limited Right to Cancel will apply. This Agreement is void if: (1) you provide false or incomplete information regarding your creditworthiness; (2) your credit application is not approved by a financing source; or (3) your purchase is subject to the Spot Delivery Agreement/Limited Right to Cancel and the Retail Installment Sale Contract is not accepted or approved by a financing source on terms acceptable to us.

17. **Entire Agreement and Signing Other Documents:** This Agreement and any documents which are part of this transaction or incorporated herein by reference comprise the entire agreement affecting this transaction. No other agreement or understanding of any nature has been made or will be recognized. You agree to sign any and all documents necessary to complete the terms of this transaction.



© 2015 CDK Global, LLC  Idaho (01/16)



DEAL# 56475
CUST# 71483
STK# PC10558U

# Report Of Sale And Application for Certificate of Title
## This is **not** a Certificate of Title

**– Must be Legible –** Idaho Transportation Department - Division of Motor Vehicles

ITD 0502 (Rev. 09-14)
Supply # 01-807050-1

Control Number
CO 8421588

Any previous liens on the trade-in vehicle that is listed on this application for title will be satisfied in full by the dealer within 10 business days unless the owner relinquishing possession has signed below.

I, the owner relinquishing possession, acknowledge that I am responsible for satisfying all liens within 10 business days (Idaho Code 49-1609A)

X _____

☐ Rebuilt Salvage    ☐ Previous State Brand    ☐ Reconstruct    ☐ Repaired    ☐ Other

## Section 1 Vehicle/Vessel Description

| Previous Idaho Title No. | 1st Vehicle or Hull Identification No. | | 2nd VIN If Assigned |
|---|---|---|---|
| | 7SVAAABA8PX011784 | | |

| Year | Make | Body Type | Model | Description | Color (Primary/Secondary) |
|---|---|---|---|---|---|
| 2023 | TOYOTA | UV | SEQUOIA | | SILVER |

| Fuel Type | Wheel Base | Weight | Length | Width | Hull Material | Horsepower | Propulsion |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

| Odometer Reading | Odometer Status | Odometer Reading Date | Previous State | Previous State Brand | Previous State Title No. |
|---|---|---|---|---|---|
| 21270 | ☒ Actual  ☐ In Excess  ☐ Not Actual  ☐ No Device  ☐ Exempt | 10/18/2024 | | | |

| Type of Sale | ☐ New | ☒ Used | ☐ Demo | ☐ Courtesy Delivery | ☐ Lease | ☐ Rental |
|---|---|---|---|---|---|---|

## Section 2 – Purchaser – Owner

| Owner #1 Full Legal Name (Last, First, Middle) or Business Name | Idaho Driver's License Number or SSN / EIN if Business | |
|---|---|---|
| ALLEN JASON HENRY | 61717083 | ☒ Or  ☐ And  ☐ LSR  ☐ DBA |

| Owner #2 Full Legal Name (Last, First, Middle) or Business Name | Idaho Driver's License Number or SSN / EIN if Business | |
|---|---|---|
| | | ☐ Or  ☐ And  ☐ LSE  ☐ DBA |

| Owner #3 Full Legal Name (Last, First, Middle) or Business Name | Idaho Driver's License Number or SSN / EIN if Business |
|---|---|
| | |

| Physical Address of Owner's Current Legal Residence or Business | City | State | Zip+4 |
|---|---|---|---|
| 2600 E SELTICE WAY | POST FALLS | ID | 83854 |

| Mailing Address if different from Owner's Current Legal Residence | City | State | Zip+4 |
|---|---|---|---|
| | | | |

## Section 3 Lienholder

| Primary Lienholder Name | Mailing Address | City | State | Zip+4 |
|---|---|---|---|---|
| ~~ICCU~~ ~~POTLATCH #1 FINANCIAL CREDIT UNION~~ PO BOX ~~897~~ 2469 | | ~~LEWISTON~~ Pocatello | ID | ~~83501-0897~~ 83206 |

| Secondary Lienholder Name | Mailing Address | City | State | Zip+4 |
|---|---|---|---|---|
| | | | | |

If motorcycle/motorbike, the FMVSS sticker is present  ☐ Yes  ☐ No

## Section 4 Sales Tax Information

| Dealer's/Seller's Permit No. | Lessor's Seller's Permit No. | Delivery Date |
|---|---|---|
| 003955075 | | 10/18/2024 |

Gross Taxable Sales Price (Include Taxable Fees) $ .... 74899.00
Rebates (Motor Vehicles Only) ..................... $ .... N/A
Adjusted Gross Sales Price ........................ $ .... 74899.00
Trade-In Allowance ............................... $ .... N/A
Net Sales Price .................................. $ .... 74899.00
Tax Collected ................................... $ .... 4493.94
☐ Tax Exempt - Enter the tax form number used

### Trade-In Information

| Year | Make | Body Type | Model |
|---|---|---|---|
| | | | |

Vehicle or Hull Identification No. (VIN/HIN)

## Section 5 Dealer Information

| Dealer Name | Idaho Dealer No. |
|---|---|
| GEORGE GEE CADILLAC KIA | 0047 |

| Dealer Address | Phone No. |
|---|---|
| 317 W DALTON AVE | 208-667-7416 |

| City | State | Zip+4 |
|---|---|---|
| COEUR D'ALENE | ID | 83815 |

I certify under penalty of perjury pursuant to the law of the State of Idaho that I have physically inspected the vehicle/vessel described in Section 1, and the VIN/HIN and date of this application are correct. I have identified the person(s) signing this application and witnessed their signature. I further certify that all information contained herein is true and correct to the best of my knowledge and belief. I also release all interest in this vehicle/vessel unless I am listed as lienholder or owner on this application for title.

Authorized Signature
X

| Title | Date |
|---|---|
| | 10/18/2024 |

## Section 6 Applicant's Signature

By signing below, I certify under penalty of perjury pursuant to the law of the State of Idaho to **all** of the following statements: that the vehicle/vessel described above is owned by me and I hereby make application for a Certificate of Title for said vehicle/vessel; that this vehicle/vessel will not be subject to a lien prior to receipt of the title unless indicated; that all information contained herein is true and correct to the best of my knowledge and belief; that this vehicle will be continuously insured as prescribed by Idaho Code 49-1229; and that the signature below is my true and legal signature.

| Applicant's Signature(s) | Date | Daytime Phone Number |
|---|---|---|
| X _____ X _____ | 10/18/2024 | ( 323 ) 377-5620 |

White – Idaho Transportation Department Copy

59084*1*GGC-FI



**GEORGE GEE**
COEUR D'ALENE

**George Gee Cadillac Kia**
317 West Dalton Ave
Coeur d'Alene ID, 83815

Phone: (208)667-7416
www.geekia.net

**2023 Toyota Sequoia**                                           **21,229 Miles**

VIN: 7SVAAABA8PX011784                          Stock: PC10558U

| Summary - (Excludes Reconditioning / Additions) | Wholesale | Retail |
|---|---|---|
| J.D. Power | $69,525 | $75,250 |
| KBB | $73,309 | $76,559 |
| **Average** | **$71,417** | **$75,905** |

| **J.D. POWER** Oct 2024 (Current) Condition: Clean | Wholesale | Retail |
|---|---|---|
| Base Value | $68,950 | $74,675 |
| Mileage Adjustment (21,229 Miles) | $575 | $575 |
| **Subtotals** | **$69,525** | **$75,250** |
| **Accessories / Trims** | | |
| Tow Technology Pkg. | $0 | $0 |
| Heads-Up Display | $0 | $0 |
| JBL Stereo System | $0 | $0 |
| Panoramic Power Sunroof | $0 | $0 |
| Power Running Boards | $0 | $0 |
| **Accessories / Trim Subtotal** | **$0** | **$0** |
| **Total Value** | **$69,525** | **$75,250** |

| **KBB.COM** Oct 11, 2024 (Current) Condition: Good | Wholesale (Lending) | Typical Listing |
|---|---|---|
| Base Value | $71,886 | $75,136 |
| Mileage Adjustment (21,229 Miles) | $1,423 | $1,423 |
| **Subtotals** | **$73,309** | **$76,559** |
| **Accessories / Trim** | | |
| V6, i-FORCE MAX, Hybrid, Twin Turbo, 3.4 Liter | Included | Included |
| Automatic, 10-Spd | Included | Included |
| 4WD | Included | Included |
| Blind-Spot Monitor | Included | Included |
| Tow Technology Pkg | Included | Included |
| Hill Start Assist | Included | Included |
| Traction Control | Included | Included |
| Stability Control | Included | Included |
| ABS (4-Wheel) | Included | Included |
| Alarm System | Included | Included |
| Keyless Entry | Included | Included |
| Push Button Start | Included | Included |
| Air Conditioning | Included | Included |
| Air Conditioning, Rear | Included | Included |
| Power Windows | Included | Included |
| Power Door Locks | Included | Included |
| Dynamic Cruise Control | Included | Included |
| Power Liftgate Release | Included | Included |
| Power Steering | Included | Included |
| Tilt & Telescoping Wheel | Included | Included |
| Head-Up Display | Included | Included |
| AM/FM/HD Radio | Included | Included |
| JBL Premium Sound | Included | Included |
| SiriusXM Satellite | Included | Included |
| Navigation System | Included | Included |
| Bluetooth Wireless | Included | Included |
| F&R Parking Sensors | Included | Included |
| Backup Camera | Included | Included |
| Panoramic View Monitor | Included | Included |
| Dual Air Bags | Included | Included |
| Side Air Bags | Included | Included |
| F&R Head Curtain Air Bags | Included | Included |
| Knee Air Bags | Included | Included |
| Lane Departure Warning System | Included | Included |
| Heated & Ventilated Seats F&R | Included | Included |
| Dual Power Seats | Included | Included |
| Leather | Included | Included |
| Quad Seating (4 Buckets) | Included | Included |
| Panorama Roof | Included | Included |
| Daytime Running Lights | Included | Included |
| LED Headlamps | Included | Included |
| Fog Lights | Included | Included |
| Towing Pkg | Included | Included |
| Alloy Wheels | Included | Included |
| **Accessories / Trim Subtotal** | **$0** | **$0** |
| **Total Value** | **$73,309** | **$76,559** |

DEAL# 56475
CUST# 71483
STK# PC10558U

ITD 0502 (Rev. 09-14)
Supply # 01-807050-1

# Report Of Sale And Application for Certificate of Title
## This is **not** a Certificate of Title

Control Number
CO 8421588

— **Must be Legible** — Idaho Transportation Department - Division of Motor Vehicles

Any previous liens on the trade-in vehicle that is listed on this application for title will be satisfied in full by the dealer within 10 business days unless the owner relinquishing possession has signed below.

I, the owner relinquishing possession, acknowledge that I am responsible for satisfying all liens within 10 business days (Idaho Code 49-1609A)

X _____

☐ Rebuilt Salvage    ☐ Previous State Brand    ☐ Reconstruct    ☐ Repaired    ☐ Other _____

**Section 1 — Vehicle/Vessel Description**

| Previous Idaho Title No. | 1st Vehicle or Hull Identification No. 7SVAAABA8PX011784 | | 2nd VIN If Assigned |
|---|---|---|---|

| Year 2023 | Make TOYOTA | Body Type UV | Model SEQUOIA | Description | Color (Primary/Secondary) SILVER |
|---|---|---|---|---|---|

| Fuel Type | Wheel Base | Weight | Length | Width | Hull Material | Horsepower | Propulsion |
|---|---|---|---|---|---|---|---|

| Odometer Reading 21270 | Odometer Status ☐ Actual  ☐ In Excess  ☐ Not Actual  ☐ No Device  ☐ Exempt | Odometer Reading Date 10/18/2024 | Previous State | Previous State Brand | Previous State Title No. |
|---|---|---|---|---|---|

| Type of Sale | ☐ New | ☒ Used | ☐ Demo | ☐ Courtesy Delivery | ☐ Lease | ☐ Rental |
|---|---|---|---|---|---|---|

**Section 2 — Purchaser - Owner**

| Owner #1 Full Legal Name (Last, First, Middle) or Business Name ALLEN JASON HENRY | Idaho Driver's License Number or SSN or EIN if Business 61717083 | ☒ Or  ☐ And  ☐ LSR  ☐ DBA |
|---|---|---|

| Owner #2 Full Legal Name (Last, First, Middle) or Business Name | Idaho Driver's License Number or SSN or EIN if Business | ☐ Or  ☐ And  ☐ LSE  ☐ DBA |
|---|---|---|

| Owner #3 Full Legal Name (Last, First, Middle) or Business Name | Idaho Driver's License Number or SSN or EIN if Business |
|---|---|

| Physical Address of Owner's Current Legal Residence or Business 2600 E SELTICE WAY | City POST FALLS | State ID | Zip+4 83854 |
|---|---|---|---|

| Mailing Address if different from Owner's Current Legal Residence | City | State | Zip+4 |
|---|---|---|---|

**Section 3 — Lienholder**

| Primary Lienholder Name ICCU ~~POTLATCH #1 FINANCIAL CREDIT UNION~~ | Mailing Address PO BOX ~~897~~ 2469 | City ~~LEWISTON~~ Pocatello | State ID | Zip+4 ~~83501-0897~~ 83206 |
|---|---|---|---|---|

| Secondary Lienholder Name | Mailing Address | City | State | Zip+4 |
|---|---|---|---|---|

**Section 4 — Sales Tax Information**

| Dealer's Seller's Permit No. 003955075 | Lessor's Seller's Permit No. | Delivery Date 10/18/2024 |
|---|---|---|

Gross Taxable Sales Price (Include Taxable Fees) $ .... 74899.00
Rebates (Motor Vehicles Only) ................ $ .... N/A
Adjusted Gross Sales Price ................ $ .... 74899.00
Trade-In Allowance ................ $ .... N/A
Net Sales Price ................ $ .... 74899.00
Tax Collected ................ $ .... 4493.94
☐ Tax Exempt - Enter the tax form number used _____

**Trade-In Information**

| Year | Make | Body Type | Model |
|---|---|---|---|

| Vehicle or Hull Identification No. (VIN/HIN) | | | |
|---|---|---|---|

**Section 5 — Dealer Information**

| Dealer Name GEORGE GEE CADILLAC KIA | Idaho Dealer No. 0047 |
|---|---|
| Dealer Address 317 W DALTON AVE | Phone No. 208-667-7416 |
| City COEUR D'ALENE | State ID | Zip+4 83815 |

I certify under penalty of perjury pursuant to the law of the State of Idaho that I have physically inspected the vehicle/vessel described in Section 1, and the VIN/HIN and date of this application are correct. I have identified the person(s) signing this application and witnessed their signature. I further certify that all information contained herein is true and correct to the best of my knowledge and belief. I also release all interest in this vehicle/vessel unless I am listed as lienholder or owner on this application for title.

Authorized Signature
X _____

| Title MGR | Date 10/18/2024 |
|---|---|

**Section 6 — Applicant's Signature**

By signing below, I certify under penalty of perjury pursuant to the law of the State of Idaho to all of the following statements: that the vehicle/vessel described above is owned by me and I hereby make application for a Certificate of Title for said vehicle/vessel; that this vehicle/vessel will not be subject to a lien prior to receipt of the title unless indicated; that all information contained herein is true and correct to the best of my knowledge and belief; that this vehicle will be continuously insured as prescribed by Idaho Code 49-1229; and that the signature below is my true and legal signature.

Applicant's Signature(s)
X _____ X

| Date 10/18/2024 | Daytime Phone Number (323) 377-5620 |
|---|---|

White – Idaho Transportation Department Copy

59084*1*GGC-FI

# Idaho Insurance ID Card

**GEICO.** GEICO Secure Insurance Company

## 2023 TOYOTA SEQUOIA
**Vehicle ID No.** 7SVAAABA7PX014501

| Policy Number | Effective Date | Expiration Date |
|---|---|---|
| 4613-33-63-97 | 10/08/24 | 12/28/24 |

**Named Insured(s)**   Jason Henry Allen
Sayra Alejandra Allen

1200 E Seltice Ave, Post Falls ID 83854

FOLD HERE  FOLD HERE  FOLD HERE  FOLD HERE  FOLD HERE  FOLD HERE

## 2023 TOYOTA SEQUOIA

**Additional Drivers**

**California** USA    DRIVER LICENSE    FEDERAL
LIMITS
APPLY

DL **D7625914**    CLASS CM1

EXP **04/09/2027**    END NONE

LN **ALLEN**
FN **JASON HENRY**
9668 MILLIKEN AVE APT 104 263
RNCH CUCAMNGA, CA 91730
DOB **04/09/1983**
RSTR NONE

04091983

SEX M    HAIR BLN    EYES HZL
HGT 6'-04"    WGT 200 lb    ISS
DD 03/28/2017612RB/CCFD/27    04/08/2022



**Idaho Central** CREDIT UNION

[Reset Form]

## Membership Information & Amendment to Retail Installment Sale Contract / Insurance Information

This Amendment to Retail Installment Sale Contract amends the Retail Installment Sales Contract entered into by the Buyer and, if applicable, Co-Buyer listed below and Creditor-Seller, dated _18 OCT_ ("Finance Contract"). By signing below you acknowledge that you are obtaining a loan as a member of Idaho Central Credit Union. If you have not done so previously, a membership share account will be opened in your behalf in the amount of $25.00 and a membership fee of $5.00 may be collected. Specific membership terms and conditions will be supplied to you through mail upon completion and origination of your loan with Idaho Central Credit Union. www.iccu.com/file/account-agreement.pdf

The Finance Contract is amended to add the following provisions:

**Insurance:**
The physical damage insurance on your vehicle must include comprehensive and collision coverage and may not have a deductible higher than $1,000 for either. Your insurance must name Idaho Central Credit Union as the loss payee.
All other agreements, terms, and conditions set forth in the Finance Contract remain in full force and effect. By signing below, you agree that you have read this document in its entirety and agree to the terms and conditions hereof:

## Membership Information

I am eligible to be, or already am, a member of Idaho Central Credit Union.

| Idaho | ☒ I am employed or self-employed, a student, or a retiree in Idaho |
|---|---|
| Washington | ☐ I live or work in the boundaries of a Washington School District |
| Oregon | ☐ I live or work in Umatilla, Wallowa, Union, Baker, or Malheur County in Oregon. |
| Other | ☐ I am a member of another credit union that operates in Idaho |
| | ☐ I live, work in, or attend school in Jackpot, Nevada |

## Preferred Contact Number

Your consent allows ICCU to use text messaging, artificial or prerecorded voice messages and automatic dialing technology for information and account service calls as well as marketing calls. You may contact ICCU at any time to change your preferences regarding your mobile phone.

JASON Allen
Member Name

Joint Member Name

323-377-5620   ☒ Mobile ☐ Land Line
Member Phone Number

☐ Mobile ☐ Land Line
Joint Member Phone Number

JASON.Alistor@Gmail.Com
Member Email

Joint Member Email

_[signature]_   18 OCT 24
Member Signature   Date

Joint Member Signature   Date

| Insurance Information | References |
|---|---|
| Insurance Company: _____ | 1. Name: _____ |
| | Relationship: _____ Phone: _____ |
| Policy #: _____ | 2. Name: _____ |
| Agent Name: _____ | Relationship: _____ Phone: _____ |
| | 3. Name: _____ |
| Agent Phone: _____ | Relationship: _____ Phone: _____ |

# U.S. Postal Service™
# CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee

$ #10.20

12/20
ICCU letter

Extra Services & Fees *(check box, add fee as appropriate)*

☐ Return Receipt (hardcopy)          $ _____

☐ Return Receipt (electronic)         $ _____

☐ Certified Mail Restricted Delivery   $ _____

☐ Adult Signature Required            $ _____

☐ Adult Signature Restricted Delivery $ _____

Postmark
Here

Postage

$ _____

Total Postage

$ _____

Jason Henry Allen
2600 East Seltice Way
Post Falls, Idaho 83854

Sent To

Street

City, State

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

7022 0140 0003 2378 6996

# Certified Mail service provides the following benefits:

- A receipt (this portion of the Certified Mail label).
- A unique identifier for your mailpiece.
- Electronic verification of delivery or attempted delivery.
- A record of delivery (including the recipient's signature) that is retained by the Postal Service™ for a specified period.

## Important Reminders:

- You may purchase Certified Mail service with First-Class Mail®, First-Class Package Service®, or Priority Mail® service.
- Certified Mail service is *not* available for international mail.
- Insurance coverage is *not* available for purchase with Certified Mail service. However, the purchase of Certified Mail service does not change the insurance coverage automatically included with certain Priority Mail items.
- For an additional fee, and with a proper endorsement on the mailpiece, you may request the following services:
  - Return receipt service, which provides a record of delivery (including the recipient's signature). You can request a hardcopy return receipt or an electronic version. For a hardcopy return receipt, complete PS Form 3811, *Domestic Return Receipt;* attach PS Form 3811 to your mailpiece; for an electronic return receipt, see a retail associate for assistance. To receive a duplicate return receipt for no additional fee, present this USPS®-postmarked Certified Mail receipt to the retail associate.
  - Restricted delivery service, which provides delivery to the addressee specified by name, or to the addressee's authorized agent.
  - Adult signature service, which requires the signee to be at least 21 years of age (not available at retail).
  - Adult signature restricted delivery service, which requires the signee to be at least 21 years of age and provides delivery to the addressee specified by name, or to the addressee's authorized agent (not available at retail).
- To ensure that your Certified Mail receipt is accepted as legal proof of mailing, it should bear a USPS postmark. If you would like a postmark on this Certified Mail receipt, please present your Certified Mail item at a Post Office™ for postmarking. If you don't need a postmark on this Certified Mail receipt, detach the barcoded portion of this label, affix it to the mailpiece, apply appropriate postage, and deposit the mailpiece.

**IMPORTANT: Save this receipt for your records.**

PS Form **3800**, April 2015 *(Reverse)* PSN 7530-02-000-9047