# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| JASON HENRY ALLEN, INDIVIDUALLY AND AS TRUSTEE OF RIKUR PRIVATE IRREVOCABLE TRUST,<br><br>Plaintiff,<br><br>vs.<br><br>IDAHO CENTRAL CREDIT UNION AND BRIAN M. BERRETT,<br><br>Defendants | Case No.: 2:25-cv-00172-AKB<br><br>NOTICE OF SERVICE OF DISCOVERY |

*U.S. COURTS*
*SEP 16 2025*
*Rcvd____ Filed____ Time 3:28pm*
*STEPHEN W. KENYON*
*CLERK, DISTRICT OF IDAHO*

## NOTICE OF SERVICE OF DISCOVERY

Plaintiff, Jason Henry Allen, hereby gives notice pursuant to Federal Rules of Civil Procedure 5(d)(1) and Dist. Idaho Loc. Civ. R. 5.4 that on the 15 day of September, 2025, Plaintiff served the following discovery requests on Defendants:

1. Plaintiff's First Set of Interrogatories to Defendant Idaho Central Credit Union.
2. Plaintiff's First Set of Requests for Production to Defendant Idaho Central Credit Union.
3. Plaintiff's First Set of Requests for Admissions to Defendant Idaho Central Credit Union.
4. Plaintiff's First Set of Interrogatories to Defendant Brian M. Berrett.
5. Plaintiff's First Set of Requests for Production to Defendant Brian M. Berrett.

1

6. Plaintiff's First Set of Requests for Admissions to Defendant Brian M. Berrett.

These discovery requests were served by U.S. Mail Certified, postage prepaid, addressed to Defendants' counsel of record.

Kimbell D. Gourley

Jones Williams Fuhrman Gourley, P.A.

225 North 9th Street, Suite 820

Boise, Idaho 83701

Dated this 15 day of September, 2025.

Respectfully submitted,

/s/ By:___Jason-Henry:Allen__

Jason-Henry:Allen

2600 East Seltice Way, Post Falls, Idaho 323-377-5620 Jason.Alistor@gmail.com

Plaintiff, In Propria Persona

2