Kimbell D. Gourley / ISB #3578
Cody J. Witko / ISB #10427
JONES WILLIAMS FUHRMAN GOURLEY, P.A.

The 9th & Idaho Center
225 North 9th Street, Suite 820
P.O. Box 1097
Boise, ID  83701
Telephone: (208) 331-1170
Facsimile: (208) 331-1529
Email: *kgourley@idalaw.com*; *cwitko@idalaw.com*

*Attorneys for Defendants/Counterclaimant,*
*Idaho Central Credit Union and Brian M. Berrett*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| JASON HENRY ALLEN, Individually and as Trustee of Rikur Private Irrevocable Trust,<br><br>    Plaintiffs,<br><br>vs.<br><br>IDAHO CENTRAL CREDIT UNION, and BRIAN M. BERRETT,<br><br>    Defendants. | Case No.: 2:25-cv-00172-AKB<br><br>REQUEST FOR STATUS CONFERENCE |
| IDAHO CENTRAL CREDIT UNION,<br><br>    Counterclaimant,<br><br>vs.<br><br>JASON HENRY ALLEN, Individually and as Trustee of Rikur Private Irrevocable Trust,<br><br>    Counter Defendants. | |

      COME NOW the Defendants/Counterclaimant, Idaho Central Credit Union and Brian Berrett, by and through their attorneys of record, Jones Williams Fuhrman Gourley, P.A., and hereby submit this Request for a Status Conference.  This case has several outstanding motions

that await decisions. (Dkt. 18-46) The pending motions include: motions to dismiss from each party (Dkts. 18 and 20); a motion for judgment on the pleadings (Dkt. 20); a motion for partial summary judgment (Dkt. 22); motion for leave to amend complaint (Dkt. 26); and motions to strike various affidavits (Dkts. 39 and 45). Some of the motions have been pending since May 2025, and absent decisions on the pending motions, the parties are unable to move forward.

The Plaintiffs/Counter Defendants have now served Discovery Requests requiring answers by a specific date but based on the outcomes of the pending motions, responses may not be required. Defendants/Counterclaimant are filing concurrently herewith a motion for a protective order over discovery under F.R.C.P. Rule 26(c). Defendants/Counterclaimant respectfully request a status conference to allow the court to provide guidance as to the current status of the case and the next steps.

DATED this 14th day of October, 2025.

JONES WILLIAMS FUHRMAN GOURLEY, P.A.

/s/ *Kimbell D. Gourley*
KIMBELL D. GOURLEY
Attorneys for ICCU and Berrett

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 14th day of October, 2025, a true and correct copy of the foregoing document was filed with the Clerk of the Court using the CM/ECF System.

I certify that the following listed non-registered CM/ECF participants were served a copy of the foregoing by first class mail, postage prepaid, addressed to:

Jason Henry Allen, individually, and as
Trustee of the Rikur Private Irrevocable Trust
2600 East Seltice Way
Post Falls, Idaho 83854

/s/ *Kimbell D. Gourley*
Kimbell D. Gourley