Kimbell D. Gourley / ISB #3578
Cody J. Witko / ISB #10427
JONES WILLIAMS FUHRMAN GOURLEY, P.A.
The 9th & Idaho Center
225 North 9th Street, Suite 820
P.O. Box 1097
Boise, ID  83701
Telephone: (208) 331-1170
Facsimile: (208) 331-1529
Email:  kgourley@idalaw.com; cwitko@idalaw.com

*Attorneys for Defendants/Counterclaimant,
Idaho Central Credit Union and Brian M. Berrett*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| JASON HENRY ALLEN, Individually and as Trustee of Rikur Private Irrevocable Trust,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>IDAHO CENTRAL CREDIT UNION, and BRIAN M. BERRETT,<br><br>　　　　Defendants. | **Case No.: 2:25-cv-00172-AKB**<br><br>**NOTICE OF SERVICE** |
| IDAHO CENTRAL CREDIT UNION,<br><br>　　　　Counterclaimant,<br><br>vs.<br><br>JASON HENRY ALLEN, Individually and as Trustee of Rikur Private Irrevocable Trust,<br><br>　　　　Counter Defendants. | |

NOTICE OF SERVICE - 1

**PLEASE TAKE NOTICE** that on the 15th day of October, 2025, Defendants/Counterclaimant by and through their counsel of record, served Responses to Plaintiffs/Counter Defendants' First Set of Requests For Admission, together with a copy of this Notice of Service upon Plaintiffs/Counter Defendants via the method of delivery below:

| Jason Henry Allen, individually and as trustee of the Rikur Private Irrevocable Trust, 2600 East Seltice Way Post Falls, Idaho 83854 | [X] U.S. Mail<br>[ ] Certified Mail, Return Receipt Requested<br>[ ] Facsimile<br>[ ] Hand-Delivery<br>[ ] Other: |
|---|---|

DATED this 15th day of October 2025.

JONES WILLIAMS FUHRMAN GOURLEY, P.A.

*/s/ Kimbell D. Gourley*
KIMBELL D. GOURLEY
Attorneys for ICCU and Brian Berrett

NOTICE OF SERVICE - 2