UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| JASON HENRY ALLEN, individually and as Trustee of Rikur private irrevocable trust,<br><br>Plaintiff,<br><br>v.<br><br>IDAHO CENTRAL CREDIT UNION and BRIAN M. BERRETT,<br><br>Defendants. | Case No. 2:25-cv-00172-AKB<br><br>**LITIGATION ORDER** |

**IT IS HEREBY ORDERED AS FOLLOWS:**

1. Plaintiff must serve this order on all parties who have not entered an appearance via PACER to date. Within thirty days of the filing of the Complaint, Plaintiff must file with the Court a status report regarding service of the Summons and Complaint pursuant to Dist. Idaho L. Rule 4.1.[1] Alternatively, Plaintiff may file proof of service in lieu of the status report otherwise required.

2. Pursuant to Dist. Idaho L. Rule 16.1, the parties must meet and determine:

    A. A Litigation Plan and a Discovery Plan, including the issues related to discovery of electronically stored information, if either party contemplates such discovery. The Court's

---

[1] The Court's local rules may be found at the following URL address: http://id.uscourts.gov/clerks/rules_orders/Civil_Local_Rules.cfm

Litigation Plan form and the Discovery Plan form may be found on the District Court's website, www.id.uscourts.gov, under Forms.[2]

        B.     If the case is suitable for the Court's alternative dispute resolution (ADR) program, which type of ADR process is best suited to the specific circumstances of the case, and when the most appropriate time would be for the ADR session to be held. Dist. Idaho L. Rule 16.4.

3.     Initial disclosures must be made by the parties pursuant to Federal Rule of Civil Procedure 26 and Dist. Idaho L. Rule 16.1.

4.     If this matter is assigned to a magistrate judge, counsel must review and be familiar with Dist. Idaho L. Rule 73.1 regarding the consent process for proceeding before a magistrate judge. Additional Information about the consent process may be found on the Court's website.[3]

5.     On or before **November 14, 2025**, the parties must file with the Court the joint Litigation Plan and Discovery Plan.

DATED: October 20, 2025

Amanda K. Brailsford
U.S. District Court Judge

---

[2] The URL address to access the Court's forms may be found here: http://id.uscourts.gov/district/forms_fees_rules/Civil_Forms.cfm

[3] Information about the consent process may be found at the following URL address: http://www.id.uscourts.gov/district/judges/Magistrate_Judge_Consent.cfm