Kimbell D. Gourley / ISB #3578
JONES♦WILLIAMS♦FUHRMAN♦GOURLEY, P.A.
The 9th & Idaho Center
225 North 9th Street, Suite 820
P.O. Box 1097
Boise, ID  83701
Telephone: (208) 331-1170
Facsimile: (208) 331-1529
Email:  kgourley@idalaw.com

*Attorneys for Defendants/Counterclaimant,*
*Idaho Central Credit Union and Brian M. Berrett*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| JASON HENRY ALLEN, Individually and as Trustee of Rikur Private Irrevocable Trust,<br><br>Plaintiff,<br><br>vs.<br><br>IDAHO CENTRAL CREDIT UNION, and BRIAN M. BERRETT,<br><br>Defendants. | Case No.:  2:25-cv-00172-AKB<br><br>**AMENDED MOTION FOR PARTIAL SUMMARY JUDGMENT PURSUANT TO FRCP 56** |
| IDAHO CENTRAL CREDIT UNION,<br><br>Counterclaimant,<br><br>vs.<br><br>JASON HENRY ALLEN, Individually and as Trustee of Rikur Private Irrevocable Trust,<br><br>Counter Defendants. | |

COME NOW the Defendants/Counterclaimant, the Idaho Central Credit Union ("ICCU") and Brian M. Berrett ("Berrett"), by and through their counsel of record Jones Williams Fuhrman Gourley, P.A., and move the court, pursuant to FRCP 56, for partial summary judgment as to the following:

**Plaintiffs' Claims**

| COUNTS | DESCRIPTION OF CLAIMS | PARTY(S) AGAINST WHOM THE CLAIM IS ASSERTED |
|---|---|---|
| COUNT I | Breach of Contract | ICCU |
| COUNT II | Breach of Fiduciary Duty | ICCU & Berrett |
| COUNT III | Violation of the Fair Credit Reporting Act | ICCU |
| COUNT IV | Violation of the Idaho Consumer Protection Act | ICCU |
| COUNT V | Unjust Enrichment | ICCU |
| COUNT VI | Violation of the Fair Debt Collection Practices Act | ICCU |
| COUNT X | Declaratory Judgment and Conversion of Trust Property | ICCU |

**ICCU's Counterclaims**

| COUNTS | DESCRIPTION OF COUNTERCLAIMS | PARTY(S) AGAINST WHOM THE CLAIM IS ASSERTED |
|---|---|---|
| COUNT I | Breach of Contract | Allen |
| COUNT II | Claim and Delivery of Vehicle | Allen & the Trustee |

This amended motion for partial summary judgment is supported by the Verified Counterclaim [Dkt. No. 11], the affidavit of Thomas Butler [Dkt. No. 23-1], the affidavit of Brian M. Berrett [Dkt. No. 22-1], the second affidavit of Thomas Butler [Dkt. No. 41], and the memorandum in support filed contemporaneously herewith.

DATED this 31st day of October, 2025.

JONES WILLIAMS FUHRMAN GOURLEY, P.A.


 */s/ Kimbell D. Gourley*
KIMBELL D. GOURLEY
Attorneys for Defendants/Counterclaimant


### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 31st day of October, 2025, a true and correct copy of the foregoing document was filed with the Clerk of the Court using the CM/ECF System.

I certify that the following listed non-registered CM/ECF participants were served a copy of the foregoing by first class mail, postage prepaid, addressed to:

Jason Henry Allen, individually and as
trustee of the Rikur Private Irrevocable
Trust,
2600 East Seltice Way
Post Falls, Idaho 83854


 */s/ Deirdre Price*
Deirdre Price