UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| JASON HENRY ALLEN, individually and as Trustee of Rikur private irrevocable trust,<br><br>Plaintiff,<br><br>v.<br><br>IDAHO CENTRAL CREDIT UNION and BRIAN M. BERRETT,<br><br>Defendants. | Case No. 2:25-cv-00172-AKB<br><br>**JUDGMENT** |

In accordance with the Memorandum Decision and Order filed concurrently herewith,

NOW THEREFORE IT IS HEREBY ORDERED, ADJUDGED AND DECREED, that Judgment be entered in favor of Defendants and that this case be DISMISSED WITH PREJUDICE. Each party shall bear its own costs and attorney fees.

DATED: November 12, 2025

*Amanda K. Brailsford*
Amanda K. Brailsford
U.S. District Court Judge

JUDGMENT – 1